IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LIQUID HOLDINGS GROUP, INC., <br><br> Debtor. <br><br> Tax I.D. No. 46-3252142 | Chapter 11 <br><br> Case No. 16-10202 (KG) |
| In re: <br><br> LIQUID PRIME HOLDINGS, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 45-3662135 | Chapter 11 <br><br> Case No. 16-10203 (KG) |

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of the Debtors, for entry of an order pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, directing joint administration of these chapter 11 cases for procedural purposes; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding in accordance with 28 U.S.C. §§ 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and a hearing having been held to consider the relief requested in the Motion; and upon the First Day Declaration, the record of the hearing and

---

[1] Capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

all proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, each of the above-captioned chapter 11 cases is consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 16-10202 (KG).

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned Debtors.

4. The caption of the Debtors' jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| LIQUID HOLDINGS GROUP, INC., et al.,[1] | Case No. 16-10202 (KG) |
| Debtors. | Jointly Administered |

5. All pleadings and notices shall be captioned as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the chapter 11 case of Liquid Holdings Group, Inc., Case No. 16-10202 (KG).

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Liquid Holdings Group, Inc. (2142) and Liquid Prime Holdings, LLC (2135). The address of the Debtors' corporate headquarters is 111 River Street, Ste. 1204, Hoboken, New Jersey 07030.

6. The requirements under Bankruptcy Code section 342(c)(1) and Bankruptcy Rules 1005 and 2002 that the case caption in pleadings and notices include certain identifying information about the Debtors are waived, and the caption set forth herein, including the footnote listing the Debtors in these chapter 11 cases, the last four numbers of their tax identification numbers and the address of the Debtors' corporate headquarters, is approved as modified.

7. A docket entry shall be made in Liquid Prime Holdings, LLC's chapter 11 case substantially as follows:

> "An order has been entered in this case consolidating this case with the case of Liquid Holdings Group, Inc. (Case No. 16-10202 (KG)) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 16-10202 should be consulted for all matters affecting this case."

8. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: January 29, 2016  
Wilmington, Delaware

_____  
HONORABLE KEVIN GROSS  
UNITED STATES BANKRUPTCY JUDGE