## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LIQUID HOLDINGS GROUP, INC., et al.,[1] | Case No. 16-10202 (KG) |
| Debtors. | Jointly Administered |
| | **Related Docket No.: ____** |

### ORDER GRANTING SECOND OMNIBUS MOTION OF THE
### DEBTORS PURSUANT TO 11 U.S.C. § 365 AND FED. R. BANKR.
### P. 6006 (I) TO REJECT CERTAIN EXECUTORY CONTRACTS AND
### UNEXPIRED LEASES AND (II) GRANTING CERTAIN RELATED RELIEF

This matter coming before the Court upon the *Second Omnibus Motion of the Debtors Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 (I) to Reject Certain Executory Contracts and Unexpired Leases and (II) Granting Certain Related Relief* (the "Motion"),[2] filed by the debtors in the above-captioned cases (collectively, the "Debtors"); the Court having reviewed the Motion and having considered any statements of counsel and any evidence adduced with respect to the Motion at a hearing before the Court on the Motion (the "Hearing"), if any; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iv) no trustee or examiner having been appointed in these chapter 11 cases and (v) notice of the Motion and the Hearing was sufficient under the circumstances; after due deliberation the Court having determined that the rejection of the contracts and unexpired leases on the attached **Exhibit 1** (the

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Liquid Holdings Group, Inc. (2142) and Liquid Prime Holdings, LLC (2135).  The address of the Debtors' corporate headquarters is 111 River Street, Ste. 1204, Hoboken, New Jersey 07030.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

"Rejected Contracts") is in the best interests of the Debtors, their estates and their creditors; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED, as provided herein.

2.      Pursuant to sections 105(a) and 365 of the Bankruptcy Code, each of the Rejected Contracts identified on the attached **Exhibit 1** hereto are hereby rejected by the Debtors, effective as of the respective dates set forth on **Exhibit 1**.

3.      Notwithstanding the relief granted herein and any actions taken hereunder, nothing in the Motion or this Order shall: (i) constitute an admission as to the validity or priority of any claim against the Debtors (ii) constitute a waiver of the Debtors' rights to dispute any claim; or (iii) prejudice any party's rights to assert that the Rejected Contracts are not executory within the meaning of section 365 of the Bankruptcy Code.

4.      The Debtors are authorized to abandon their personal property, if any, remaining on the premises associated with the Leases identified on **Exhibit 1**.

5.      The deadline to file a proof of claim to assert any damage claim arising from the rejection of the Rejected Contracts shall be the date fixed by this Court as the deadline to file general unsecured proofs of claim in these cases.

6.      Nothing in the Motion or this Order shall be deemed or construed as a determination as to whether the Rejected Contracts are executory.

7.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.      The rejection of the Rejected Contracts complies with the requirements of Bankruptcy Rule 6006(f).

144713.01600/101941691v.2

9. The Debtors are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: February _____, 2016
Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

144713.01600/101941691v.2

## __Exhibit 1__

**Rejected Contracts**

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party | Rejection Date |
|---|---|---|---|---|---|---|
| 1. | ACC/GP Development LLC | ACC/GP Development LLC c/o Groupe Pacific Management, Inc. 20803 Biscayne Blvd., Suite 200 Aventura, FL 33180 Attn: Director of Real Estate Services | Office Lease Agreement for real property located at 20801 Biscayne Boulevard, Suite #303 Aventura, Florida | March 1, 2013 | Liquid Holdings Group, Inc. | February 12, 2016 |
| 2. | ACTIV Financial Systems, Inc. | ACTIV Financial Systems, Inc. 120 East Liberty Drive, Suite 200 Wheaton, IL 60187 Attn: Joseph Gallegos | Software License Agreement | June 20, 2013 | Liquid Holdings Group, Inc. | February 5, 2016 |
| 3. | Actuate Corporation | Actuate Corporation 951 Mariners Island Blvd. San Mateo, CA 94404 Attn: Officer, Managing or General Agent | Software License Agreement | November 2, 2014 | Liquid Holdings Group, Inc. | February 5, 2016 |
| 4. | Altair Management Partners, Inc. | Altair Management Partners, Inc. 3500 Brooktree Rd. #100 Wexford, PA 15090 Attn: Larry Letterio | Technology Services Agreement | June 29, 2015 | Liquid Holdings Group, Inc. | February 5, 2016 |
| 5. | Azarias Capital Management, L.P. | Azarias Capital Management, L.P. 1055 Westlakes Drive, Suite 300 Berwyn, PA 19312 Attn: Daren Heitman | Technology Services Agreement | December 15, 2014 | Liquid Holdings Group, Inc. | February 5, 2016 |
| 6. | Bayou City Capital, L.P. | Bayou City Capital, L.P. 10000 Memorial, Suite 330 Houston, TX 77024 Attn: Robert Hay | Technology Services Agreement | December 30, 2013 | Liquid Holdings Group, Inc. | February 5, 2016 |
| 7. | Bellsolve Limited | Bellsolve Limited 71 Woods Ride, Petts Wood Kent, BR5 1QA, England Attn: Nick Bell | Consulting Agreement | April 7, 2014 | Liquid Holdings Group, Inc. | February 5, 2016 |

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party | Rejection Date |
|---|---|---|---|---|---|---|
| 8. | Bloomberg Finance LP | Bloomberg Finance LP<br>731 Lexington Ave.<br>New York, NY 10022<br>Attn: Officer, Managing or General Agent | Bloomberg Anywhere | N/A | Liquid Holdings Group, Inc. | February 5, 2016 |
| 9. | Certent<br>(f/k/a Equity Administration Solutions, Inc.) | Certent<br>4683 Chabot Dr., Suite 260<br>Pleasanton, CA 94588<br>Attn: Officer, Managing or General Agent | Stock Plan Administration Agreement | March 29, 2013 | Liquid Holdings Group, Inc. | February 5, 2016 |
| 10. | Cirrus Insight | Cirrus Insight<br>16253 Laguna Canyon Rd, Suite 150<br>Irvine, CA 92618<br>Attn: Officer, Managing or General Agent | Software License Agreement | N/A | Liquid Holdings Group, Inc. | February 5, 2016 |
| 11. | Cisco Webex, LLC | Cisco Webex, LLC<br>Mail Stop RTP4E/3<br>7025-4 Kit Creek Rd.<br>Research Triangle Park, NC 27709-4987<br>Attn: Officer, Managing or General Agent | Software License Agreement | N/A | Liquid Holdings Group, Inc. | February 5, 2016 |
| 12. | Citrix Systems Inc. | Citrix Systems Inc.<br>35 Waterview Blvd., #200<br>Parsippany, NJ 07054<br>Attn: Officer, Managing or General Agent | Terms of Use | N/A | Liquid Holdings Group, Inc. | February 5, 2016 |
| 13. | Comcast | Comcast<br>P.O. BOX 530098<br>Atlanta, GA 30353-0098<br>Attn: Officer, Managing or General Agent | Internet Services Agreement | N/A | Liquid Holdings Group, Inc. | January 27, 2016 |

-2-

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party | Rejection Date |
|---|---|---|---|---|---|---|
| 14. | Contago IT | Contago IT 228 East 45th Street, Suite 11 South New York, NY 10017 Attn: Officer, Managing or General Agent | License Agreement | N/A | Liquid Holdings Group, Inc. | January 27, 2016 |
| 15. | Corporate Coffee Systems | Corporate Coffee Systems 745 Summa Ave. Westbury, NY 11590 Attn: Officer, Managing or General Agent | Water Filtration Appliance Agreement | N/A | Liquid Holdings Group, Inc. | February 19, 2016 |
| 16. | Deutsche Borse AG | Deutsche Borse AG 60485 Frankfurt Am Main Germany Attn: Officer, Managing or General Agent | Client Services Agreement | N/A | Liquid Holdings Group, Inc. | February 5, 2016 |
| 17. | Equinix Operating Co. Inc. | Equinix Operating Co. Inc. One Lagoon Drive, 4th Floor Redwood City, California 94065 Attn: Michael Poindexter  Equinix Operating Co. Inc. 4252 Solutions Center Chicago, IL 60677-4402 Attn: Mary McCormick | Master Country Agreement (United States) | March 19, 2013 | Liquid Holdings Group, Inc. | February 19, 2016  Prior to the effective rejection date, the Debtors will recover the data stored on the equipment located at the three data centers and will remove their hard drives. |
| 18. | FedEx Corp. Revenue | FedEx Corp. Revenue 3965 Airways, Module G Memphis, TN 38116 Attn: Officer, Managing or General Agent | Shipping Agreement | N/A | Liquid Holdings Group, Inc. | February 19, 2016 |

-3-

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party | Rejection Date |
|---|---|---|---|---|---|---|
| 19. | Filoso, Anthony | Anthony Filoso<br>344 Lowell Ave.<br>Floral Park, NY 11001-1639 | Employment Agreement | April 8, 2013 | Liquid Holdings Group, Inc. | February 19, 2016 |
| 20. | Fonality | Fonality<br>6900 Dallas Parkway, Suite 250<br>Plano TX, 75024<br>Attn: Officer, Managing or General Agent | Terms and Conditions and License Agreement | November 16, 2012 | Liquid Holdings Group, Inc. | February 5, 2016 |
| 21. | FPL Fibernet | FPL Fibernet<br>9250 West Flagler Street<br>Miami, FL 33174<br>Attn: Officer, Managing or General Agent | Internet Services Agreement | N/A | Liquid Holdings Group, Inc. | February 19, 2016 |
| 22. | Gargoyle Investment Advisor, LLC and any entity controlled by or under common control with Gargoyle Investment Advisor, LLC | Gargoyle Investment Advisor, LLC<br>285 Grand Avenue<br>Englewood, NJ 07631<br>Attn: Phillip Martin | Technology Services Agreement | August 15, 2013 | Liquid Holdings Group, Inc. | February 5, 2016 |
| 23. | GM Analytic Software SRL | GM Analytic Software SRL<br>Str. Martin Luther, nr.2, et.6<br>Timişoara 300054, Romania<br>Attn: Calin Sandru | Master Software Development and Consulting Agreement | April 1, 2005 | Liquid Holdings Group, Inc. | February 5, 2016 |
| 24. | Golden Frog | Golden Frog<br>Obergrubenweg 8<br>6045 Meggen, Switzerland<br>Attn: Officer, Managing or General Agent | VPN License Agreement | N/A | Liquid Holdings Group, Inc. | January 27, 2016 |
| 25. | Goldwater Asset Management | Goldwater Asset Management<br>145 West 57th Street, Floor 15<br>New York, NY 10019<br>Attn: Pablo Garcia | Technology Services Agreement | October 21, 2014 | Liquid Holdings Group, Inc. | February 5, 2016 |

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party | Rejection Date |
|---|---|---|---|---|---|---|
| 26. | Gordon, Ganean | Ganean Gordon 808 Myrtle Ave., Apt. 4D Brooklyn, NY 11206-5552 | Employment Agreement | March 11, 2013 | Liquid Holdings Group, Inc. | February 19, 2016 |
| 27. | Gray's Creek Capital Partners | Gray's Creek Capital Partners 50 Washington Street, Suite 730, Norwalk, CT 06854 Attn: Jason Little | Technology Services Agreement | August 18, 2014 | Liquid Holdings Group, Inc. | February 5, 2016 |
| 28. | HP, Inc. | HP, Inc. 1501 Page Mill Road Palo Alto, CA 94304-1112 Attn: Officer, Managing or General Agent | Licensing Agreement | N/A | Liquid Holdings Group, Inc. | February 19, 2016 |
| 29. | HUB Properties Trust | Hub Properties Trust c/o Reit Management & Research LLC 111 River Street Hoboken, NJ 07030 Attn: Property Manager Reit Management & Research LLC Two Newton Place 255 Washington Street, Suite 300 Newton, MA 02458 Attention: Jennifer Clark CBRE 111 River Street Hoboken, NJ 07030 Attn: Kim M. Green | Lease of real property located at 111 River Street, Suite 1204, Hoboken, New Jersey | February 1, 2014 | Liquid Holdings Group, Inc. | February 12, 2016 |
| 30. | Ibietatorremendia, Jose | Jose Ibietatorremendia 77 Bleecker Street, Apt. 112 New York, NY 10012 | Employment Agreement | March 12, 2013 | Liquid Holdings Group, Inc. | February 19, 2016 |

|  | **Non-Debtor Counterparty** | **Non-Debtor Counterparty Notice Address** | **Contract Name or Description** | **Contract Date(s)** | **Debtor Party** | **Rejection Date** |
|---|---|---|---|---|---|---|
| 31. | IPC Network Services | IPC Network Services<br>1 State Street, 12th Floor<br>New York, NY 10004<br>Attn: Officer, Managing or General Agent | Internet Services Agreement | January 12, 2015 | Liquid Holdings Group, Inc. | February 5, 2016 |
| 32. | Kent, Peter R. | Peter R. Kent<br>118 Hiawatha Ave.<br>Oceanport, NJ 07757-1616 | Employment Agreement | October 27, 2014 | Liquid Holdings Group, Inc. | February 19, 2016<br><br>Effective as of February 19, 2016, Peter Kent, the current Chief Executive Officer and Chief Financial Officer of Liquid Holdings Group, Inc., will be the sole officer and will become the sole director of Liquid Holdings Group, Inc. for the sole purpose of implementing the certain wind down actions until the conclusion of the Bankruptcy Code section 341 meeting. |

144713.01600/101941691v.2

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party | Rejection Date |
|---|---|---|---|---|---|---|
| 31. | Konica Minolta | Konica Minolta P.O. Box 550599 Jacksonville, FL 32255-0599 Attn: Officer, Managing or General Agent | Copier Rental Agreement | January 22, 2013 | Liquid Holdings Group, Inc. | January 27, 2016 |
| 32. | Konica Minolta Premier Finance | Konica Minolta Premier Finance 111 Old Eagle School Rd Wayne, PA 19087-1453 Attn: Officer, Managing or General Agent | Copier Rental Agreement | February 18, 2014 | Liquid Holdings Group, Inc. | January 27, 2016 |
| 33. | Level 3 Communications, LLC | Level 3 Communications, LLC 1025 Eldorado Blvd. Broomfield, CO 80021 Attn: Jack Kline | Data Hosting Agreement | N/A | Liquid Holdings Group, Inc. | February 5, 2016 |
| 34. | Lightower Fiber Networks | Lightower Fiber Networks 80 Central Street Boxborough, MA 01719 Attn: Officer, Managing or General Agent | Internet Services Agreement | August 14, 2013 | Liquid Holdings Group, Inc. | February 5, 2016 |
| 35. | Londinium Asset Management, Ltd. | Londinium Asset Management, Ltd. Columbia Palace, 11 Avenue Princess Grace, Monaco 98000 Attn: Pravin Khatau | Technology Services Agreement | December 10, 2014 | Liquid Holdings Group, Inc. | February 5, 2016 |
| 36. | MasterData | MasterData 2100 Seaport Blvd Redwood City, CA 94063 Attn: Officer, Managing or General Agent | Client Services Agreement | July 29, 2015 | Liquid Holdings Group, Inc. | February 5, 2016 |

-7-

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party | Rejection Date |
|---|---|---|---|---|---|---|
| 37. | Microsoft Corporation One | Microsoft Corporation One Microsoft Way Redmond, WA 98052 Attn: Officer, Managing or General Agent | Software License Agreement | N/A | Liquid Holdings Group, Inc. | February 19. 2016 |
| 38. | Monte Capital Group | Monte Capital Group 11 Broadway, Suite 766 New York, NY 10004 Attn: Brad Lloyd | Technology Services Agreement and related Renewal | April 30, 2014 and October 14, 2015 | Liquid Holdings Group, Inc. | February 5, 2016 |
| 39. | Nasdaq Nordic OY | Nasdaq Nordic OY PL 361/P.O. Box 361 FI-001311 Helsinki Finland Attn: Officer, Managing or General Agent | Client Services Agreement | N/A | Liquid Holdings Group, Inc. | February 5, 2016 |
| 40. | Nasdaq OMX Group, Inc. | Nasdaq OMX Group, Inc. Office Of General Counsel 805 King Farm Blvd. Rockville, MD 20850 Attn: Officer, Managing or General Agent | Client Services Agreement | December 10, 2014 | Liquid Holdings Group, Inc. | February 5, 2016 |
| 41. | New York Stock Exchange Inc. | NYSE Market Inc. 11 Wall Street New York, NY 10005 Attn: Officer, Managing or General Agent  New York Stock Exchange, Inc. 11 Wall Street New York, NY 10005 Attn: Director of Market Data | New York Stock Exchange Inc. Agreement for Receipt and Use of Consolidated Network A Date and NYSE Market Data | November 8, 2014 | Liquid Holdings Group, Inc. | February 5, 2016 |

-8-

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party | Rejection Date |
|---|---|---|---|---|---|---|
| | | CQ Plan Network A Participants and CTA Plan Network A Participants c/o New York Stock Exchange, Inc. 11 Wall Street New York, NY 10005 Attn: Director of Market Data | | | | |
| 42. | OakRun Precious Metals Fund Ltd. | OakRun Precious Metals Fund Ltd. 1111 Brickell Avenue, Suite 1124 Miami, FL 33131 Attn: Scott Rhodenizer | Technology Services Agreement | July 16, 2014 | Liquid Holdings Group, Inc. | February 5, 2016 |
| 43. | O'Boyle, Robert | Robert O'Boyle 114 Eunice Ave. Fairfield, CT 06824 | Employment Agreement | March 11, 2013 | Liquid Holdings Group, Inc. | February 5, 2016 |
| 44. | Options Information Technology LLC | Options Information Technology LLC 100 Park Ave., 6th Floor New York, NY 10017 Attn: Officer, Managing or General Agent | Client Services Agreement | N/A | Liquid Holdings Group, Inc. | February 5, 2016 |
| 45. | Options Price Reporting Authority LLC | Options Price Reporting Authority LLC 400 South LaSalle Chicago, IL 60605 Attn: Officer, Managing or General Agent | Client Services Agreement | November 14, 2014 | Liquid Holdings Group, Inc. | February 5, 2016 |
| 46. | Oslo Børs ASA | Oslo Børs ASA Postboks 460 Sentrum N-0105 Oslo Norway Attn: Officer, Managing or General Agent | Client Services Agreement | January 6, 2015 | Liquid Holdings Group, Inc. | February 5, 2016 |

-9-

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party | Rejection Date |
|---|---|---|---|---|---|---|
| 47. | Rackspace | Rackspace 1 Fanatical Place City of Windcrest San Antonio, TX 78218 Attn: Officer, Managing or General Agent | Data Hosting Agreement | N/A | Liquid Holdings Group, Inc. | January 27, 2016 |
| 48. | Salesforce.Com Inc. | Salesforce.Com Inc. The Landmark at One Market Suite 300 San Francisco, CA 94105 Attn: Officer, Managing or General Agent | Database Licensing Agreement | N/A | Liquid Holdings Group, Inc. | January 27, 2016 |
| 49. | Salesforce.Com Inc. | Salesforce.Com Inc. The Landmark at One Market Suite 300 San Francisco, CA 94105 Attn: Juan Pablo Rodriguez | Cloud Licensing Agreement and Support Agreement | N/A | Liquid Holdings Group, Inc. | January 27, 2016 |
| 50. | Sarissa Capital Management LP | Sarissa Capital Management LP 660 Steamboat Rd. Greenwich, CT 06830 Attn: Patrice Bonfiglio | Technology Services Agreement | June 27, 2014 | Liquid Holdings Group, Inc. | February 5, 2016 |
| 51. | SenaHill Advisors, LLC | SenaHill Advisors, LLC 115 Broadway, 3rd Floor New York, NY 10006 Attn: Justin Brownhill | Letter Agreement | October 21, 2015 | Liquid Holdings Group, Inc. | January 31, 2016 |
| 52. | Six Exfeed Ltd. | Six Exfeed Ltd. Selnausrasse 30 P.O. Box 1758 8021 Zurich Switzerland Attn: Lucia Koller | Client Services Agreement | January 8, 2015 | Liquid Holdings Group, Inc. | February 5, 2016 |

-10-

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party | Rejection Date |
|---|---|---|---|---|---|---|
| 53. | Slack Technologies, Inc. | Slack Technologies, Inc<br>360 Clementina Street<br>San Francisco, CA 94103<br>Attn: Officer, Managing or General Agent | Terms of Use | N/A | Liquid Holdings Group, Inc. | January 27, 2016 |
| 54. | Swift Vox<br>(operator of VoIP.ms) | Swift Vox<br>Complexe Desjardins Tower<br>CP 1491<br>H5B 1B9<br>Montreal, QC, Canada<br>Attn: Officer, Managing or General Agent | Terms and Conditions of Service | N/A | Liquid Holdings Group, Inc. | February 19, 2016 |
| 55. | Tekla Capital Management, Llc | Tekla Capital Management, LLC<br>Two Liberty Square, 9th Floor<br>Boston, MA 02109<br>Attn: Daniel Omstead | Technology Services Agreement and related Amendment | December 30, 2014<br>and<br>January 28, 2016 | Liquid Holdings Group, Inc. | February 5, 2016 |
| 56. | Thomson Reuters | Thomson Reuters<br>Credit Management<br>Customer Care<br>3 Times Square<br>New York, NY 10036<br>Attn: Officer, Managing or General Agent | Client Services Agreement<br>(T1 Wealth Market Data) | N/A | Liquid Holdings Group, Inc. | February 5, 2016 |
| 57. | Thomson Reuters | Thomson Reuters<br>Credit Management<br>Customer Care<br>3 Times Square<br>New York, NY 10036<br>Attn: Officer, Managing or General Agent | Client Services Agreement<br>(DSS Market Data) | March 28, 2013 | Liquid Holdings Group, Inc. | February 5, 2016 |

144713.01600/101941691v.2

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party | Rejection Date |
|---|---|---|---|---|---|---|
| 58. | Time Warner Cable of NYC | Time Warner Cable of NYC<br>41-61 Kissena Blvd<br>Flushing, NY 11355-3189<br>Attn: Officer, Managing or General Agent | Internet Services Agreement | N/A | Liquid Holdings Group, Inc. | January 27, 2016 |
| 59. | Tinet S.p.A. | Tinet S.p.A.<br>Societo Con Sucio Unico<br>Localita Sa Lleta Ss195 Km 2,300<br>09122 Cagliari, Italy<br>Attn: Officer, Managing or General Agent | Data Hosting Agreement | March 25, 2012 | Liquid Holdings Group, Inc. | February 19, 2016 |
| 60. | TSX Inc. | TSX Inc.<br>C/O T56297c<br>Po Box 56297<br>Station A<br>Toronto, ON M5W 4L1<br>Attn: Officer, Managing or General Agent | Client Services Agreement | N/A | Liquid Holdings Group, Inc. | February 5, 2016 |
| 61. | Verizon Business | Verizon Business<br>500 Technology Dr., Ste 870<br>Weldon Spring, MO 63304<br>Attn: Officer, Managing or General Agent | Telecommunications Agreement | N/A | Liquid Holdings Group, Inc. | January 27, 2016 |
| 62. | Vintage<br>350 Hudson Street, Suite 300<br>New York, NY 10014 | Vintage<br>350 Hudson Street, Suite 300<br>New York, NY 10014<br>Attn: Officer, Managing or General Agent | Regulatory Filings Agreement | August 5, 2013 | Liquid Holdings Group, Inc. | February 19, 2016 |

144713.01600/101941691v.2

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party | Rejection Date |
|---|---|---|---|---|---|---|
| 63. | Zendesk, Inc | Zendesk, Inc 1019 Market Street San Francisco, CA 94103 Attn: Officer, Managing or General Agent | Software License Agreement | N/A | Liquid Holdings Group, Inc. | February 5, 2016 |
| 64. | Zuora, Inc. | Zuora, Inc. 1051 East Hillsdale Blvd., Suite 600 Foster City, CA 94404 Attn: Officer, Managing or General Agent | Master Subscription Agreement | May 2, 2014 | Liquid Holdings Group, Inc. | January 27, 2016 |

-13-