## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LIQUID HOLDINGS GROUP, INC., et al.,[1] | Case No. 16-10202 (KG) |
| Debtors. | Jointly Administered |

## GLOBAL NOTES REGARDING THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Liquid Holdings Group, Inc. and Liquid Prime Holdings, LLC (each individually a "***Debtor***," and collectively, the "***Debtors***"), are filing their respective Schedules of Assets and Liabilities (the "***Schedules***") and Statements of Financial Affairs (the "***Statements***," and collectively with the Schedules, the "***Schedules and Statements***") in the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***"). The Debtors, with the assistance of their advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "***Bankruptcy Code***") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These Global Notes Regarding the Schedules and Statements of Financial Affairs (the "***Global Notes***") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements prepared by the Debtors and their advisors (i) are unaudited, (ii) do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles, (iii) were gathered from a variety of different sources available to the Debtors and (iv) were prepared with such data to provide a cut-off as near as possible to January 27, 2016 (the "***Petition Date***"), unless specifically noted otherwise. While the Debtors and their advisors have exercised reasonable best efforts to ensure that the Schedules and Statements are accurate and complete based on the information that was available at the time of preparation, further research or discovery may identify subsequent information and inadvertent errors or omissions may exist. Accordingly, the Debtors reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate.

As a supplement to the information in Liquid Holdings Group, Inc.'s Schedules and Statements, it should be noted that, on December 31, 2015, Liquid Technology Services, LLC

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Liquid Holdings Group, Inc. (2142) and Liquid Prime Holdings, LLC (2135). The address of the Debtors' corporate headquarters is 89 River Street #2114, Hoboken, New Jersey 07030.

(f/k/a Green Mountain Analytics, LLC) and two other subsidiaries were merged into Liquid Holdings Group, Inc.

Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to these cases, including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of claims or contracts, assumption or rejection of contracts under the provisions of the Bankruptcy Code and/or causes of action arising under the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

The Debtors reserve the right to dispute, or to assert offset or defenses to, any claim reflected on the Schedules and Statements as to amount, liability or classification. The Debtors also reserve all rights with respect to the values, amounts and characterization of the assets and liabilities listed in the Schedules and Statements. Any failure to designate a claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts.

The Debtors reserve all rights with respect to any causes of action and nothing in the Schedules and Statements or these Global Notes shall be deemed a waiver of any such causes of action. Similarly, in instances where the Debtors are defendants in pending causes of action, nothing in the Schedules and Statements or these Global Notes shall be deemed as an admission or determination with respect to, or a waiver of any defense or objection to, such causes of action, and all of the Debtors' defenses, objection and other rights with respect to such causes of action are hereby preserved.

Peter R. Kent, Chief Executive Officer for Debtor Liquid Holdings Group, Inc., has signed the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Kent has necessarily relied upon the efforts, statements, and representations of various personnel of the Debtors. Mr. Kent has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

### End of Global Notes ###

144713.01600/101955516v.1

**Fill in this information to identify the case:**

Debtor name  LIQUID HOLDINGS GROUP, INC. _____

United States Bankruptcy Court for the: _____ District of Delaware
                                                                            (State)

Case number (If known): _____16-10202 (KG)_____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**  **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $ 0 _____

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $ 41,856,257 _____

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................    $ 41,856,257 _____

---

**Part 2:**  **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...............................    $ 0 _____

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................................    $ 0 _____

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........................    + $ 5,245,118.16 _____

4. **Total liabilities**.............................................................................................................    $ 5,245,118.16 _____
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name __LIQUID HOLDINGS GROUP, INC.__

United States Bankruptcy Court for the: _____    District of __Delaware__
                                                                                    (State)

Case number (If known): __16-10202 (KG)__

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First Republic Bank | Checking | 3 2 0 4 | $ 1,090,642.65 |
| 3.2. | First Republic Bank | Checking | 4 6 2 3 | $ 13,359.45 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | N/A | $ 0 |
| 4.2. | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 1,104,002.10

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | See Attached Schedule A/B | $ 922,690 |
| 7.2. | | $ |

Debtor    LIQUID HOLDINGS GROUP, INC.                          Case number *(if known)* 16-10202 (KG)
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. See Attached Schedule A/B                                                    $ 837,699

   8.2. Romanian Catastrophic Reserve - GM Analytic Software                         $ 269,236

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                 $ 2,029,625

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | 38,191 | – | 1,556 | = ........→ | $ 36,635 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | 20,400 | – | 20,400 | = ........→ | $ 0 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.           $ 36,635

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. N/A _____ _____ $ 0

    14.2. _____ _____ $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    15.1. See Attached Schedule A/B _____ _____% _____ $ 0

    15.2. _____ _____% _____ $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. N/A _____ _____ $ 0

    16.2. _____ _____ $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                              $ 0

Debtor    LIQUID HOLDINGS GROUP, INC.
          Name

Case number *(if known)* 16-10202 (KG)

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $ 0

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    LIQUID HOLDINGS GROUP, INC.                    Case number (if known) 16-10202 (KG)
              Name

33. **Total of Part 6.**                                                    $ 0

    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** See Attached Schedule A/B | $ 33,558 | Estimated | $ 3,356 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See Attached Schedules A/B (equipment and software) | $ 826,387 | Estimated | $ 82,639 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 N/A | $_____ | _____ | $ 0 |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**                                                    $ 85,995

    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor    LIQUID HOLDINGS GROUP, INC.
Name

Case number *(if known)* 16-10202 (KG)

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Konica multi-function color printer (leased) | $ 0 | _____ | $ 0 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 0

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | LIQUID HOLDINGS GROUP, INC. | Case number *(if known)* | 16-10202 (KG) |
|---|---|---|---|
| | Name | | |

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  800 Third Ave., 38th FL, NY, NY | Lease | $ | | $ |
| 55.2  800 Third Ave., Ste. 3704, NY, NY | Lease | $ | | $ |
| 55.3  111 River St., Ste. 1204, Hoboken, NJ | Lease | $ | | $ |
| 55.4  20807 Biscayne Blvd., Aventura, FL | Lease | $ | | $ |
| 55.5  Leasehold Improvements - See Attached Schedule A/B | | $ 379,838 | Estimated | $ 0 |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>Patents and Trade Names | $ 38,545 | Market Value | $ 0 |
| **61. Internet domain names and websites**<br>www.liquidholdings.com | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property**<br>Software and trading platform | $ 0 | Market Value | $ |
| **65. Goodwill** | $ 0 | | $ 0 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0

Debtor    LIQUID HOLDINGS GROUP, INC.                        Case number (if known) 16-10202 (KG)
          Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

See Attached Schedule A/B                $2,906,661  –  $2,906,661  = ➡  $ 0
                                         Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Federal NOL                                             Tax year 2014    $ 26,000,000

Federal NOL                                             Tax year 2013    $ 12,600,000

                                                        Tax year _____ $

73. **Interests in insurance policies or annuities**

See Attached Schedule A/B                                                $

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See Attached Schedule A/B                                                $

Nature of claim

Amount requested        $

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None                                                                     $ 0

Nature of claim

Amount requested        $

76. **Trusts, equitable or future interests in property**

None                                                                     $

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See Attached Schedule A/B                                                $ 0

(executory contracts and unexpired leases)                               $

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                       $ 38,600,000

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    LIQUID HOLDINGS GROUP, INC.
          _____    Case number (if known) 16-10202 (KG)
          Name

---

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 1,104,002 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 2,029,625 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 36,635 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 85,995 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0 | |
| 88. **Real property.** Copy line 56, Part 9. ................................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 38,600,000 | |
| 91. **Total.** Add lines 80 through 90 for each column. .............................. 91a. | $ 41,856,257 | + 91b. $ 0 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................. | | $ 41,856,257 |

**LIQUID HOLDINGS GROUP, INC., Case No. 16-10202 (KG)**
**Form 206A/B**
**Schedule A/B: Assets - Real and Personal Property**
**Part 2: Deposits and Prepayments**
**Item 7: Deposits, including security deposits and utility deposits**

| | Description | Name of Holder of Deposit | | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 7.1 | Security deposit on office space @ 800 Third Avenue, New York, NY | Joseph P. Day Realty Corp. | $ | 523,851 |
| 7.2 | Security deposit on office space @ 20807 Biscayne Blvd., Aventura, FL | ACC/GP Development LLC | $ | 22,295 |
| 7.3 | Retainer for professional services relating to bankruptcy | Blank Rome LLP | $ | 236,544 |
| 7.4 | Retainer for professional services relating to bankruptcy | Carl Marks Advisors | $ | 120,000 |
| 7.5 | Retainer for professional services relating to bankruptcy | SenaHill Partners, LP | $ | 20,000 |
| | | | $ | **922,690** |

**LIQUID HOLDINGS GROUP, INC., Case No. 16-10202 (KG)**
**Form 206A/B**
**Schedule A/B: Assets - Real and Personal Property**
**Part 2: Deposits and Prepayments**
**Item 8.1: Prepayments**

## LHG PREPAID SUMMARY
## AS OF JANUARY 27, 2016

| | PREPAID SOFTWARE | PREPAID INSURANCE | PREPAID LEGAL | PREPAID LEASE COMMISSION | PREPAID OTHER | TOTAL |
|---|---|---|---|---|---|---|
| BALANCE DECEMBER 31, 2015 | $ 157,214.68 | $ 546,519.85 | $ 21,543.61 | $ 187,158.26 | $ 4,075.88 | $ 916,512.28 |
| ADDITIONS | $ 4,319.44 | $ - | $ - | $ - | $ - | $ 4,319.44 |
| AMORTIZATION EXPENSE | $ (28,372.59) | $ (48,713.14) | $ (436.36) | $ (3,790.89) | $ (1,819.49) | $ (83,132.47) |
| BALANCE JANUARY 27, 2016 | $ 133,161.53 | $ 497,806.71 | $ 21,107.25 | $ 183,367.37 | $ 2,256.39 | $ 837,699.25 |

**LIQUID HOLDINGS GROUP, INC., Case No. 16-10202 (KG)**
Form 206A/B
Schedule A/B: Assets - Real and Personal Property
Part 3: Accounts Receivable
Item 11: Accounts Receivable

**Liquid Holdings Group, Inc.**
**A/R Aging Summary**
**As of January 27, 2016**

| CUSTOMER | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | > 120 | TOTAL |
|---|---|---|---|---|---|---|---|
| Altair Management Partners, Inc | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 6,000.00 |
| Bayou City Capital, LP | 3,253.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,253.00 |
| Gargoyle Investment Advisor, LLC | 11,529.25 | 11,529.25 | 0.00 | 0.00 | 0.00 | 0.00 | 23,058.50 |
| Gray's Creek Capital Partners | 2,476.80 | 210.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2,687.30 |
| Monte Capital Group, LLC | 736.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 736.54 |
| OakRun Precious Metals Fund Ltd | 450.00 | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 |
| Sarissa Capital Management LP | 546.00 | 505.00 | 0.00 | 505.00 | 20,400.00 | 0.00 | 21,956.00 |
| **TOTAL** | **20,991.59** | **14,694.75** | **2,000.00** | **505.00** | **20,400.00** | **0.00** | **58,591.34** |
| | | | | | | | |
| **ALLOWANCE FOR DOUBTFUL ACCOUNT -** | | | | | | | |
| **SARISSA CAPITAL MANAGEMENT LP** | (546.00) | (505.00) | - | (505.00) | (20,400.00) | - | (21,956.00) |
| | | | | | | | |
| **NET ACCOUNTS RECEIVABLE** | **20,445.59** | **14,189.75** | **2,000.00** | **0.00** | **0.00** | **0.00** | **36,635.34** |

**LIQUID HOLDINGS GROUP, INC., Case No. 16-10202 (KG)**
**Form 206A/B**
**Schedule A/B: Assets - Real and Personal Property**
**Part 4: Investments**
**Item 15: Non-publicly traded stock and interests in incorporated and unincorporated businesses**

| Name of Entity | % of Ownership | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| 15.1 Liquid Prime Holdings, LLC | 100% | Fair Market Value | $ - |
| 15.2 Liquid Trading Institutional LLP | 100% | Fair Market Value | $ - |
| 15.3 LHG Technology Services Ltd. | 100% | Fair Market Value | $ - |

LIQUID HOLDINGS GROUP, INC., Case No. 16-10202 (KG)
Form 206A/B
Schedule A/B: Assets - Real and Personal Property
Part 7: Office Furniture, Fixtures and Equipment
Item 40: Office fixtures

**LIQUID HOLDINGS GROUP**
**FURNITURES & FIXTURES**
**AS OF JANUARY 27, 2016**

| VENDOR | DESCRIPTION | LOCATION | FIXED ASSET NUMBER | DEPRECIABLE LIFE (YEARS) | INVOICE DATE | SERVICE START DATE | SERVICE END DATE | AVERAGE MONTHLY DEPRECIATION | COST G/L AC# 14010 | ACCUMULATED DEPRECIATION G/L AC# 15010 | NET BOOK VALUE AS OF JANUARY 27, 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HEADSET.COM | TELEPHONE HEADSETS | HOBOKEN | LHG-OFFI-0002 | 5.0 | 10/17/12 | 10/01/12 | 09/30/17 | $ 10.13 | $ 607.85 | $ 405.20 | $ 202.65 |
| HEADSET.COM | TELEPHONE HEADSETS | HOBOKEN | LHG-OFFI-0003 | 5.0 | 10/19/12 | 10/01/12 | 09/30/17 | $ 3.82 | $ 229.00 | $ 152.73 | $ 76.27 |
| DELL | TV (1) | HOBOKEN | LHG-OFFI-0005 | 5.0 | 04/19/13 | 04/01/13 | 03/31/18 | $ 40.41 | $ 2,424.87 | $ 1,373.95 | $ 1,050.92 |
| BEST BUY | TV (1) | HOBOKEN | LHG-OFFI-0006 | 5.0 | 04/20/13 | 04/01/13 | 03/31/18 | $ 19.08 | $ 1,144.79 | $ 648.71 | $ 496.08 |
| BEST BUY | TV (1) | HOBOKEN | LHG-OFFI-0007 | 5.0 | 04/20/13 | 04/01/13 | 03/31/18 | $ 19.08 | $ 1,144.79 | $ 648.71 | $ 496.08 |
| BEST BUY | TV (1) | HOBOKEN | LHG-OFFI-0008 | 5.0 | 04/21/13 | 04/01/13 | 03/31/18 | $ 19.08 | $ 1,144.79 | $ 648.71 | $ 496.08 |
| CISCO/LYNKSYS | CISCO/LYNKSYS 5-LINE IP PHONE | HOBOKEN | LHG-OFFI-0014 | 5.0 | 01/01/15 | 01/01/15 | 12/31/19 | $ 18.70 | $ 1,122.00 | $ 242.79 | $ 879.21 |
| CISCO/LYNKSYS | CISCO/LYNKSYS 5-LINE IP PHONE | HOBOKEN | LHG-OFFI-0015 | 5.0 | 01/01/15 | 01/01/15 | 12/31/19 | $ 47.50 | $ 2,850.00 | $ 616.74 | $ 2,233.26 |
| CAROLINA BUSINESS INTERIORS | OFFICE FURNITURE | FLORIDA | LHG-FURN-0009 | 5.0 | 05/20/13 | 05/01/13 | 04/30/18 | $ 311.46 | $ 18,687.30 | $ 10,278.35 | $ 8,408.95 |
| CAROLINA BUSINESS INTERIORS | OFFICE FURNITURE | FLORIDA | LHG-FURN-0010 | 5.0 | 08/01/13 | 08/01/13 | 07/31/18 | $ 311.46 | $ 18,687.30 | $ 9,353.60 | $ 9,333.70 |
| GMA ANALYTICS | OFFICE FURNITURE | ROMANIA | LHG-FURN-0011 | 5.0 | 11/01/13 | 11/01/13 | 10/31/18 | $ 204.17 | $ 12,250.00 | $ 5,512.63 | $ 6,737.37 |
| BRANDSMART USA | TV'S FOR CONFERENCE ROOM | FLORIDA | LHG-OFFI-0016 | 5.0 | 05/28/13 | 05/01/13 | 04/30/18 | $ 116.59 | $ 6,995.62 | $ 3,847.56 | $ 3,148.06 |
| | **TOTAL** | | | | | | | $ 1,121.48 | $ 67,288.31 | $ 33,729.68 | $ 33,558.63 |

LIQUID HOLDINGS GROUP, INC., Case No. 16-10202 (KG)
Form 206A/B
Schedule A/B: Assets - Real and Personal Property
Part 7: Office Furniture, Fixtures and Equipment
Item 41: Office equipment

**LIQUID HOLDINGS GROUP**
**COMPUTER & SOFTWARE**
**AS OF JANUARY 27, 2016**

| VENDOR | DESCRIPTION | LOCATION | FIXED ASSET NUMBER | DEPRECIABLE LIFE (YEARS) | INVOICE DATE | SERVICE START DATE | SERVICE END DATE | AVERAGE MONTHLY DEPRECIATION | COST G/L AC# 14000 | ACCUMULATED DEPRECIATION G/L AC# 15000 | NET BOOK VALUE AS OF JANUARY 27, 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DELL | DELL COMPUTER | HOBOKEN | LHG-COMP-0003 | 3.0 | 12/05/12 | 12/01/12 | 12/01/15 | $ 45.14 | $ 1,622.24 | $ 1,622.24 | $ - |
| NEWEGG | HP PRO 6300 COMPUTERS (5) | HOBOKEN | LHG-COMP-0004 | 3.0 | 12/31/12 | 01/01/13 | 01/01/16 | $ 99.85 | $ 3,594.90 | $ 3,594.90 | $ - |
| NEWEGG | ACER NOTEBOOKS (2) | HOBOKEN | LHG-COMP-0005 | 3.0 | 02/11/13 | 02/01/13 | 02/01/16 | $ 55.51 | $ 1,999.98 | $ 1,999.98 | $ - |
| NEWEGG | COMPUTER COMPONENTS (15) | HOBOKEN | LHG-COMP-0007 | 3.0 | 03/05/13 | 03/01/13 | 03/01/16 | $ 37.38 | $ 1,345.68 | $ 1,308.30 | $ 37.38 |
| DELL | COMPUTER DELL LATITUDE E6330 (1) | HOBOKEN | LHG-COMP-0008 | 3.0 | 03/11/13 | 03/01/13 | 03/01/16 | $ 41.43 | $ 1,490.52 | $ 1,449.09 | $ 41.43 |
| NEWEGG | COMPUTER COMPONENTS | HOBOKEN | LHG-COMP-0009 | 3.0 | 03/21/13 | 03/01/13 | 03/01/16 | $ 67.10 | $ 2,415.62 | $ 2,348.51 | $ 67.11 |
| ISP SUPPLIES | CLOUD CORE ROUTER (2) | HOBOKEN | LHG-COMP-0010 | 5.0 | 05/02/13 | 05/01/13 | 04/30/18 | $ 32.29 | $ 1,937.56 | $ 1,065.57 | $ 871.99 |
| DELL | DELL COMPUTER | HOBOKEN | LHG-COMP-0014 | 3.0 | 08/16/13 | 08/01/13 | 07/31/16 | $ 89.46 | $ 3,220.52 | $ 2,683.76 | $ 536.76 |
| AMAZON | 1TB 3.5" SATA HARD DRIVE (6) | SECAUCUS DATA CENTER | LHG-COMP-0018 | 3.0 | 09/11/13 | 09/01/13 | 08/31/16 | $ 40.30 | $ 1,450.86 | $ 1,168.70 | $ 282.16 |
| AMAZON | 1TB SATA 6G/BS 2.5" SATA HARD DRIVE (8) | SECAUCUS DATA CENTER | LHG-COMP-0019 | 3.0 | 09/11/13 | 09/01/13 | 08/31/16 | $ 52.03 | $ 1,873.31 | $ 1,509.09 | $ 364.22 |
| AMAZON | 3.33GHz HP XEON DP HEXA-CORE (4) | SECAUCUS DATA CENTER | LHG-COMP-0020 | 3.0 | 09/11/13 | 09/01/13 | 08/31/16 | $ 103.72 | $ 3,733.88 | $ 3,007.84 | $ 726.04 |
| DELL | DELL LATTITUDE E6540 LAPTOP (1) | HOBOKEN | LHG-COMP-0021 | 3.0 | 09/13/13 | 09/01/13 | 08/31/16 | $ 47.64 | $ 1,715.06 | $ 1,381.56 | $ 333.50 |
| AMAZON | 8GB DDR3 SDRAM MEMORY MODULE (12) | SECAUCUS DATA CENTER | LHG-COMP-0022 | 3.0 | 09/13/13 | 09/01/13 | 08/31/16 | $ 31.41 | $ 1,130.76 | $ 910.89 | $ 219.87 |
| CDW DIRECT | LENOVO THINKPAD X1 CARBON 3444 (1) | HOBOKEN | LHG-COMP-0025 | 3.0 | 09/27/13 | 09/01/13 | 08/31/16 | $ 66.06 | $ 2,378.38 | $ 1,915.96 | $ 462.42 |
| AMAZON | DELL ULTRA SHARP 24IN LED MONITOR (4) | FLORIDA | LHG-COMP-0026 | 3.0 | 09/27/13 | 09/01/13 | 08/31/16 | $ 31.80 | $ 1,144.88 | $ 922.21 | $ 222.67 |
| SCHNEIDER ELECTRIC | APC SYMMETRA LX 4kVA POWER MODULE (2) | HOBOKEN | LHG-COMP-0026 | 3.0 | 09/28/13 | 09/01/13 | 08/31/16 | $ 112.86 | $ 4,063.22 | $ 3,273.16 | $ 790.06 |
| NEWEGG | COMPUTER COMPONENTS (12) | HOBOKEN | LHG-COMP-0027 | 3.0 | 10/02/13 | 10/01/13 | 09/30/16 | $ 30.78 | $ 1,108.09 | $ 861.84 | $ 246.25 |
| NEWEGG | HDD IT/WD (8) | SECAUCUS DATA CENTER | LHG-COMP-0028 | 3.0 | 10/08/13 | 10/01/13 | 09/30/16 | $ 59.44 | $ 2,139.91 | $ 1,664.32 | $ 475.59 |
| WIREDZONE | BAREBONE 3U MICROCLOUD (1), BAREBONE 3U MICROCLOUD INTEL CHIPSET (2), 2.5" HDD MOUNTING KIT MODULE FOR SC939 (12) | SECAUCUS DATA CENTER | LHG-COMP-0029 | 5.0 | 10/09/13 | 10/01/13 | 09/30/18 | $ 99.95 | $ 5,997.08 | $ 2,798.60 | $ 3,198.48 |
| CDW DIRECT | LENOVO THINKPAD X1 CARBON 3444 WITH DOCKING STATION (2) | HOBOKEN | LHG-COMP-0030 | 3.0 | 10/09/13 | 10/01/13 | 09/30/16 | $ 99.66 | $ 3,588.04 | $ 2,790.69 | $ 797.35 |
| MEMOSUN, INC | OPEN LICENSING WINDOWS SERVER 2012 STANDARD (14), CORP. | HOBOKEN | LHG-COMP-0031 | 3.0 | 10/16/13 | 10/01/13 | 09/30/16 | $ 120.04 | $ 4,322.00 | $ 3,361.60 | $ 960.40 |
| PC CONNECTION SALES CORP. | MOB WINDOWS REMOTE DESKTOP (1), OPEN LICENSING WINDOWS SERVER 2012 USER (100) | HOBOKEN | LHG-COMP-0032 | 3.0 | 10/24/13 | 10/01/13 | 09/30/16 | $ 474.02 | $ 17,065.27 | $ 13,273.03 | $ 3,792.24 |
| ETHOS DYNAMICS | COMPUTER COMPONENTS (13) | HOBOKEN | LHG-COMP-0033 | 3.0 | 10/25/13 | 10/01/13 | 09/30/16 | $ 112.16 | $ 2,326.33 | $ 3,140.47 | $ 897.28 |
| NEWEGG | COMPUTER COMPONENTS (15) | HOBOKEN | LHG-COMP-0034 | 3.0 | 10/30/13 | 10/01/13 | 09/30/16 | $ 64.62 | $ 2,326.33 | $ 1,809.36 | $ 516.97 |
| ISP SUPPLIES | CLOUD CORE ROUTER (5) | HOBOKEN | LHG-COMP-0036 | 5.0 | 10/30/13 | 10/01/13 | 09/30/16 | $ 83.48 | $ 5,009.24 | $ 2,337.65 | $ 2,671.59 |
| MCENDEAVORS, LLC | COMPUTER EQUIPMENT | HOBOKEN | LHG-COMP-0038 | 3.0 | 10/31/13 | 10/01/13 | 09/30/16 | $ 41.66 | $ 1,500.00 | $ 1,166.69 | $ 333.31 |
| CYBERPOWER | N/A | HOBOKEN | LHG-COMP-0039 | 3.0 | 11/02/13 | 11/01/13 | 10/31/16 | $ 38.11 | $ 1,372.00 | $ 1,028.97 | $ 343.03 |
| HP HOME STORE | N/A | HOBOKEN | LHG-COMP-0040 | 3.0 | 11/07/13 | 11/01/13 | 10/31/16 | $ 29.01 | $ 1,044.25 | $ 783.20 | $ 261.05 |
| T-NET TECHNOLOGY | N/A | HOBOKEN | LHG-COMP-0043 | 3.0 | 11/23/13 | 11/01/13 | 10/31/16 | $ 264.16 | $ 9,510.00 | $ 7,132.53 | $ 2,377.47 |
| LENOVO | N/A | HOBOKEN | LHG-COMP-0044 | 3.0 | 11/24/13 | 11/01/13 | 10/31/16 | $ 46.78 | $ 1,684.18 | $ 1,263.06 | $ 421.12 |
| ETHOS DYNAMICS | CISCO ASA FIREWALLS | HOBOKEN | LHG-COMP-0045 | 3.0 | 12/03/13 | 12/01/13 | 11/30/16 | $ 204.80 | $ 7,373.00 | $ 5,328.35 | $ 2,044.65 |
| HANSONGEEK | SOFTWARE FOR ACTIVE DIRECTORY | HOBOKEN | LHG-COMP-0047 | 3.0 | 01/07/14 | 01/01/14 | 12/31/16 | $ 50.00 | $ 1,799.98 | $ 1,199.98 | $ 600.00 |
| LENOVO | THINKPAD T540P AND ACCESSORIES (2) | SECAUCUS DATA CENTER | LHG-COMP-0048 | 3.0 | 01/09/14 | 01/01/14 | 12/31/16 | $ 102.09 | $ 3,675.20 | $ 2,450.12 | $ 1,225.08 |
| HANSONGEEK | SOFTWARE FOR ACTIVE DIRECTORY | HOBOKEN | LHG-COMP-0050 | 3.0 | 01/10/14 | 01/01/14 | 12/31/16 | $ 52.77 | $ 1,899.96 | $ 1,266.66 | $ 633.30 |
| LENOVO | THINKPAD T540P AND ACCESSORIES (1) | HOBOKEN | LHG-COMP-0051 | 3.0 | 01/15/14 | 01/01/14 | 12/31/16 | $ 50.94 | $ 1,834.10 | $ 1,222.74 | $ 611.36 |
| AVENTIS | SOFTWARE FOR ACTIVE DIRECTORY | SECAUCUS DATA CENTER | LHG-COMP-0053 | 3.0 | 01/22/14 | 01/01/14 | 12/31/16 | $ 44.22 | $ 1,592.00 | $ 1,061.28 | $ 530.72 |
| IXSOFT | SOFTWARE FOR ACTIVE DIRECTORY | SECAUCUS DATA CENTER | LHG-COMP-0054 | 3.0 | 01/24/14 | 01/01/14 | 12/31/16 | $ 51.50 | $ 1,854.00 | $ 1,236.00 | $ 618.00 |
| AMAZON | SERVER HARDWARE & LICENSES | SECAUCUS DATA CENTER | LHG-COMP-0055 | 3.0 | 02/06/14 | 02/01/14 | 01/31/17 | $ 46.87 | $ 1,688.40 | $ 1,125.41 | $ 562.99 |
| AMAZON | SEVVER HARDWARE | SECAUCUS DATA CENTER | LHG-COMP-0056 | 3.0 | 02/07/14 | 02/01/14 | 01/31/17 | $ 113.35 | $ 4,083.09 | $ 2,721.62 | $ 1,361.47 |
| AMAZON | SERVER HARDWARE | SECAUCUS DATA CENTER | LHG-COMP-0057 | 3.0 | 02/07/14 | 02/01/14 | 01/31/17 | $ 75.65 | $ 2,725.32 | $ 1,816.62 | $ 908.70 |
| NEWEGG | SERVER HARDWARE | SECAUCUS DATA CENTER | LHG-COMP-0058 | 3.0 | 02/08/14 | 02/01/14 | 01/31/17 | $ 72.45 | $ 2,610.27 | $ 1,740.02 | $ 870.25 |
| APPLE | DEVELOPERS' WORK-STATIONS | FLORIDA | LHG-COMP-0059 | 3.0 | 02/12/14 | 02/01/14 | 01/31/17 | $ 148.45 | $ 5,347.86 | $ 3,564.84 | $ 1,783.02 |
| LENOVO | Laptops for new Hires | HOBOKEN | LHG-COMP-0060 | 3.0 | 02/13/14 | 02/01/14 | 01/31/17 | $ 68.10 | $ 2,453.35 | $ 1,635.41 | $ 817.94 |
| LENOVO | Laptops for New Hires | HOBOKEN | LHG-COMP-0061 | 3.0 | 02/13/14 | 02/01/14 | 01/31/17 | $ 101.11 | $ 3,642.50 | $ 2,428.06 | $ 1,214.44 |
| CDW DIRECT | Anti-Virus for all workstations | HOBOKEN | LHG-COMP-0064 | 3.0 | 03/13/14 | 03/01/14 | 02/28/17 | $ 83.68 | $ 3,006.19 | $ 1,921.34 | $ 1,084.85 |
| ARISTA NETWORKS | SERVER HARDWARE & LICENSES | SECAUCUS DATA CENTER | LHG-COMP-0066 | 5.0 | 03/18/14 | 03/01/14 | 02/28/19 | $ 581.77 | $ 34,906.45 | $ 13,382.69 | $ 21,523.76 |
| ARISTA NETWORKS | SERVER HARDWARE & LICENSES | SECAUCUS DATA CENTER | LHG-COMP-0067 | 5.0 | 03/19/14 | 03/01/14 | 02/28/19 | $ 1,866.01 | $ 111,960.47 | $ 42,924.52 | $ 69,035.95 |
| EXPRESS COMPUTER | HARDWARE | HOBOKEN | LHG-COMP-0069 | 3.0 | 03/21/14 | 03/01/14 | 02/28/17 | $ 67.92 | $ 2,445.00 | $ 1,562.66 | $ 882.34 |
| FIBERSTONE CO | FIBER OPTIC WIRING & TRANSCEIVERS | HOBOKEN | LHG-COMP-0070 | 3.0 | 04/01/14 | 04/01/14 | 03/31/17 | $ 349.48 | $ 12,581.28 | $ 7,690.53 | $ 4,890.75 |
| BALTIC NETWORKS | MIKROTIK ROUTERS | HOBOKEN | LHG-COMP-0071 | 3.0 | 04/04/14 | 04/01/14 | 03/31/17 | $ 39.40 | $ 1,418.38 | $ 867.01 | $ 551.37 |
| CDW DIRECT | Headsets for phones | HOBOKEN | LHG-COMP-0072 | 3.0 | 04/09/14 | 04/01/14 | 03/31/17 | $ 34.21 | $ 1,231.64 | $ 752.80 | $ 478.84 |
| NEWEGG | MICROSOFT SERVER LICENSE | HOBOKEN | LHG-COMP-0073 | 3.0 | 04/09/14 | 04/01/14 | 03/31/17 | $ 35.00 | $ 1,259.98 | $ 770.18 | $ 489.80 |
| DELL | DELL COMPUTER | HOBOKEN | LHG-COMP-0074 | 3.0 | 05/21/14 | 05/01/14 | 04/30/17 | $ 50.81 | $ 1,829.28 | $ 1,067.42 | $ 761.86 |
| CYBERPOWER | N/A | HOBOKEN | LHG-COMP-0076 | 3.0 | 06/07/14 | 06/01/14 | 05/31/17 | $ 41.22 | $ 1,484.00 | $ 824.62 | $ 659.38 |
| APPLE | APPLE COMPUTER | HOBOKEN | LHG-COMP-0078 | 3.0 | 06/10/14 | 06/01/14 | 05/31/17 | $ 83.64 | $ 3,010.98 | $ 1,673.24 | $ 1,337.74 |
| LENOVO | LAPTOP COMPUTER | FLORIDA | LHG-COMP-0079 | 3.0 | 06/11/14 | 06/01/14 | 05/31/17 | $ 162.68 | $ 5,856.39 | $ 3,254.80 | $ 2,601.59 |
| LENOVO | THINKPAD T540P | HOBOKEN | LHG-COMP-0080 | 3.0 | 06/13/14 | 06/01/14 | 05/31/17 | $ 54.35 | $ 1,956.75 | $ 1,087.54 | $ 869.21 |
| LENOVO | THINKPAD T540P | FLORIDA | LHG-COMP-0081 | 3.0 | 06/13/14 | 06/01/14 | 05/31/17 | $ 54.35 | $ 1,956.75 | $ 1,087.54 | $ 869.21 |
| ETHOS DYNAMICS | SERVER HARDWARE & LICENSES | HOBOKEN | LHG-COMP-0082 | 3.0 | 06/18/14 | 06/01/14 | 05/31/17 | $ 895.63 | $ 53,738.00 | $ 17,914.97 | $ 35,823.03 |
| FIBERSTONE CO | FIBER OPTIC WIRING & TRANSCEIVERS | HOBOKEN | LHG-COMP-0083 | 3.0 | 06/19/14 | 06/01/14 | 05/31/17 | $ 79.83 | $ 2,874.00 | $ 1,597.07 | $ 1,276.93 |
| BALTIC NETWORKS | HARDWARE | HOBOKEN | LHG-COMP-0084 | 3.0 | 06/19/14 | 06/01/14 | 05/31/17 | $ 139.36 | $ 5,017.04 | $ 2,788.00 | $ 2,229.04 |
| CYBERPOWER | N/A | HOBOKEN | LHG-COMP-0085 | 3.0 | 06/19/14 | 06/01/14 | 05/31/17 | $ 49.19 | $ 1,771.00 | $ 984.09 | $ 786.91 |
| WIREDZONE | SERVER HARDWARE & LICENSES | HOBOKEN | LHG-COMP-0086 | 5.0 | 06/20/14 | 06/01/14 | 05/31/19 | $ 326.72 | $ 19,603.00 | $ 6,535.24 | $ 13,067.76 |
| WIREDZONE | SERVER HARDWARE & LICENSES | HOBOKEN | LHG-COMP-0087 | 5.0 | 06/20/14 | 06/01/14 | 05/31/19 | $ 288.45 | $ 17,307.00 | $ 5,769.76 | $ 11,537.24 |
| LENOVO | THINKPAD T440P & ACCESSORIES | HOBOKEN | LHG-COMP-0088 | 3.0 | 06/20/14 | 06/01/14 | 05/31/17 | $ 68.49 | $ 2,465.53 | $ 1,370.16 | $ 1,095.37 |
| DELL | DELL COMPUTER | HOBOKEN | LHG-COMP-0089 | 3.0 | 06/21/14 | 06/01/14 | 05/31/17 | $ 71.63 | $ 2,578.80 | $ 1,433.00 | $ 1,145.80 |
| AMAZON | SERVER HARDWARE | HOBOKEN | LHG-COMP-0090 | 3.0 | 06/23/14 | 06/01/14 | 05/31/17 | $ 92.13 | $ 3,316.80 | $ 1,843.13 | $ 1,473.67 |
| NEWEGG | SERVER HARDWARE | HOBOKEN | LHG-COMP-0091 | 3.0 | 06/23/14 | 06/01/14 | 05/31/17 | $ 148.61 | $ 5,349.79 | $ 2,973.01 | $ 2,376.78 |
| AMAZON | SERVER HARDWARE | HOBOKEN | LHG-COMP-0092 | 3.0 | 06/23/14 | 06/01/14 | 05/31/17 | $ 106.42 | $ 3,831.12 | $ 2,128.99 | $ 1,702.13 |
| AMAZON | SOFTWARE | FLORIDA | LHG-COMP-0095 | 3.0 | 06/27/14 | 06/01/14 | 05/31/19 | $ 16.81 | $ 1,008.75 | $ 336.33 | $ 672.42 |
| LANNER ELECTRONICS | N/A | HOBOKEN | LHG-COMP-0096 | 3.0 | 08/08/14 | 08/01/14 | 05/31/19 | $ 212.67 | $ 12,760.00 | $ 4,253.93 | $ 8,506.07 |
| LENOVO | THINKPAD T540P-4243761070 | HOBOKEN | LHG-COMP-0096 | 3.0 | 08/01/14 | 08/01/14 | 07/31/17 | $ 48.56 | $ 1,748.18 | $ 870.96 | $ 877.21 |
| US DIGITEK CORPORATION | MEMORY DDR3 8GB/1333 | HOBOKEN | LHG-COMP-0097 | 3.0 | 07/25/14 | 08/01/14 | 07/31/17 | $ 47.58 | $ 1,713.00 | $ 858.92 | $ 854.08 |
| BALTIC NETWORKS | MIKRO TIK ROUTER BOARD | SECAUCUS DATA CENTER | LHG-COMP-0098 | 3.0 | 08/14/14 | 08/01/14 | 07/31/17 | $ 108.12 | $ 3,892.20 | $ 1,940.09 | $ 1,952.11 |
| LENOVO | THINKPAD T540P-4243756409 | HOBOKEN | LHG-COMP-0099 | 3.0 | 08/01/14 | 08/01/14 | 07/31/17 | $ 54.50 | $ 1,961.85 | $ 975.85 | $ 986.00 |
| LAPTOPS DIRECT | LENOVO THINKPAD X1 4TH GEN | GREAT BRITAIN-LONDON | LHG-COMP-0101 | 3.0 | 07/18/14 | 07/01/14 | 06/30/17 | $ 65.48 | $ 2,357.11 | $ 1,245.96 | $ 1,111.15 |
| VERIZON | IPAD PURCHASED FOR SALES FORCE | HOBOKEN | LHG-COMP-0102 | 3.0 | 08/28/14 | 09/01/14 | 08/31/17 | $ 32.59 | $ 1,173.24 | $ 560.64 | $ 612.60 |
| WIREDZONE.COM | SYS-F628R3-R72B+ SUPER BAREBONE 4U | SECAUCUS DATA CENTER | LHG-COMP-0103 | 5.0 | 10/01/14 | 10/01/14 | 09/30/19 | $ 654.03 | $ 39,241.92 | $ 12,100.62 | $ 27,141.30 |
| WIREDZONE.COM | SYS-F628R3-R72B+ SUPER BAREBONE 4U | SECAUCUS DATA CENTER | LHG-COMP-0104 | 5.0 | 10/01/14 | 10/01/14 | 09/30/19 | $ 518.78 | $ 31,127.00 | $ 10,673.99 | $ 20,972.31 |
| APPLE | MBP15.4/2S GHZ/16GB/5, 12 GB FLASH | HOBOKEN | LHG-COMP-0105 | 3.0 | 10/28/14 | 11/01/14 | 10/31/17 | $ 77.30 | $ 2,783.57 | $ 1,206.83 | $ 1,623.40 |
| APPLE | MACBOOK PRO RD W/RETINA DISPLAY | HOBOKEN | LHG-COMP-0108 | 5.0 | 10/28/14 | 11/01/14 | 11/13/19 | $ 80.22 | $ 2,447.38 | $ 1,203.29 | $ 1,684.49 |
| HP STORE VIRTUAL SAS STORAGE | FUNDATION CARE | SECAUCUS DATA CENTER | LHG-COMP-0108 | 5.0 | 11/28/14 | 11/14/14 | 11/13/19 | $ 2,402.21 | $ 144,823.00 | $ 37,693.58 | $ 107,129.42 |
| LENOVO | THINKPAD T440P & ACCESSORIES | FLORIDA | LHG-COMP-0109 | 3.0 | 11/28/14 | 12/01/14 | 11/30/17 | $ 56.22 | $ 2,024.00 | $ 788.05 | $ 1,235.95 |
| LENOVO | THINKPAD T440P & ACCESSORIES | FLORIDA | LHG-COMP-0110 | 3.0 | 11/28/14 | 12/01/14 | 11/30/17 | $ 58.22 | $ 2,095.69 | $ 807.83 | $ 1,287.86 |
| CDW DIRECT | THINKPAD T 540 & ACCESSORIES | FLORIDA | LHG-COMP-0111 | 3.0 | 11/28/14 | 12/01/14 | 12/31/17 | $ 42.49 | $ 1,529.50 | $ 545.07 | $ 949.28 |
| LENOVO | MICROSOFT SURFACE PRO 3 | HOBOKEN | LHG-COMP-0112 | 3.0 | 09/01/14 | 09/01/14 | 08/31/17 | $ 51.40 | $ 1,850.41 | $ 887.70 | $ 970.71 |
| ETHOS DYNAMICS | 02/17/15-SWITCHES & WARRANTY | FLORIDA | LHG-COMP-0113 | 5.0 | 02/28/15 | 02/01/15 | 01/31/18 | $ 482.74 | $ 17,378.50 | $ 5,786.39 | $ 11,591.63 |
| LENOVO | LAPTOP FOR VIC SIMONE | HOBOKEN | LHG-COMP-0114 | 3.0 | 01/08/15 | 01/01/15 | 12/31/17 | $ 33.51 | $ 1,206.54 | $ 435.95 | $ 770.85 |
| ARISTA NETWORKS | CWDM 1390NM | HOBOKEN | LHG-COMP-0116 | 3.0 | 01/01/15 | 01/01/15 | 01/01/18 | $ 38.63 | $ 1,391.00 | $ 464.83 | $ 797.17 |
| ARISTA NETWORKS | CWDM 1370NM | HOBOKEN | LHG-COMP-0117 | 3.0 | 01/01/15 | 01/01/15 | 01/01/18 | $ 38.63 | $ 1,391.00 | $ 464.83 | $ 438.89 |
| NEWEGG | COMPUTERS/MONITORS | HOBOKEN | LHG-COMP-0118 | 3.0 | 02/26/15 | 02/01/15 | 01/31/18 | $ 59.55 | $ 2,144.00 | $ 714.79 | $ 781.21 |
| NEWEGG | 2 DESKTOP PCS | HOBOKEN | LHG-COMP-0118 | 3.0 | 02/26/15 | 02/01/15 | 02/28/18 | $ 50.50 | $ 2,145.20 | $ 245.00 | $ (0.06) |
| DELL | 22" DELL MONITORS | HOBOKEN | LHG-COMP-0119 | 3.0 | 02/28/15 | 02/01/15 | 02/28/18 | $ 33.66 | $ 235.60 | $ 235.60 | $ - |

**LIQUID HOLDINGS GROUP**
**COMPUTER & SOFTWARE**
**AS OF JANUARY 27, 2016**

| VENDOR | DESCRIPTION | LOCATION | FIXED ASSET NUMBER | DEPRECIABLE LIFE (YEARS) | INVOICE DATE | SERVICE START DATE | SERVICE END DATE | AVERAGE MONTHLY DEPRECIATION | COST G/L AC# 14000 | ACCUMULATED DEPRECIATION G/L AC# 15000 | NET BOOK VALUE AS OF JANUARY 27, 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DELL | 22" DELL MONITORS | HOBOKEN | LHG-COMP-0120 | 3.0 | 02/28/15 | 03/01/15 | 02/28/18 | $ 28.85 | $ 230.80 | $ 230.80 | $ - |
| NEWEGG | 2 DESKTOP PCS | HOBOKEN | LHG-COMP-0121 | 3.0 | 02/28/15 | 03/01/15 | 02/28/18 | 41.10 | 328.72 | 328.72 | - |
| ETHOS DYNAMICS | 02/17/15-MOTHERBOARD & NETWORK CARD &XEON PROCESSOR | FLORIDA | LHG-COMP-0122 | 3.0 | 02/17/15 | 02/01/15 | 01/31/18 | 299.96 | 10,798.47 | 3,596.59 | 7,201.88 |
| ETHOS DYNAMICS | 02/17/15-ETHERNET & ADPTERS | FLORIDA | LHG-COMP-0123 | 3.0 | 02/17/15 | 02/01/15 | 01/31/18 | 334.67 | 12,048.07 | 4,011.93 | 8,036.14 |
| ETHOS DYNAMICS | 02/17/15-SPLITTERS& CABLES | FLORIDA | LHG-COMP-0124 | 3.0 | 02/17/15 | 02/01/15 | 01/31/18 | 149.22 | 5,371.95 | 1,789.18 | 3,582.77 |
| ETHOS DYNAMICS | 02/03/15- | HOBOKEN | LHG-COMP-0125 | 3.0 | 04/01/15 | 04/01/15 | 03/31/18 | 41.67 | 1,500.00 | 417.12 | 1,082.88 |
| AMAZON | APC SMART-UPS SYSTEM | HOBOKEN | LHG-COMP-0126 | 3.0 | 05/19/15 | 06/01/15 | 05/31/18 | 33.19 | 1,194.99 | 265.89 | 929.10 |
| WIREDZONE.COM | SUPER BAREBONE 2U RACK SERVER | FLORIDA | LHG-COMP-0127 | 3.0 | 05/19/15 | 06/01/15 | 05/31/18 | 62.40 | 2,246.52 | 502.38 | 1,744.14 |
| APPLE | 15-INCH MACBOOK PRO W/RETINA DISPLAY(JEREMY SHAS HAS IT) | CONNECTICUT | LHG-COMP-0128 | 3.0 | 05/13/15 | 06/01/15 | 05/31/18 | 78.23 | 2,816.15 | 626.68 | 2,189.47 |
| AREA DATA SYSTEM | DATAON CIB-9224V12 12G SAS HYPER V DIRECT | FLORIDA | LHG-COMP-0129 | 3.0 | 07/31/15 | 08/01/15 | 07/31/18 | 590.14 | 21,245.00 | 3,548.93 | 17,696.07 |
| DIRECT CAPITAL | APPLE MACBOOK PRO-BORIS IORDANOV | FLORIDA | LHG-COMP-0130 | 3.0 | 07/31/15 | 08/01/15 | 07/31/18 | 99.10 | 3,567.71 | 499.96 | 3,067.75 |
| NEWEGG | SOFTWARE (12) | HOBOKEN | LHG-CSOF-0001 | 3.0 | 04/02/13 | 04/01/13 | 03/31/16 | 37.50 | 1,349.89 | 1,274.91 | 74.98 |
| AMAZON | WINDOWS SERVER 2008 (3) | HOBOKEN | LHG-CSOF-0002 | 5.0 | 05/24/13 | 05/01/13 | 04/30/18 | 33.23 | 1,993.65 | 1,096.52 | 897.13 |
| ALIENT VAULT | SOFTWARE SECURITY | HOBOKEN | LHG-SOFT-0002 | 5.0 | 09/23/14 | 10/01/14 | 09/30/19 | 1,043.75 | 62,625.00 | 21,451.26 | 41,173.74 |
| WIRED ZONE | SERVERS AND EQUIPMENT | SECAUCUS DATA CENTER | LHG-COMP-0131 | 3.0 | 03/07/13 | 03/01/13 | 02/29/16 | 340.03 | 12,241.00 | 11,909.27 | 331.73 |
| WIRED ZONE | COMPUTER EQUIPMENT | SECAUCUS DATA CENTER | LHG-COMP-0132 | 3.0 | 03/18/13 | 03/01/13 | 02/29/16 | 395.53 | 14,239.00 | 13,852.53 | 386.47 |
| WIRED ZONE | COMPUTER EQUIPMENT | SECAUCUS DATA CENTER | LHG-COMP-0133 | 3.0 | 03/18/13 | 03/01/13 | 02/29/16 | 123.25 | 4,437.00 | 4,316.54 | 120.46 |
| TECHNOLOGY DIRECT 2U | NETWORK SWITCHES | SECAUCUS DATA CENTER | LHG-COMP-0134 | 3.0 | 03/21/13 | 03/01/13 | 02/29/16 | 382.67 | 13,776.00 | 13,402.03 | 373.97 |
| WIRED ZONE | COMPUTER EQUIPMENT | CHICAGO DATA CENTER | LHG-COMP-0135 | 3.0 | 03/27/13 | 03/01/13 | 02/29/16 | 299.06 | 10,766.00 | 10,473.74 | 292.26 |
| SYSTEM 76 | LAPTOP | HOBOKEN | LHG-COMP-0136 | 3.0 | 04/22/13 | 04/01/13 | 03/31/16 | 47.20 | 1,699.10 | 1,605.72 | 93.38 |
| | | | | | | | | $ 20,911.12 | $ 1,005,629.90 | $ 433,747.03 | $ 571,882.87 |

LIQUID HOLDINGS GROUP, INC., Case No. 16-10202 (KG)
Form 206A/B
Schedule A/B: Assets - Real and Personal Property
Part 7: Office Furniture, Fixtures and Equipment
Item 41: Software

**LIQUID HOLDINGS GROUP**
**CAPITALIZED SOFTWARE**
**AS OF JANUARY 27, 2016**

| VENDOR | DESCRIPTION | LOCATION | PRODUCT | FIXED ASSET NUMBER | DEPRECIABLE LIFE (YEARS) | INVOICE DATE | SERVICE START DATE | SERVICE END DATE | AVERAGE MONTHLY DEPRECIATION | COST G/L AC# 14005 | ACCUMULATED DEPRECIATION G/L AC# 15005 | NET BOOK VALUE AS OF JANUARY 27, 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EXCEL API-JULY 2014 | ADDITIONAL FUNCTION | HOBOKEN | API | LHG-SOFT-0003 | N/A | 07/31/14 | N/A | N/A | N/A | $ 17,779.99 | $ - | $ 17,779.99 |
| LIQUID MOBILE-SEPT 2014 | APPLICATION FOR MOBILE USE | HOBOKEN | LIQUID MOBILE | LHG-SOFT-0004 | 3.0 | 09/30/14 | 02/04/15 | 02/03/18 | $ 973.38 | $ 35,041.65 | $ 11,520.82 | $ 23,520.83 |
| EXCEL API-AUG 2014 | ADDITIONAL FUNCTION | HOBOKEN | API | LHG-SOFT-0005 | N/A | 08/31/14 | N/A | N/A | N/A | $ 9,747.49 | $ - | $ 9,747.49 |
| EXCEL API-SEPT 2014 | ADDITIONAL FUNCTION | HOBOKEN | API | LHG-SOFT-0006 | N/A | 09/30/14 | N/A | N/A | N/A | $ 34,507.49 | $ - | $ 34,507.49 |
| EXCEL API-OCT 2014 | ADDITIONAL FUNCTION | HOBOKEN | API | LHG-SOFT-0008 | N/A | 10/31/14 | N/A | N/A | N/A | $ 2,794.99 | $ - | $ 2,794.99 |
| EXCEL API-NOV 2014 | ADDITIONAL FUNCTION | HOBOKEN | API | LHG-SOFT-0009 | N/A | 11/30/14 | N/A | N/A | N/A | $ 9,387.49 | $ - | $ 9,387.49 |
| EXCEL API DEC 2014 | ADDITIONAL FUNCTION | HOBOKEN | API | LHG-SOFT-0010 | N/A | 12/31/14 | N/A | N/A | N/A | $ 10,324.99 | $ - | $ 10,324.99 |
| LIQUID MOBILE-OCT 2014 | APPLICATION FOR MOBILE USE | HOBOKEN | LIQUID MOBILE | LHG-SOFT-0011 | 3.0 | 10/31/14 | 02/04/15 | 02/03/18 | $ 3,151.16 | $ 113,441.65 | $ 37,296.77 | $ 76,144.88 |
| LIQUID MOBILE-NOV 2014 | APPLICATION FOR MOBILE USE | HOBOKEN | LIQUID MOBILE | LHG-SOFT-0012 | 3.0 | 11/30/14 | 02/04/15 | 02/03/18 | $ 922.45 | $ 33,208.36 | $ 10,918.02 | $ 22,290.34 |
| LIQUID MOBILE-DEC 2014 | APPLICATION FOR MOBILE USE | HOBOKEN | LIQUID MOBILE | LHG-SOFT-0013 | 3.0 | 12/31/14 | 02/04/15 | 02/03/18 | $ 1,001.16 | $ 36,041.65 | $ 10,251.59 | $ 25,790.06 |
| LIQUID MOBILE-JAN 2015 | APPLICATION FOR MOBILE USE | HOBOKEN | LIQUID MOBILE | LHG-SOFT-0014 | 3.0 | 03/31/15 | 02/04/15 | 02/03/18 | $ 925.92 | $ 33,333.07 | $ 11,117.41 | $ 22,215.66 |
| | TOTAL | | | | | | | | $ 6,974.07 | $ 335,608.82 | $ 81,104.61 | $ 254,504.21 |

LIQUID HOLDINGS GROUP, INC., Case No. 16-10202 (KG)
Form 206A/B
Schedule A/B: Assets - Real and Personal Property
Part 9: Real Property
Item 55:  Leasehold Improvements

# LIQUID HOLDINGS GROUP
## LEASEHOLD IMPROVEMENTS
### AS OF JANUARY 27, 2016

| VENDOR | DESCRIPTION | LOCATION | FIXED ASSET NUMBER | DEPRECIABLE LIFE (YEARS) | INVOICE DATE | SERVICE START DATE | SERVICE END DATE | AVERAGE MONTHLY DEPRECIATION | COST G/L AC# 14020 | ACCUMULATED DEPRECIATION G/L AC# 15020 | NET BOOK VALUE AS OF JANUARY 27, 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CELTIC GENERAL CONTRACTORS | 800 THIRD AVE 39TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0001 | 6.2 | 08/03/12 | 08/01/12 | 09/30/18 | 267.45 | 19,524.00 | 19,524.00 | - |
| INNER CITY ELECTRICAL CONTRACTORS, INC. | 800 THIRD AVE 37TH FLOOR ELECTRICAL | NEW YORK | LHG-LEAS-0002 | 6.2 | 08/13/12 | 08/01/12 | 09/30/18 | 60.96 | 4,450.00 | 4,450.00 | - |
| INNER CITY ELECTRICAL CONTRACTORS, INC. | 800 THIRD AVE 37TH FLOOR ELECTRICAL | NEW YORK | LHG-LEAS-0003 | 6.2 | 08/17/12 | 08/01/12 | 09/30/18 | 61.81 | 4,450.00 | 4,450.00 | - |
| CELTIC GENERAL CONTRACTORS | 800 THIRD AVE 37TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0004 | 6.2 | 08/21/12 | 08/01/12 | 09/30/18 | 253.44 | 18,248.00 | 18,248.00 | - |
| INNER CITY ELECTRICAL CONTRACTORS, INC. | 800 THIRD AVE 37TH FLOOR ELECTRICAL | NEW YORK | LHG-LEAS-0005 | 5.8 | 11/30/12 | 12/01/12 | 09/30/18 | 57.25 | 3,950.00 | 3,950.00 | - |
| UMBRELLA LOCKSMITH | 800 THIRD AVE 39TH FLOOR LOCKS | NEW YORK | LHG-LEAS-0006 | 5.7 | 12/30/12 | 01/01/13 | 09/30/18 | 9.89 | 672.82 | 672.82 | - |
| WESTFORM CORPORATION | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0007 | 10.0 | 09/13/13 | 12/07/13 | 11/30/23 | 246.15 | 29,537.74 | 6,399.82 | 23,137.92 |
| SECURITY BY DESIGN | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0008 | 10.0 | 09/17/13 | 12/07/13 | 11/30/23 | 53.89 | 6,466.33 | 1,401.07 | 5,065.26 |
| WIRE WORKS BUSINESS SYSTEMS | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0009 | 10.0 | 09/17/13 | 12/07/13 | 11/30/23 | 158.68 | 19,041.42 | 4,125.61 | 14,915.81 |
| WIRE WORKS BUSINESS SYSTEMS | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0010 | 10.0 | 09/17/13 | 12/07/13 | 11/30/23 | 253.21 | 30,385.62 | 6,583.46 | 23,802.16 |
| CELTIC GENERAL CONTRACTORS | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0015 | 10.0 | 10/09/13 | 12/07/13 | 11/30/23 | 441.67 | 53,000.00 | 11,483.35 | 41,516.65 |
| WESTFORM CORPORATION | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0016 | 10.0 | 10/10/13 | 12/07/13 | 11/30/23 | 45.42 | 5,450.05 | 1,180.85 | 4,269.20 |
| WIRE WORKS BUSINESS SYSTEMS | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0017 | 10.0 | 10/14/13 | 12/07/13 | 11/30/23 | 199.93 | 23,992.19 | 5,198.18 | 18,794.01 |
| WIRE WORKS BUSINESS SYSTEMS | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0018 | 10.0 | 10/14/13 | 12/07/13 | 11/30/23 | 319.05 | 38,285.88 | 8,295.23 | 29,990.65 |
| CELTIC GENERAL CONTRACTORS | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0022 | 10.0 | 10/17/13 | 12/07/13 | 11/30/23 | 26.87 | 3,224.00 | 698.55 | 2,525.45 |
| WIRE WORKS BUSINESS SYSTEMS | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0029 | 10.0 | 11/11/13 | 12/07/13 | 11/30/23 | 117.42 | 14,090.65 | 3,052.92 | 11,037.73 |
| INNER CITY ELECTRICAL CONTRACTORS, INC. | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0030 | 10.0 | 11/13/13 | 12/07/13 | 11/30/23 | 65.50 | 7,860.00 | 1,703.00 | 6,157.00 |
| INNER CITY ELECTRICAL CONTRACTORS, INC. | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0031 | 10.0 | 11/13/13 | 12/07/13 | 11/30/23 | 66.67 | 8,000.00 | 1,733.35 | 6,266.65 |
| WIRE WORKS BUSINESS SYSTEMS | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0032 | 10.0 | 11/14/13 | 12/07/13 | 11/30/23 | 62.27 | 7,472.95 | 1,619.02 | 5,853.93 |
| WESTFORM CORPORATION | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0035 | 10.0 | 11/22/13 | 12/07/13 | 11/30/23 | 244.58 | 29,349.71 | 6,359.08 | 22,990.63 |
| WIRE WORKS BUSINESS SYSTEMS | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0036 | 10.0 | 11/27/13 | 12/07/13 | 11/30/23 | 21.58 | 2,590.00 | 561.08 | 2,028.92 |
| CELTIC GENERAL CONTRACTORS | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0037 | 10.0 | 11/30/13 | 12/07/13 | 11/30/23 | 406.48 | 48,777.00 | 10,568.41 | 38,208.59 |
| SECURITY BY DESIGN | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0038 | 10.0 | 12/09/13 | 12/07/13 | 11/30/23 | 59.84 | 7,181.38 | 1,555.84 | 5,625.54 |
| SECURITY BY DESIGN | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0039 | 10.0 | 12/14/13 | 12/07/13 | 11/30/23 | 29.77 | 3,572.19 | 773.95 | 2,798.24 |
| COLITE INTERNATIONAL, LTD | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0040 | 9.9 | 01/06/14 | 01/01/14 | 11/30/23 | 29.86 | 3,547.50 | 746.14 | 2,801.36 |
| COLITE INTERNATIONAL, LTD | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0043 | 9.9 | 01/16/14 | 01/01/14 | 11/30/23 | 2.90 | 345.00 | 72.43 | 272.57 |
| WESTFORM CORPORATION | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0044 | 9.9 | 01/17/14 | 01/01/14 | 11/30/23 | 25.25 | 3,000.00 | 631.00 | 2,369.00 |
| WIRE WORKS BUSINESS SYSTEMS | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0045 | 9.9 | 01/21/14 | 01/01/14 | 11/30/23 | 75.60 | 8,981.00 | 1,889.09 | 7,091.91 |
| WESTFORM CORPORATION | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0046 | 9.8 | 02/01/14 | 02/01/14 | 11/30/23 | 15.74 | 1,851.21 | 377.43 | 1,473.78 |
| WESTFORM CORPORATION | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0047 | 9.8 | 02/01/14 | 02/01/14 | 11/30/23 | 15.91 | 1,871.43 | 381.51 | 1,489.92 |
| WIRE WORKS BUSINESS SYSTEMS | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0052 | 9.8 | 02/20/14 | 02/01/14 | 11/30/23 | 76.37 | 8,981.00 | 1,831.59 | 7,149.41 |
| CELTIC GENERAL CONTRACTORS | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0053 | 9.5 | 05/01/14 | 05/01/14 | 11/30/23 | 23.74 | 2,706.00 | 498.49 | 2,207.51 |
| COLITE INTERNATIONAL, LTD | 38TH FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0054 | 9.5 | 05/05/14 | 05/01/14 | 11/30/23 | 36.64 | 4,177.19 | 769.48 | 3,407.71 |
| CELTIC GENERAL CONTRACTORS | 37th FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0055 | 8.5 | 04/20/15 | 06/01/15 | 11/30/23 | 514.47 | 52,476.00 | 4,586.60 | 47,889.40 |
| INNER CITY ELECTRICAL CONTRACTORS, INC. | 37th FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0056 | 8.6 | 04/17/15 | 05/01/15 | 11/30/23 | 116.28 | 12,000.00 | 1,048.41 | 10,951.59 |
| INNER CITY ELECTRICAL CONTRACTORS, INC. | 37th FLOOR BUILDOUT | NEW YORK | LHG-LEAS-0057 | 8.6 | 05/01/15 | 05/01/15 | 11/30/23 | 18.41 | 1,900.00 | 165.99 | 1,734.01 |
| NEAD ELECTRIC OF NEW JERSEY, INC | HOBOKEN OFFICE | HOBOKEN | LHG-LEAS-0058 | 8.6 | 05/14/15 | 05/01/15 | 11/30/23 | 84.79 | 8,750.00 | 763.80 | 7,986.20 |
| ACC/GP DEVELOPMENT | AVENTURA - TENANT IMPROVEMENTS | FLORIDA | LHG-LEAS-0059 | 7.0 | 01/23/13 | 04/01/13 | 03/31/20 | 183.31 | 15,397.71 | 6,232.51 | 9,165.20 |
| COMRES, INC | AVENTURA - CABLING | FLORIDA | LHG-LEAS-0060 | 7.0 | 04/01/13 | 04/01/13 | 03/31/20 | 49.80 | 4,183.29 | 1,693.21 | 2,490.08 |
| ACC/GP DEVELOPMENT | AVENTURA - TENANT IMPROVEMENTS | FLORIDA | LHG-LEAS-0061 | 7.0 | 04/09/13 | 04/01/13 | 03/31/20 | 49.80 | 6,525.25 | 2,641.14 | 3,884.11 |
| COMRES, INC | AVENTURA - CABLING | FLORIDA | LHG-LEAS-0062 | 7.0 | 04/11/13 | 04/01/13 | 03/31/20 | 49.80 | 4,183.29 | 1,693.21 | 2,490.08 |
| | TOTAL | | | | | | | 4,926.33 | 530,447.80 | 150,609.62 | 379,838.18 |

**LIQUID HOLDINGS GROUP, INC., Case No. 16-10202 (KG)**
**Form 206A/B**
**Schedule A/B: Assets - Real and Personal Property**
**Part 11: All Other Assets**
**Item 71: Notes Receivable**

| Description | Obligor | Total Face Amount | Doubtful or Uncollectible Amount | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Term Note | Joseph Gamberale | $ 300,000 | 300000 | $ - |
| Term Note | QuantX Management, LLP | $ 243,030 | 243030 | $ - |
| Term Note | Ferdinand Capital, LLC | $ 116,000 | 116000 | $ - |
| Intercompany Receivable | Liquid Prime Holdings, LLC | $ 1,734,348 | 1,734,348 | $ - |
| Intercompany Receivable | Liquid Trading Institutional LLP | $ 491,983 | 491,983 | $ - |
| Intercompany Receivable | LHG Technology Services Ltd. | $ 21,300 | 21,300 | $ - |
| | | $ 2,906,661 | $ 2,906,661 | $ - |

**LIQUID HOLDINGS GROUP, INC., Case No. 10202 (KG)**
**Form 206A/B**
**Schedule A/B: Assets - Real and Personal Property**
**Part 11: All Other Assets**
**Item 73: Interests in insurance policies or annuities**

| Insurer | Policy | Current value of Debtor's Interest |
|---|---|---|
| Travelers | Commercial Automobile | Unknown |
| Travelers | Business Income | Unknown |
| Travelers | Foreign Package | Unknown |
| Travelers | Commercial General Liability | Unknown |
| Travelers | Property | Unknown |
| Travelers | Umbrella | Unknown |
| Lloyd's | Erros & Omissions/Cyber-security | Unknown |
| Axis/Starr/XL/Argonaut/Zurich/Berkley | Director & Officer Liability | Unknown |
| Argonaut/Starr/Caitlin/QBE/Berkley/AWA | Director & Officer Liability | Unknown |

**LIQUID HOLDINGS GROUP, INC., Case No. 16-10202 (KG)**
**Form 206A/B**
**Schedule A/B: Assets - Real and Personal Property**
**Part 11: All Other Assets**
**Item 74: Causes of Action Against Third Parties (Whether or Not a Lawsuit has been Filed)**

| Third Party | Nature of Claim | Amount Requested |
|---|---|---|
| Grant Thornton LLP | Breach of contract; breach of duty | $1,000,000+ |
| Brian Ferdinand | Breach of contract; breach of duty; self-dealing; conversion | Unknown |
| Richard Schaeffer | Breach of contract; breach of duty; self-dealing; conversion | Unknown |
| Robert Keller | Breach of contract; breach of duty; self-dealing; conversion | Unknown |
| Joseph Gamberale | Term Note; Breach of contract; breach of duty; self-dealing; conversion | $300,000+ |
| Ferdinand Capital | Term Note | $116,000 |
| QuantX Management, LLP | Term Note | $243,030 |
| Jim Lee | Conversion; breach of contract | $70,000+ |

In re: Liquid Holdings Group, Inc., Case No. 16-10202
Form 206A/B
Schedule A/B
Part 11 – All Other Assets
Item 77- Other property of any kind not already listed (executory contracts and unexpired leases)

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 1. | ACC/GP Development LLC | ACC/GP Development LLC c/o Groupe Pacific Management, Inc. 20803 Biscayne Blvd., Suite 200 Aventura, FL 33180 Attn: Director of Real Estate Services | Office Lease Agreement for real property located at 20801 Biscayne Boulevard, Suite #303 Aventura, Florida | March 1, 2013 | Liquid Holdings Group, Inc. |
| 2. | ACTIV Financial Systems, Inc. | ACTIV Financial Systems, Inc. 120 East Liberty Drive, Suite 200 Wheaton, IL 60187 Attn: Joseph Gallegos | Software License Agreement | June 20, 2013 | Liquid Holdings Group, Inc. |
| 3. | Actuate Corporation | Actuate Corporation 951 Mariners Island Blvd. San Mateo, CA 94404 Attn: Officer, Managing or General Agent | Software License Agreement | November 2, 2014 | Liquid Holdings Group, Inc. |
| 4. | AKA Enterprise | AKA Enterprise 875 Sixth Avenue Floor 20 New York, NY 10001 Attn: Officer, Managing or General Agent | Data Hosting | N/A | Liquid Holdings Group, Inc. |
| 5. | Altair Management Partners, Inc. | Altair Management Partners, Inc. 3500 Brooktree Rd. #100 Wexford, PA 15090 Attn: Larry Letterio | Technology Services Agreement | June 29, 2015 | Liquid Holdings Group, Inc. |
| 6. | Atlassian Pty Ltd. | Atlassian Pty Ltd. Level 6, 341 George Street Sydney NSW 2000, Australia Attn: Officer, Managing or General Agent | Jira | N/A | Liquid Holdings Group, Inc. |

In re: Liquid Holdings Group, Inc., Case No. 16-10202
Form 206A/B
Schedule A/B
Part 11 – All Other Assets
Item 77- Other property of any kind not already listed (executory contracts and unexpired leases)

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 7. | Atlassian Pty Ltd. | Atlassian Pty Ltd. Level 6, 341 George Street Sydney NSW 2000, Australia Attn: Officer, Managing or General Agent | Bitbucket | N/A | Liquid Holdings Group, Inc. |
| 8. | Azarias Capital Management, L.P. | Azarias Capital Management, L.P. 1055 Westlakes Drive, Suite 300 Berwyn, PA 19312 Attn: Daren Heitman | Technology Services Agreement | December 15, 2014 | Liquid Holdings Group, Inc. |
| 9. | Bayou City Capital, L.P. | Bayou City Capital, L.P. 10000 Memorial, Suite 330 Houston, TX 77024 Attn: Robert Hay | Technology Services Agreement | December 30, 2013 | Liquid Holdings Group, Inc. |
| 10. | Bellsolve Limited | Bellsolve Limited 71 Woods Ride, Petts Wood Kent, BR5 1QA, England Attn: Nick Bell | Consulting Agreement | April 7, 2014 | Liquid Holdings Group, Inc. |
| 11. | Bloomberg Finance LP | Bloomberg Finance LP 731 Lexington Ave. New York, NY 10022 Attn: Officer, Managing or General Agent | Bloomberg Anywhere | N/A | Liquid Holdings Group, Inc. |
| 12. | Certent (f/k/a Equity Administration Solutions, Inc.) | Certent 4683 Chabot Dr., Suite 260 Pleasanton, CA 94588 Attn: Officer, Managing or General Agent | Stock Plan Administration Agreement | March 29, 2013 | Liquid Holdings Group, Inc. |

144713.01600/101970395v.1

In re: Liquid Holdings Group, Inc., Case No. 16-10202
Form 206A/B
Schedule A/B
Part 11 – All Other Assets
Item 77- Other property of any kind not already listed (executory contracts and unexpired leases)

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 13. | Cirrus Insight | Cirrus Insight<br>16253 Laguna Canyon Rd, Suite 150<br>Irvine, CA 92618<br>Attn: Officer, Managing or General Agent | Software License Agreement | N/A | Liquid Holdings Group, Inc. |
| 14. | Cisco Webex, LLC | Cisco Webex, LLC<br>Mail Stop RTP4E/3<br>7025-4 Kit Creek Rd.<br>Research Triangle Park, NC 27709-4987<br>Attn: Officer, Managing or General Agent | Software License Agreement | N/A | Liquid Holdings Group, Inc. |
| 15. | Citrix Systems Inc. | Citrix Systems Inc.<br>35 Waterview Blvd., #200<br>Parsippany, NJ 07054<br>Attn: Officer, Managing or General Agent | Terms of Use | N/A | Liquid Holdings Group, Inc. |
| 16. | Comcast | Comcast<br>P.O. BOX 530098<br>Atlanta, GA 30353-0098<br>Attn: Officer, Managing or General Agent | Internet Services Agreement | N/A | Liquid Holdings Group, Inc. |
| 17. | Contago IT | Contago IT<br>228 East 45th Street, Suite 11 South<br>New York, NY 10017<br>Attn: Officer, Managing or General Agent | License Agreement | N/A | Liquid Holdings Group, Inc. |
| 18. | Corporate Coffee Systems | Corporate Coffee Systems<br>745 Summa Ave.<br>Westbury, NY 11590<br>Attn: Officer, Managing or General Agent | Water Filtration Appliance Agreement | N/A | Liquid Holdings Group, Inc. |

144713.01600/101970395v.1

In re: Liquid Holdings Group, Inc., Case No. 16-10202
Form 206A/B
Schedule A/B
Part 11 – All Other Assets
Item 77- Other property of any kind not already listed (executory contracts and unexpired leases)

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 19. | Deutsche Borse AG | Deutsche Borse AG<br>60485 Frankfurt Am Main<br>Germany<br>Attn: Officer, Managing or General Agent | Client Services Agreement | N/A | Liquid Holdings Group, Inc. |
| 20. | Dropbox, Inc. | Dropbox, Inc.<br>185 Berry Street<br>Suite 400<br>San Francisco, CA 94107<br>Attn: Officer, Managing or General Agent | File Storage | N/A | Liquid Holdings Group, Inc. |
| 21. | Empire Discovery | Empire Discovery<br>148 Madison Avenue<br>9th Floor<br>New York, NY 10016<br>Attn: Officer, Managing or General Agent | Web Hosting | N/A | Liquid Holdings Group, Inc. |
| 22. | Equinix Operating Co. Inc. | Equinix Operating Co. Inc.<br>One Lagoon Drive, 4th Floor<br>Redwood City, California 94065<br>Attn: Michael Poindexter<br><br>Equinix Operating Co. Inc.<br>4252 Solutions Center<br>Chicago, IL 60677-4402<br>Attn: Mary McCormick | Master Country Agreement (United States) | March 19, 2013 | Liquid Holdings Group, Inc. |
| 23. | FedEx Corp. Revenue | FedEx Corp. Revenue<br>3965 Airways, Module G<br>Memphis, TN 38116<br>Attn: Officer, Managing or General Agent | Shipping Agreement | N/A | Liquid Holdings Group, Inc. |

144713.01600/101970395v.1

In re: Liquid Holdings Group, Inc., Case No. 16-10202
Form 206A/B
Schedule A/B
Part 11 – All Other Assets
Item 77- Other property of any kind not already listed (executory contracts and unexpired leases)

|  | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 24. | Filoso, Anthony | Anthony Filoso 344 Lowell Ave. Floral Park, NY 11001-1639 | Employment Agreement | April 8, 2013 | Liquid Holdings Group, Inc. |
| 25. | Fonality | Fonality 6900 Dallas Parkway, Suite 250 Plano TX, 75024 Attn: Officer, Managing or General Agent | Terms and Conditions and License Agreement | November 16, 2012 | Liquid Holdings Group, Inc. |
| 26. | FPL Fibernet | FPL Fibernet 9250 West Flagler Street Miami, FL 33174 Attn: Officer, Managing or General Agent | Internet Services Agreement | N/A | Liquid Holdings Group, Inc. |
| 27. | Gargoyle Investment Advisor, LLC and any entity controlled by or under common control with Gargoyle Investment Advisor, LLC | Gargoyle Investment Advisor, LLC 285 Grand Avenue Englewood, NJ 07631 Attn: Phillip Martin | Technology Services Agreement | August 15, 2013 | Liquid Holdings Group, Inc. |
| 28. | GM Analytic Software SRL | GM Analytic Software SRL Str. Martin Luther, nr.2, et.6 Timişoara 300054, Romania Attn: Calin Sandru | Master Software Development and Consulting Agreement | April 1, 2005 | Liquid Holdings Group, Inc. |
| 29. | Golden Frog | Golden Frog Obergrubenweg 8 6045 Meggen, Switzerland Attn: Officer, Managing or General Agent | VPN License Agreement | N/A | Liquid Holdings Group, Inc. |
| 30. | Goldwater Asset Management | Goldwater Asset Management 145 West 57th Street, Floor 15 New York, NY 10019 Attn: Pablo Garcia | Technology Services Agreement | October 21, 2014 | Liquid Holdings Group, Inc. |

In re: Liquid Holdings Group, Inc., Case No. 16-10202
Form 206A/B
Schedule A/B
Part 11 – All Other Assets
Item 77- Other property of any kind not already listed (executory contracts and unexpired leases)

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 31. | Gordon, Ganean | Ganean Gordon<br>808 Myrtle Ave., Apt. 4D<br>Brooklyn, NY 11206-5552 | Employment Agreement | March 11, 2013 | Liquid Holdings Group, Inc. |
| 32. | Gray's Creek Capital Partners | Gray's Creek Capital Partners<br>50 Washington Street, Suite 730, Norwalk, CT 06854<br>Attn: Jason Little | Technology Services Agreement | August 18, 2014 | Liquid Holdings Group, Inc. |
| 33. | HP, Inc. | HP, Inc.<br>1501 Page Mill Road<br>Palo Alto, CA 94304-1112<br>Attn: Officer, Managing or General Agent | Licensing Agreement | N/A | Liquid Holdings Group, Inc. |
| 34. | HUB Properties Trust | Hub Properties Trust c/o Reit Management & Research LLC<br>111 River Street<br>Hoboken, NJ 07030<br>Attn: Property Manager<br><br>Reit Management & Research LLC<br>Two Newton Place<br>255 Washington Street, Suite 300<br>Newton, MA 02458<br>Attention: Jennifer Clark<br><br>CBRE<br>111 River Street<br>Hoboken, NJ 07030<br>Attn: Kim M. Green | Lease of real property located at 111 River Street, Suite 1204, Hoboken, New Jersey | February 1, 2014 | Liquid Holdings Group, Inc. |

144713.01600/101970395v.1

In re: Liquid Holdings Group, Inc., Case No. 16-10202
Form 206A/B
Schedule A/B
Part 11 – All Other Assets
Item 77- Other property of any kind not already listed (executory contracts and unexpired leases)

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 35. | Ibietatorremendia, Jose | Jose Ibietatorremendia 77 Bleecker Street, Apt. 112 New York, NY 10012 | Employment Agreement | March 12, 2013 | Liquid Holdings Group, Inc. |
| 36. | IPC Network Services | IPC Network Services 1 State Street, 12th Floor New York, NY 10004 Attn: Officer, Managing or General Agent | Internet Services Agreement | January 12, 2015 | Liquid Holdings Group, Inc. |
| 37. | Iron Mountain | Iron Mountain P.O. Box 27128 New York, NY 10087-7128 | File Storage | N/A | Liquid Holdings Group, Inc. |
| 38. | Joseph P. Day Realty Corp., as agent for 800 Third Avenue Associates, LLC | Joseph P. Day Realty Corp., as agent for 800 Third Avenue Associates, LLC 9 East 40th Street New York, NY 10016 Attn: Officer, Managing or General Agent | Lease of real property located at 800 Third Avenue New York, New York 10022 | August 12, 2013 | Liquid Holdings Group, Inc. |
| 39. | Kent, Peter R. | Peter R. Kent 118 Hiawatha Ave. Oceanport, NJ 07757-1616 | Employment Agreement | October 27, 2014 | Liquid Holdings Group, Inc. |
| 40. | Konica Minolta | Konica Minolta P.O. Box 550599 Jacksonville, FL 32255-0599 Attn: Officer, Managing or General Agent | Copier Rental Agreement | January 22, 2013 | Liquid Holdings Group, Inc. |
| 41. | Konica Minolta Premier Finance | Konica Minolta Premier Finance 111 Old Eagle School Rd Wayne, PA 19087-1453 Attn: Officer, Managing or General Agent | Copier Rental Agreement | February 18, 2014 | Liquid Holdings Group, Inc. |

144713.01600/101970395v.1

In re: Liquid Holdings Group, Inc., Case No. 16-10202
Form 206A/B
Schedule A/B
Part 11 – All Other Assets
Item 77- Other property of any kind not already listed (executory contracts and unexpired leases)

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 42. | Level 3 Communications, LLC | Level 3 Communications, LLC<br>1025 Eldorado Blvd.<br>Broomfield, CO 80021<br>Attn: Jack Kline | Data Hosting Agreement | N/A | Liquid Holdings Group, Inc. |
| 43. | Lightower Fiber Networks | Lightower Fiber Networks<br>80 Central Street<br>Boxborough, MA 01719<br>Attn: Officer, Managing or General Agent | Internet Services Agreement | August 14, 2013 | Liquid Holdings Group, Inc. |
| 44. | Londinium Asset Management, Ltd. | Londinium Asset Management, Ltd.<br>Columbia Palace,<br>11 Avenue Princess Grace,<br>Monaco 98000<br>Attn: Pravin Khatau | Technology Services Agreement | December 10, 2014 | Liquid Holdings Group, Inc. |
| 45. | MasterData | MasterData<br>2100 Seaport Blvd<br>Redwood City, CA 94063<br>Attn: Officer, Managing or General Agent | Client Services Agreement | July 29, 2015 | Liquid Holdings Group, Inc. |
| 46. | Meridian Capital Group, LLC | Meridian Capital Group, LLC<br>1 Battery Plaza, 26th Floor<br>New York, New York 10004<br>Attn: Officer, Managing or General Agent<br><br>-and-<br><br>800 Third Avenue, 38th Floor<br>New York, New York 10022<br>Attn: Officer, Managing or General Agent | Sublease of real property located at 800 Third Avenue New York, New York 10022 | May 13, 2015 | Liquid Holdings Group, Inc. |
| 47. | Microsoft Corporation One | Microsoft Corporation One Microsoft Way Redmond, WA 98052<br>Attn: Officer, Managing or General Agent | Software License Agreement | N/A | Liquid Holdings Group, Inc. |

-8-

In re: Liquid Holdings Group, Inc., Case No. 16-10202
Form 206A/B
Schedule A/B
Part 11 – All Other Assets
Item 77- Other property of any kind not already listed (executory contracts and unexpired leases)

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 48. | Monte Capital Group | Monte Capital Group 11 Broadway, Suite 766 New York, NY 10004 Attn: Brad Lloyd | Technology Services Agreement and related Renewal | April 30, 2014 and October 14, 2015 | Liquid Holdings Group, Inc. |
| 49. | Nasdaq Nordic OY | Nasdaq Nordic OY PL 361/P.O. Box 361 FI-001311 Helsinki Finland Attn: Officer, Managing or General Agent | Client Services Agreement | N/A | Liquid Holdings Group, Inc. |
| 50. | Nasdaq OMX Group, Inc. | Nasdaq OMX Group, Inc. Office Of General Counsel 805 King Farm Blvd. Rockville, MD 20850 Attn: Officer, Managing or General Agent | Client Services Agreement | December 10, 2014 | Liquid Holdings Group, Inc. |
| 51. | New York Stock Exchange Inc. | NYSE Market Inc. 11 Wall Street New York, NY 10005 Attn: Officer, Managing or General Agent<br><br>New York Stock Exchange, Inc. 11 Wall Street New York, NY 10005 Attn: Director of Market Data<br><br>CQ Plan Network A Participants and CTA Plan Network A Participants c/o New York Stock Exchange, Inc. 11 Wall Street New York, NY 10005 Attn: Director of Market Data | New York Stock Exchange Inc. Agreement for Receipt and Use of Consolidated Network A Date and NYSE Market Data | November 8, 2014 | Liquid Holdings Group, Inc. |

In re: Liquid Holdings Group, Inc., Case No. 16-10202
Form 206A/B
Schedule A/B
Part 11 – All Other Assets
Item 77- Other property of any kind not already listed (executory contracts and unexpired leases)

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 52. | OakRun Precious Metals Fund Ltd. | OakRun Precious Metals Fund Ltd. 1111 Brickell Avenue, Suite 1124 Miami, FL 33131 Attn: Scott Rhodenizer | Technology Services Agreement | July 16, 2014 | Liquid Holdings Group, Inc. |
| 53. | O'Boyle, Robert | Robert O'Boyle 114 Eunice Ave. Fairfield, CT 06824 | Employment Agreement | March 11, 2013 | Liquid Holdings Group, Inc. |
| 54. | Options Information Technology LLC | Options Information Technology LLC 100 Park Ave., 6th Floor New York, NY 10017 Attn: Officer, Managing or General Agent | Client Services Agreement | N/A | Liquid Holdings Group, Inc. |
| 55. | Options Price Reporting Authority LLC | Options Price Reporting Authority LLC 400 South LaSalle Chicago, IL 60605 Attn: Officer, Managing or General Agent | Client Services Agreement | November 14, 2014 | Liquid Holdings Group, Inc. |
| 56. | Oslo Børs ASA | Oslo Børs ASA Postboks 460 Sentrum N-0105 Oslo Norway Attn: Officer, Managing or General Agent | Client Services Agreement | January 6, 2015 | Liquid Holdings Group, Inc. |
| 57. | Rackspace | Rackspace 1 Fanatical Place City of Windcrest San Antonio, TX 78218 Attn: Officer, Managing or General Agent | Data Hosting Agreement | N/A | Liquid Holdings Group, Inc. |

-10-

In re: Liquid Holdings Group, Inc., Case No. 16-10202
Form 206A/B
Schedule A/B
Part 11 – All Other Assets
Item 77- Other property of any kind not already listed (executory contracts and unexpired leases)

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 58. | Salesforce.Com Inc. | Salesforce.Com Inc. The Landmark at One Market Suite 300 San Francisco, CA 94105 Attn: Officer, Managing or General Agent | Database Licensing Agreement | N/A | Liquid Holdings Group, Inc. |
| 59. | Salesforce.Com Inc. | Salesforce.Com Inc. The Landmark at One Market Suite 300 San Francisco, CA 94105 Attn: Juan Pablo Rodriguez | Cloud Licensing Agreement and Support Agreement | N/A | Liquid Holdings Group, Inc. |
| 60. | Sarissa Capital Management LP | Sarissa Capital Management LP 660 Steamboat Rd. Greenwich, CT 06830 Attn: Patrice Bonfiglio | Technology Services Agreement | June 27, 2014 | Liquid Holdings Group, Inc. |
| 61. | SenaHill Advisors, LLC | SenaHill Advisors, LLC 115 Broadway, 3rd Floor New York, NY 10006 Attn: Justin Brownhill | Letter Agreement | October 21, 2015 | Liquid Holdings Group, Inc. |
| 62. | Six Exfeed Ltd. | Six Exfeed Ltd. Selnausrasse 30 P.O. Box 1758 8021 Zurich Switzerland Attn: Lucia Koller | Client Services Agreement | January 8, 2015 | Liquid Holdings Group, Inc. |
| 63. | Slack Technologies, Inc. | Slack Technologies, Inc 360 Clementina Street San Francisco, CA 94103 Attn: Officer, Managing or General Agent | Terms of Use | N/A | Liquid Holdings Group, Inc. |

-11-

In re: Liquid Holdings Group, Inc., Case No. 16-10202
Form 206A/B
Schedule A/B
Part 11 – All Other Assets
Item 77- Other property of any kind not already listed (executory contracts and unexpired leases)

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 64. | Swift Vox (operator of VoIP.ms) | Swift Vox Complexe Desjardins Tower CP 1491 H5B 1B9 Montreal, QC, Canada Attn: Officer, Managing or General Agent | Terms and Conditions of Service | N/A | Liquid Holdings Group, Inc. |
| 65. | Tekla Capital Management, Llc | Tekla Capital Management, LLC Two Liberty Square, 9th Floor Boston, MA 02109 Attn: Daniel Omstead | Technology Services Agreement and related Amendment | December 30, 2014 and January 28, 2016 | Liquid Holdings Group, Inc. |
| 66. | Thomson Reuters | Thomson Reuters Credit Management Customer Care 3 Times Square New York, NY 10036 Attn: Officer, Managing or General Agent | Client Services Agreement (T1 Wealth Market Data) | N/A | Liquid Holdings Group, Inc. |
| 67. | Thomson Reuters | Thomson Reuters Credit Management Customer Care 3 Times Square New York, NY 10036 Attn: Officer, Managing or General Agent | Client Services Agreement (DSS Market Data) | March 28, 2013 | Liquid Holdings Group, Inc. |
| 68. | Time Warner Cable of NYC | Time Warner Cable of NYC 41-61 Kissena Blvd Flushing, NY 11355-3189 Attn: Officer, Managing or General Agent | Internet Services Agreement | N/A | Liquid Holdings Group, Inc. |

-12-

In re: Liquid Holdings Group, Inc., Case No. 16-10202
Form 206A/B
Schedule A/B
Part 11 – All Other Assets
Item 77- Other property of any kind not already listed (executory contracts and unexpired leases)

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 69. | Tinet S.p.A. | Tinet S.p.A.<br>Societo Con Sucio Unico<br>Localita Sa Lleta Ss195 Km 2,300<br>09122 Cagliari, Italy<br>Attn: Officer, Managing or General Agent | Data Hosting Agreement | March 25, 2012 | Liquid Holdings Group, Inc. |
| 70. | TSX Inc. | TSX Inc.<br>C/O T56297c<br>Po Box 56297<br>Station A<br>Toronto, ON M5W 4L1<br>Attn: Officer, Managing or General Agent | Client Services Agreement | N/A | Liquid Holdings Group, Inc. |
| 71. | Verizon Business | Verizon Business<br>500 Technology Dr., Ste 870<br>Weldon Spring, MO 63304<br>Attn: Officer, Managing or General Agent | Telecommunications Agreement | N/A | Liquid Holdings Group, Inc. |
| 72. | Vintage<br>350 Hudson Street, Suite 300<br>New York, NY 10014 | Vintage<br>350 Hudson Street, Suite 300<br>New York, NY 10014<br>Attn: Officer, Managing or General Agent | Regulatory Filings Agreement | August 5, 2013 | Liquid Holdings Group, Inc. |
| 73. | Zendesk, Inc. | Zendesk, Inc.<br>1019 Market Street<br>San Francisco, CA 94103<br>Attn: Officer, Managing or General Agent | Software License Agreement | N/A | Liquid Holdings Group, Inc. |
| 74. | Zuora, Inc. | Zuora, Inc.<br>1051 East Hillsdale Blvd., Suite 600<br>Foster City, CA 94404<br>Attn: Officer, Managing or General Agent | Master Subscription Agreement | May 2, 2014 | Liquid Holdings Group, Inc. |

-13-

**Fill in this information to identify the case:**

Debtor name ___LIQUID HOLDINGS GROUP, INC.___

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): ___16-10202 (KG)___

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ **Yes.** Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

Creditor's name
_____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____
_____

Date debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____     $_____

**2.2**

Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____     $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $_____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | LIQUID HOLDINGS GROUP, INC. |
| United States Bankruptcy Court for the: | _____ District of Delaware |
| | (State) |
| Case number (If known) | 16-10202 (KG) |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____    Priority amount $_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2**   Priority creditor's name and mailing address
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3**   Priority creditor's name and mailing address
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
See Attached Schedule E/F

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 5,245,118.06

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    LIQUID HOLDINGS GROUP, INC.                              Case number (if known) 16-10202 (KG)
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1.** See Attached Schedule E/F | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2.** | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.3.** | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.4.** | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **41.** | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.5.** | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.6.** | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.7.** | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.8.** | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.9.** | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.10.** | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.11.** | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    LIQUID HOLDINGS GROUP, INC.    Case number (if known) 16-10202 (KG)
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b. + | $ 5,245,118.06 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,245,118.06 |

**LIQUID HOLDINGS GROUP, INC.**
**FORM 206E/F**
**SCHEDULE E/F: Creditors Who Have Unsecured Claims**
**Part 2: List of Creditors with NONPRIORITY Unsecured Claims**
**Item 3**

| Nonpriority Creditor's Name and Mailing Address | Nonpriority Creditor's Contact Information | Date or Dates Debt was Incurred | Last 4 Digits of Account Number | Basis for the Claim | Is the Claim subject to Offset? | As of the Petition Filing Date, the Claim is: | Amount of Claim as of January 27, 2016 |
|---|---|---|---|---|---|---|---|
| ACC/GP DEVELOPMENT<br>20803 BISCAYNE BOULEVARD, SUITE 200<br>AVENTURA , FL 33180 | (305) 891-7987 | 12/22/2015 | LHGI | LANDLORD | | | $ 12,531.35 |
| ACTIV FINANCIAL SYSTEMS INC<br>120 EAST LIBERTY DRIVE, SUITE 200<br>WHEATON, IL 60187 | JOSEPH GALLEGOS<br>(630) 682-5700<br>Joseph.Gallegos@activfinancial.com | VARIOUS | LIQD | SERVICE PROVIDER | | DISPUTED | $ 116,486.61 |
| AMERICAN EXPRESS<br>P.O. BOX 1270<br>NEWARK NJ 07101-1270 | (800) 528-2122 | 12/28/2015 | 1007 | SERVICE PROVIDER | | | $ 8,671.22 |
| ANSWERNET, INC.<br>2951 NW DIVISION ST., SUITE 110<br>GRESHAM, OR 97030 | PHONE:  (800) 727-9144<br>FAX: (503) 243-3923<br>portlandbilling@answernet.com | 12/21/2015 | 6336 | SERVICE PROVIDER | | | $ 105.00 |
| BELLSOLVE LTD.<br>71 WOOD RIDE<br>PETTS WOOD, ORPINGTON<br>KENT, BR5 1QA, UK | TELEPHONE: +44 (0)203-589-7187<br>info@bellsolve.co.uk | 1/31/2016 | N/A | PROFESSIONAL SERVICES | | | $ 9,271.30 |
| BLOOMBERG FINANCE LP<br>731 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | TELEPHONE: (212) 318-2000 | VARIOUS | 3050, | SERVICE PROVIDER | | | $ 3,824.36 |
| BRIAN STORMS<br>67 ROXITICUS ROAD<br>FAR HILLS, NJ 07931 | T: (908) 719-7519<br>EMAIL: storms.brian@gmail.com | 8/26/2015 | N/A | PROFESSIONAL SERVICES | | DISPUTED | $ 225,274.99 |
| BUSINESS ENVIRONMENTS<br>7 ENTIN ROAD<br>PARSIPPANY, NJ 07054 | TELEPHONE:  (973) 335-7730<br>FAX:  (973) 335-7710 | 2/11/2014 | 3109 | SERVICE PROVIDER | | DISPUTED | $ 129.82 |
| CISCO WEBEX, LLC<br>MAIL STOP RTP4E/3<br>7025-4 KIT CREEK ROAD<br>RESEARCH TRIANGLE PARK, NC 27709-4987 | TELEPHONE:  (866) 229-3239 | VARIOUS | 6299 | SERVICE PROVIDER | | | $ 211.86 |
| CITRIX SYSTEMS INC.<br>35 WATERVIEW BLVD, #200<br>PARSIPPANY, NJ 07054 | TELEPHONE:  (973) 658-0900 | VARIOUS | 4262, 1543 | SERVICE PROVIDER | | | $ 574.32 |
| CONTINENTAL STOCK TRANSFER & TRUST<br>17 Battery Place, New York, New York 10004 | TELEPHONE:  (212) 509-4000<br>FAX:  (212) 509-5150 | VARIOUS | L255 | PROFESSIONAL SERVICES | | | $ 1,454.98 |
| CORPORATE COFFEE SYSTEMS<br>745 SUMMA AVE.<br>WESTBURY, NY 11590 | TELEPHONE:  (800) 284-CORP<br>FAX:  (516) 371-4860 | 12/21/2015 | 3488 | SERVICE PROVIDER | | | $ 85.60 |

**LIQUID HOLDINGS GROUP, INC.**
**FORM 206E/F**
**SCHEDULE E/F: Creditors Who Have Unsecured Claims**
**Part 2: List of Creditors with NONPRIORITY Unsecured Claims**
**Item 3**

| Nonpriority Creditor's Name and Mailing Address | Nonpriority Creditor's Contact Information | Date or Dates Debt was Incurred | Last 4 Digits of Account Number | Basis for the Claim | Is the Claim subject to Offset? | As of the Petition Filing Date, the Claim is: | Amount of Claim as of January 27, 2016 |
|---|---|---|---|---|---|---|---|
| CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | STEPHANIE MILNES TELEPHONE:  (800) 927-9800 | VARIOUS | 3058 | SERVICE PROVIDER | | | $ 3,891.00 |
| CRACIUNESCU GH. MIHAIL PFA          Str. Torontalului, nr.15, ap. 9         Timisoara, Romania 300627 | Tel: +40-(0)740-050190 | 1/31/2016 | N/A | PROFESSIONAL SERVICES | | | $ 2,150.00 |
| Daniel Harley, individually and as principal of Unqua Holdings, Inc. 45 Griffing Ave. Amityville, NY  11701 | 45 Griffing Ave. Amityville, NY  11701 | 1/27/2016 | N/A | FRAUD ACTION BY STOCKHOLDER | | CONTINGENT, UNLIQUIDATED, SUBORDINATED & DISPUTED | $ 3,000,000.00 |
| DATAART SOLUTIONS, INC          475 PARK AVENUE SOUTH, 15TH FLOOR    NEW YORK, NY 10016 | (212) 378-4108 | 1/2/2016 | Q001 | PROFESSIONAL SERVICES | | | $ 6,800.00 |
| DEUTSCHE BORSE AG 60485 FRANKFURT AM MAIN GERMANY | TELEPHONE: +49(0) 69-211-0 | 12/7/2015 | 8696 | SERVICE PROVIDER | | | $ 2,745.72 |
| DIVERSIFIED ADJUSTMENT SERVICE, INC. 600 COON RAPIDS BLVD COON RAPIDS, MN 55433 | TELEPHONE: (763) 780-1042 TELEPHONE: (800) 504-8612 | 10/3/2015 | 7751 | SERVICE PROVIDER | | | $ 339.84 |
| Equinix, INC - #774252 4252 Solutions Center Chicago, IL 60677-4002 | MARY MCCORMICK 866 979 3749 billing@equinix.com | VARIOUS | 2716 | SERVICE PROVIDER | | | $ 53,367.41 |
| FEDEX CORP. REVENUE 3965 AIRWAYS, MODULE G MEMPHIS TN 38116 | TELEPHONE:  (800) 622-1147 FAX:  (800) 548-3020 | 12/15/2015 | 3909 | SERVICE PROVIDER | | | $ 12.43 |
| FISH & RICHARDSON P.C. 3200 RBC PLAZA 60 SOUTH SIXTH STREET MINNEAPOLIS, MN 55402 | TELEPHONE:  (612) 335-5070 FAX:  (612) 288-9696 | 12/20/2015 | 6654 | PROFESSIONAL SERVICES | | | $ 497.50 |
| FPL FIBERNET 9250 WEST FLAGLER STREET MIAMI, FL 33174 | TELEPHONE:  (305) 522-2316 FAX:  (305) 229-5959 billing@fplfibernet.com | VARIOUS | 0617 | SERVICE PROVIDER | | | $ 4,551.62 |
| GM ANALYTIC SOFTWARE Str. Martin Luther, nr.2, et.6, Timişoara, Romania 300054 | Tel: +40-(0)256-295967 officeTM@gmanalytics.com | 1/31/2016 | N/A | PROFESSIONAL SERVICES | | | $ 32,992.50 |
| HP, INC. 1501 PAGE MILL ROAD PALO ALTO, CALIFORNIA 94304-1112 | TELEPHONE:  (650) 857-1501 | 1/11/2016 | 7706 | SERVICE PROVIDER | | | $ 1,179.08 |

**LIQUID HOLDINGS GROUP, INC.**
**FORM 206E/F**
**SCHEDULE E/F: Creditors Who Have Unsecured Claims**
**Part 2: List of Creditors with NONPRIORITY Unsecured Claims**
**Item 3**

| Nonpriority Creditor's Name and Mailing Address | Nonpriority Creditor's Contact Information | Date or Dates Debt was Incurred | Last 4 Digits of Account Number | Basis for the Claim | Is the Claim subject to Offset? | As of the Petition Filing Date, the Claim is: | Amount of Claim as of January 27, 2016 |
|---|---|---|---|---|---|---|---|
| HUB PROPERTIES TRUST C/O CBRE, INC, DEPT. 1700 P.O. BOX 826466 PHILADELPHIA, PA 19182-6466 | Kim M Green 201 798 0404 Kim.Green@cbre.com | 1/1/2016 | 0565 | LANDLORD | | | $ 24,963.30 |
| IPC NETWORK SERVICES 1 STATE STREET, 12TH FLOOR NEW YORK, NY 10004 | NSBilling@IPC.com | VARIOUS | IHO1 | SERVICE PROVIDER | | | $ 3,304.08 |
| ISP SUPPLIES 10770 HWY 30, SUITE 200 COLLEGE STATION, TX 77845 | TELEPHONE: (855) 947-7776 sales@ispsupplies.com | 3/9/2015 | N/A | SERVICE PROVIDER | | DISPUTED | $ 513.01 |
| JAY DEUTSCH, AS MANAGING GENERAL PARTNER OF THE DEUTSCH FAMILY INVESTMENT PARTNERSHIP and TODD DEUTSCH | Andrew T. Solomon, Esq. SULLIVAN & WORCESTER LLP 1633 Broadway, 32nd Floor New York, New York 10019 | 8/20/2015 | N/A | FRAUD ACTION BY STOCKHOLDER | | CONTINGENT, UNLIQUIDATED, SUBORDINATED & DISPUTED | $ 1,250,000.00 |
| JIM LEE 16 HAMILTON DRIVE ROSLYN, NY 1156 | Tammy Marzigliano, Esq. OUTTEN & GOLDEN LLP 3 Park Avenue, 29th Floor New York, New York 10016 | 9/30/2014 | N/A | SEVERANCE | Yes | DISPUTED | $ 189,640.16 |
| JOSEPH P. DAY REALTY CORP. 9 E. 40TH ST. New York, NY 10016 | Melissa A. Davis (212) 889-7460 x 218 melissa@jpday.com Lai Wong lwong@jpday.com 212-889-7460 | 12/18/2015 | 0102, 0103 | LANDLORD | | | $ 27,243.83 |
| KONICA MINOLTA P.O. BOX 550599 JACKSONVILLE, FL 32255-0599 | TELEPHONE: (877) 451-1731 US.custsvc@QDSontheweb.com | 1/12/2016 | 9000 | SERVICE PROVIDER | | | $ 1,296.11 |
| KONICA MINOLTA PREMIER FINANCE 1111 OLD EAGLE SCHOOL RD WAYNE, PA 19087-1453 | TELEPHONE: (800) 736-0220 invoicing@leasedirect.com | 1/9/2016 | 2517 | SERVICE PROVIDER | | | $ 458.57 |
| LEVEL 3 COMMUNICATIONS, LLC     1025 ELDORADO BLVD BROOMFIELD, CO 80021 | Jack Kline (954) 749-6944 (Ex. 1284) jkline@bgnbusa.com 1-877-2LEVEL3 Billing@level3.com | VARIOUS | 4081 | SERVICE PROVIDER | | DISPUTED | $ 21,410.90 |
| LIGHTOWER FIBER NETWORKS 80 Central Street Boxborough, MA 01719 | Billing: billing-li@lightower.com Phone: (978) 264-6032 | VARIOUS | D002 | SERVICE PROVIDER | | | $ 12,837.80 |

**LIQUID HOLDINGS GROUP, INC.**
**FORM 206E/F**
**SCHEDULE E/F: Creditors Who Have Unsecured Claims**
**Part 2: List of Creditors with NONPRIORITY Unsecured Claims**
**Item 3**

| Nonpriority Creditor's Name and Mailing Address | Nonpriority Creditor's Contact Information | Date or Dates Debt was Incurred | Last 4 Digits of Account Number | Basis for the Claim | Is the Claim subject to Offset? | As of the Petition Filing Date, the Claim is: | Amount of Claim as of January 27, 2016 |
|---|---|---|---|---|---|---|---|
| LYONS, BENENSON & COMPANY, INC.<br>777 Third Avenue, 33rd Floor<br>New York, New York  10017 | Kerri Barsamian<br>kbarsamian@lyonsbenenson.com<br>Telephone:  212-750-2200 | VARIOUS | N/A | PROFESSIONAL SERVICES | | | $    10,500.00 |
| NASDAQ NORDIC OY<br>PL 361/P.O. BOX 361<br>FI-001311 HELSINKI<br>FINLAND | TELEPHONE: +358-9-6166-71<br>FAX: +358-9-6166-7368<br>DataOps@nasdaq.com | 12/7/2015 | 6320 | SERVICE PROVIDER | | | $      1,087.63 |
| NASDAQ OMX GROUP, INC.<br>OFFICE OF GENERAL COUSNEL<br>805 KING FRM BOULEVARD<br>ROCKVILLE, MD 20850 | TELEPHONE:  (800) 955-3898<br>TELEPHONE:  (301) 978-4960<br>FAX:  (301) 978-4910<br>ndqbilling@nasdaq.com | VARIOUS | 3309 | SERVICE PROVIDER | | | $      1,866.08 |
| NINETYEAST CORPORATE (MAURITIUS) LIMITED<br>HOTEL AVENUE, EBENE HOUSE, 3RD FLOOR<br>33 CYBERCITY, 72201<br>EBENE, MAURITIUS | ASHWANEE RAMSURRUN<br>TELEPHONE: +230-401-0300<br>FAX: +230-466-8443<br>CS5@ninetyeastfinancial.com | 12/31/2015 | 270 | PROFESSIONAL SERVICES | | | $         825.00 |
| NYSE MARKET, INC<br>11 WALL STREET<br>NEW YORK, NY 10005 | AR-MarketData@theice.com<br>1-877-462-8891 | VARIOUS | 6803, 9551 | SERVICE PROVIDER | | | $      8,463.62 |
| OLSHAN FROME WOLOSKY LLP<br>Park Avenue Tower<br>65 East 55th Street<br>New York, NY 10022 | KBisceglie@olshanlaw.com<br>(212) 451-2207 | VARIOUS | 9526 | PROFESSIONAL SERVICES | | | $      8,330.10 |
| Options Information Technology LLC<br>100 PARK AVENUE, 6 TH FLOOR<br>NEW YORK, NY 10017 | (646) 205-2500<br>ADMIN@OPTIONS-IT.COM | VARIOUS | IQ02 | SERVICE PROVIDER | | DISPUTED | $      3,160.89 |
| Options Price Reporting Authority LLC<br>400 South LaSalle<br>Chicago, IL  60605 | (312) 786-7195<br>OPRA-AR@CBOE.COM | VARIOUS | 2216 | SERVICE PROVIDER | | | $      4,406.32 |
| Oslo Børs ASA<br>Postboks 460 Sentrum<br>N-0105 OSLO Norway | +47 22 34 17 00<br>faktura@oslobors.no | 1/25/2016 | 5798 | SERVICE PROVIDER | | | $      4,319.44 |

**LIQUID HOLDINGS GROUP, INC.**
**FORM 206E/F**
**SCHEDULE E/F: Creditors Who Have Unsecured Claims**
**Part 2: List of Creditors with NONPRIORITY Unsecured Claims**
**Item 3**

| Nonpriority Creditor's Name and Mailing Address | Nonpriority Creditor's Contact Information | Date or Dates Debt was Incurred | Last 4 Digits of Account Number | Basis for the Claim | Is the Claim subject to Offset? | As of the Petition Filing Date, the Claim is: | Amount of Claim as of January 27, 2016 |
|---|---|---|---|---|---|---|---|
| ROBERT DE VITO, Individually and on Behalf of All Others Similarly Situated | James E. Cecchi CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C. 5 Becker Farm Road Roseland, New Jersey 07068 Telephone: (973) 994-1700 Facsimile: (973) 994-1744 | 9/21/2015 | N/A | SECURITIES FRAUD CLASS ACTION | | CONTINGENT, UNLIQUIDATED, SUBORDINATED & DISPUTED | Unknown |
| SALESFORCE.COM INC The Landmark at One Market Suite 300 San Francisco, CA 94105 | Juan Pablo Rodriguez j.rodriguez@salesforce.com (866) 454-1589 Sherry Stone (201) 871-0044 ext 220 Sherry@amscollections.com | VARIOUS | 9318 | SERVICE PROVIDER | | DISPUTED | $ 104,732.32 |
| SIX EXFEED LTD SELNAUSRASSE 30 P.O. BOX 1758 8021 ZURICH | LUCIA KOLLER TELEPHONE: +41-58-399-2413 lucia.koller@six-group.com | VARIOUS | 6009 | SERVICE PROVIDER | | | $ 2,508.91 |
| THE CONNECTICUT HEDGE FUND ASSOCIATION P.O. BOX 628 GRANBY, CONNECTICUT 06035 | TELEPHONE: (203) 662-0088 | 7/17/2015 | N/A | PROFESSIONAL SERVICES | | | $ 2,500.00 |
| THOMSON REUTERS 3 Times Square          New York, NY 10036 | Customer Care Thomson Reuters Credit Management 888-831-2455 customercare@thomsonreuters.com | VARIOUS | 0821, 2412, 9204 | SERVICE PROVIDER | | | $ 14,599.92 |
| TIBERIU CSEFKO PFA STR. MARTIR CRISTINA LUNGU NR.4, ET.2, AP. 11 TIMISOARA, 300585 | TELEPHONE: +40-(0) 727-839941 csefko@gmail.com | 1/13/2016 | N/A | PROFESSIONAL SERVICES | | | $ 1,747.50 |
| TIME WARNER CABLE OF NYC 41-61 KISSENA BLVD FLUSHING, NY 11355-3189 | TELEPHONE: (866) 892-4249 | VARIOUS | 0639 | SERVICE PROVIDER | | | $ 1,036.64 |
| TINET SPA SOCIETO CON SUCIO UNICO LOCALITA SA LLETA SS195 KM 2,300 09122 CAGLIARI, ITALY | TELEPHONE: +39-0704600740 FAX: +39-0736736737 billing@gtt.net | VARIOUS | IP01 | SERVICE PROVIDER | | | $ 3,000.00 |

**LIQUID HOLDINGS GROUP, INC.**
**FORM 206E/F**
**SCHEDULE E/F: Creditors Who Have Unsecured Claims**
**Part 2: List of Creditors with NONPRIORITY Unsecured Claims**
**Item 3**

| Nonpriority Creditor's Name and Mailing Address | Nonpriority Creditor's Contact Information | Date or Dates Debt was Incurred | Last 4 Digits of Account Number | Basis for the Claim | Is the Claim subject to Offset? | As of the Petition Filing Date, the Claim is: | Amount of Claim as of January 27, 2016 |
|---|---|---|---|---|---|---|---|
| TSX INC.<br>C/O T56297C<br>PO BOX 56297<br>STATION A<br>TORONTO, ON M5W 4L1 | FAX:  (416) 947-4727<br>PAYMENTS@TMX.COM | VARIOUS | 4719, 6235 | SERVICE PROVIDER | | | $       2,218.04 |
| VINTAGE<br>350 Hudson Street, Suite 300      New<br>York, NY 10014 | Phone # 866-683-5252<br>accounting@thevintagegroup.com | VARIOUS | N/A | SERVICE PROVIDER | | | $     11,260.00 |
| Zuora, Inc<br>1051 East Hillsdale Blvd., Suite 600<br>Foster City, CA 94404 | ar@zuora.com<br>(650) 587-0772 | VARIOUS | N/A | SERVICE PROVIDER | | DISPUTED | $     39,739.38 |
| **TOTAL** | | | | | | | **$   5,245,118.06** |

**LIQUID HOLDINGS GROUP, INC.**
**FORM 206E/F**
**SCHEDULE E/F: Creditors Who Have Unsecured Claims**
**Part 3: List of Others to be Notified About Unsecured Claims**
**Item 4**

| Name and Mailing Address | On Which Line in Part 1 or Part 2 is the Related Creditor (if any) Listed? | Not Listed. Explain | Last 4 Digits of Account Number |
|---|---|---|---|
| Allen Maxwell & Silver Inc.<br>190 Sylvan Ave Ste 4<br>Englewood Cliffs, NJ 07632-2533<br>Attn: Sherry Stone | SalesForce.Com | | 9318 |
| Andrew T. Solomon, Esq.<br>SULLIVAN & WORCESTER LLP<br>1633 Broadway, 32nd Floor<br>New York, New York 10019 | JAY DEUTSCH, AS MANAGING GENERAL PARTNER OF THE DEUTSCH FAMILY INVESTMENT PARTNERSHIP and TODD DEUTSCH | | |
| Arizona Department of Revenue<br>Customer Care PO Box 29086<br>Phoenix, AZ  85038-9086 | | Taxing Authority | |
| Florida Department of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL  32399-0100 | | Taxing Authority | |

Franchise Tax Board
PO Box 942840                                                        Taxing Authority
Sacramento, CA  94240-0040

Georgia Department of Revenue
1800 Century Boulevard, NE                                          Taxing Authority
Atlanta, GA  30345

Internal Revenue Service
77 K Street NE                                                      Taxing Authority
Washington, DC 20002

James E. Cecchi                          ROBERT DE VITO, Individually and
CARELLA, BYRNE, CECCHI,                    on Behalf of All Others Similarly
OLSTEIN, BRODY & AGNELLO, P.C.                         Situated
5 Becker Farm Road
Roseland, New Jersey 07068

JAMES G. OKEEFE, SENIOR COUNSEL
Securities and Exchange Commission
Chicago Regional Office                                            Regulatory Agency
175 WEST JACKSON BLVD, SUITE 900
CHICAGO, IL 60604-2815

Massachusetts Department of Revenue
PO Box 7010
Boston, MA 02204

Taxing Authority

N.J. Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ  08695-0245

Taxing Authority

NASDAQ OMX GROUP, INC.
OFFICE OF GENERAL COUSNEL
805 KING FRM BOULEVARD
ROCKVILLE, MD 20850

Regulatory Agency

New York State Dept of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

Taxing Authority

North Carolina Department of Revenue
PO Box 25000
Raleigh, NC  27640-0640

Taxing Authority

NYC Department of Finance
Correspondence Unit
One Centre Street, 22nd Floor
New York, NY  10007

Taxing Authority

Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549

Regulatory Agency

State of Delaware
Division of Corporations
John G. Townsend Bldg                                                    Taxing Authority
401 Federal Street, Suite 4
Dover, DE  19901

Tammy Marzigliano, Esq.
OUTTEN & GOLDEN LLP                          JIM LEE
3 Park Avenue, 29th Floor
New York, New York  10016

Texas Comptroller of Public Accounts
PO Box 13528, Capitol Station                                            Taxing Authority
Austin, TX  78711-3528

**Fill in this information to identify the case:**

Debtor name  LIQUID HOLDINGS GROUP, INC.

United States Bankruptcy Court for the: _____  District of  DE
                                                                      (State)

Case number (If known):  16-10202 (KG)                    Chapter ____

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest — See Attached Schedule G | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

In re: Liquid Holdings Group, Inc.
Case No. 16-10202
Schedule G-Executory Contracts

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 1. | ACC/GP Development LLC | ACC/GP Development LLC c/o Groupe Pacific Management, Inc. 20803 Biscayne Blvd., Suite 200 Aventura, FL 33180 Attn: Director of Real Estate Services | Office Lease Agreement for real property located at 20801 Biscayne Boulevard, Suite #303 Aventura, Florida | March 1, 2013 | Liquid Holdings Group, Inc. |
| 2. | ACTIV Financial Systems, Inc. | ACTIV Financial Systems, Inc. 120 East Liberty Drive, Suite 200 Wheaton, IL 60187 Attn: Joseph Gallegos | Software License Agreement | June 20, 2013 | Liquid Holdings Group, Inc. |
| 3. | Actuate Corporation | Actuate Corporation 951 Mariners Island Blvd. San Mateo, CA 94404 Attn: Officer, Managing or General Agent | Software License Agreement | November 2, 2014 | Liquid Holdings Group, Inc. |
| 4. | AKA Enterprise | AKA Enterprise 875 Sixth Avenue Floor 20 New York, NY 10001 Attn: Officer, Managing or General Agent | Data Hosting | N/A | Liquid Holdings Group, Inc. |
| 5. | Altair Management Partners, Inc. | Altair Management Partners, Inc. 3500 Brooktree Rd. #100 Wexford, PA 15090 Attn: Larry Letterio | Technology Services Agreement | June 29, 2015 | Liquid Holdings Group, Inc. |
| 6. | Atlassian Pty Ltd. | Atlassian Pty Ltd. Level 6, 341 George Street Sydney NSW 2000, Australia Attn: Officer, Managing or General Agent | Jira | N/A | Liquid Holdings Group, Inc. |

In re: Liquid Holdings Group, Inc.
Case No. 16-10202
Schedule G-Executory Contracts

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 7. | Atlassian Pty Ltd. | Atlassian Pty Ltd. Level 6, 341 George Street Sydney NSW 2000, Australia Attn: Officer, Managing or General Agent | Bitbucket | N/A | Liquid Holdings Group, Inc. |
| 8. | Azarias Capital Management, L.P. | Azarias Capital Management, L.P. 1055 Westlakes Drive, Suite 300 Berwyn, PA 19312 Attn: Daren Heitman | Technology Services Agreement | December 15, 2014 | Liquid Holdings Group, Inc. |
| 9. | Bayou City Capital, L.P. | Bayou City Capital, L.P. 10000 Memorial, Suite 330 Houston, TX 77024 Attn: Robert Hay | Technology Services Agreement | December 30, 2013 | Liquid Holdings Group, Inc. |
| 10. | Bellsolve Limited | Bellsolve Limited 71 Woods Ride, Petts Wood Kent, BR5 1QA, England Attn: Nick Bell | Consulting Agreement | April 7, 2014 | Liquid Holdings Group, Inc. |
| 11. | Bloomberg Finance LP | Bloomberg Finance LP 731 Lexington Ave. New York, NY 10022 Attn: Officer, Managing or General Agent | Bloomberg Anywhere | N/A | Liquid Holdings Group, Inc. |
| 12. | Certent (f/k/a Equity Administration Solutions, Inc.) | Certent 4683 Chabot Dr., Suite 260 Pleasanton, CA 94588 Attn: Officer, Managing or General Agent | Stock Plan Administration Agreement | March 29, 2013 | Liquid Holdings Group, Inc. |
| 13. | Cirrus Insight | Cirrus Insight 16253 Laguna Canyon Rd, Suite 150 Irvine, CA 92618 Attn: Officer, Managing or General Agent | Software License Agreement | N/A | Liquid Holdings Group, Inc. |

-2-

In re: Liquid Holdings Group, Inc.
Case No. 16-10202
Schedule G-Executory Contracts

|  | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 14. | Cisco Webex, LLC | Cisco Webex, LLC<br>Mail Stop RTP4E/3<br>7025-4 Kit Creek Rd.<br>Research Triangle Park, NC 27709-4987<br>Attn: Officer, Managing or General Agent | Software License Agreement | N/A | Liquid Holdings Group, Inc. |
| 15. | Citrix Systems Inc. | Citrix Systems Inc.<br>35 Waterview Blvd., #200<br>Parsippany, NJ 07054<br>Attn: Officer, Managing or General Agent | Terms of Use | N/A | Liquid Holdings Group, Inc. |
| 16. | Comcast | Comcast<br>P.O. BOX 530098<br>Atlanta, GA 30353-0098<br>Attn: Officer, Managing or General Agent | Internet Services Agreement | N/A | Liquid Holdings Group, Inc. |
| 17. | Contago IT | Contago IT<br>228 East 45th Street, Suite 11 South<br>New York, NY 10017<br>Attn: Officer, Managing or General Agent | License Agreement | N/A | Liquid Holdings Group, Inc. |
| 18. | Corporate Coffee Systems | Corporate Coffee Systems<br>745 Summa Ave.<br>Westbury, NY 11590<br>Attn: Officer, Managing or General Agent | Water Filtration Appliance Agreement | N/A | Liquid Holdings Group, Inc. |
| 19. | Deutsche Borse AG | Deutsche Borse AG<br>60485 Frankfurt Am Main<br>Germany<br>Attn: Officer, Managing or General Agent | Client Services Agreement | N/A | Liquid Holdings Group, Inc. |

144713.01600/101966002v.2

In re: Liquid Holdings Group, Inc.
Case No. 16-10202
Schedule G-Executory Contracts

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 20. | Dropbox, Inc. | Dropbox, Inc. 185 Berry Street Suite 400 San Francisco, CA 94107 Attn: Officer, Managing or General Agent | File Storage | N/A | Liquid Holdings Group, Inc. |
| 21. | Empire Discovery | Empire Discovery 148 Madison Avenue 9th Floor New York, NY 10016 Attn: Officer, Managing or General Agent | Web Hosting | N/A | Liquid Holdings Group, Inc. |
| 22. | Equinix Operating Co. Inc. | Equinix Operating Co. Inc. One Lagoon Drive, 4th Floor Redwood City, California 94065 Attn: Michael Poindexter  Equinix Operating Co. Inc. 4252 Solutions Center Chicago, IL 60677-4402 Attn: Mary McCormick | Master Country Agreement (United States) | March 19, 2013 | Liquid Holdings Group, Inc. |
| 23. | FedEx Corp. Revenue | FedEx Corp. Revenue 3965 Airways, Module G Memphis, TN 38116 Attn: Officer, Managing or General Agent | Shipping Agreement | N/A | Liquid Holdings Group, Inc. |
| 24. | Filoso, Anthony | Anthony Filoso 344 Lowell Ave. Floral Park, NY 11001-1639 | Employment Agreement | April 8, 2013 | Liquid Holdings Group, Inc. |
| 25. | Fonality | Fonality 6900 Dallas Parkway, Suite 250 Plano TX, 75024 Attn: Officer, Managing or General Agent | Terms and Conditions and License Agreement | November 16, 2012 | Liquid Holdings Group, Inc. |

-4-

In re: Liquid Holdings Group, Inc.
Case No. 16-10202
Schedule G-Executory Contracts

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 26. | FPL Fibernet | FPL Fibernet 9250 West Flagler Street Miami, FL 33174 Attn: Officer, Managing or General Agent | Internet Services Agreement | N/A | Liquid Holdings Group, Inc. |
| 27. | Gargoyle Investment Advisor, LLC and any entity controlled by or under common control with Gargoyle Investment Advisor, LLC | Gargoyle Investment Advisor, LLC 285 Grand Avenue Englewood, NJ 07631 Attn: Phillip Martin | Technology Services Agreement | August 15, 2013 | Liquid Holdings Group, Inc. |
| 28. | GM Analytic Software SRL | GM Analytic Software SRL Str. Martin Luther, nr.2, et.6 Timişoara 300054, Romania Attn: Calin Sandru | Master Software Development and Consulting Agreement | April 1, 2005 | Liquid Holdings Group, Inc. |
| 29. | Golden Frog | Golden Frog Obergrubenweg 8 6045 Meggen, Switzerland Attn: Officer, Managing or General Agent | VPN License Agreement | N/A | Liquid Holdings Group, Inc. |
| 30. | Goldwater Asset Management | Goldwater Asset Management 145 West 57th Street, Floor 15 New York, NY 10019 Attn: Pablo Garcia | Technology Services Agreement | October 21, 2014 | Liquid Holdings Group, Inc. |
| 31. | Gordon, Ganean | Ganean Gordon 808 Myrtle Ave., Apt. 4D Brooklyn, NY 11206-5552 | Employment Agreement | March 11, 2013 | Liquid Holdings Group, Inc. |
| 32. | Gray's Creek Capital Partners | Gray's Creek Capital Partners 50 Washington Street, Suite 730 Norwalk, CT 06854 Attn: Jason Little | Technology Services Agreement | August 18, 2014 | Liquid Holdings Group, Inc. |

144713.01600/101966002v.2

In re: Liquid Holdings Group, Inc.
Case No. 16-10202
Schedule G-Executory Contracts

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 33. | HP, Inc. | HP, Inc.<br>1501 Page Mill Road<br>Palo Alto, CA 94304-1112<br>Attn: Officer, Managing or General Agent | Licensing Agreement | N/A | Liquid Holdings Group, Inc. |
| 34. | HUB Properties Trust | Hub Properties Trust c/o Reit Management & Research LLC<br>111 River Street<br>Hoboken, NJ 07030<br>Attn: Property Manager<br><br>Reit Management & Research LLC<br>Two Newton Place<br>255 Washington Street, Suite 300<br>Newton, MA 02458<br>Attention: Jennifer Clark<br><br>CBRE<br>111 River Street<br>Hoboken, NJ 07030<br>Attn: Kim M. Green | Lease of real property located at 111 River Street, Suite 1204, Hoboken, New Jersey | February 1, 2014 | Liquid Holdings Group, Inc. |
| 35. | Ibietatorremendia, Jose | Jose Ibietatorremendia<br>77 Bleecker Street, Apt. 112<br>New York, NY 10012 | Employment Agreement | March 12, 2013 | Liquid Holdings Group, Inc. |
| 36. | IPC Network Services | IPC Network Services<br>1 State Street, 12th Floor<br>New York, NY 10004<br>Attn: Officer, Managing or General Agent | Internet Services Agreement | January 12, 2015 | Liquid Holdings Group, Inc. |
| 37. | Iron Mountain | Iron Mountain<br>P.O. Box 27128<br>New York, NY 10087-7128<br>Attn: Officer, Managing or General Agent | File Storage | N/A | Liquid Holdings Group, Inc. |

144713.01600/101966002v.2

In re: Liquid Holdings Group, Inc.
Case No. 16-10202
Schedule G-Executory Contracts

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 38. | Joseph P. Day Realty Corp., as agent for 800 Third Avenue Associates, LLC | Joseph P. Day Realty Corp., as agent for 800 Third Avenue Associates, LLC 9 East 40th Street New York, NY 10016 Attn: Officer, Managing or General Agent | Lease of real property located at 800 Third Avenue New York, New York 10022 | August 12, 2013 | Liquid Holdings Group, Inc. |
| 39. | Kent, Peter R. | Peter R. Kent 118 Hiawatha Ave. Oceanport, NJ 07757-1616 | Employment Agreement | October 27, 2014 | Liquid Holdings Group, Inc. |
| 40. | Konica Minolta | Konica Minolta P.O. Box 550599 Jacksonville, FL 32255-0599 Attn: Officer, Managing or General Agent | Copier Rental Agreement | January 22, 2013 | Liquid Holdings Group, Inc. |
| 41. | Konica Minolta Premier Finance | Konica Minolta Premier Finance 111 Old Eagle School Rd Wayne, PA 19087-1453 Attn: Officer, Managing or General Agent | Copier Rental Agreement | February 18, 2014 | Liquid Holdings Group, Inc. |
| 42. | Level 3 Communications, LLC | Level 3 Communications, LLC 1025 Eldorado Blvd. Broomfield, CO 80021 Attn: Jack Kline | Data Hosting Agreement | N/A | Liquid Holdings Group, Inc. |
| 43. | Lightower Fiber Networks | Lightower Fiber Networks 80 Central Street Boxborough, MA 01719 Attn: Officer, Managing or General Agent | Internet Services Agreement | August 14, 2013 | Liquid Holdings Group, Inc. |
| 44. | Londinium Asset Management, Ltd. | Londinium Asset Management, Ltd. Columbia Palace, 11 Avenue Princess Grace, Monaco 98000 Attn: Pravin Khatau | Technology Services Agreement | December 10, 2014 | Liquid Holdings Group, Inc. |

-7-

In re: Liquid Holdings Group, Inc.
Case No. 16-10202
Schedule G-Executory Contracts

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 45. | MasterData | MasterData 2100 Seaport Blvd Redwood City, CA 94063 Attn: Officer, Managing or General Agent | Client Services Agreement | July 29, 2015 | Liquid Holdings Group, Inc. |
| 46. | Meridian Capital Group, LLC | Meridian Capital Group, LLC 1 Battery Plaza, 26th Floor New York, New York 10004 Attn: Officer, Managing or General Agent<br><br>-and-<br><br>800 Third Avenue, 38th Floor New York, New York 10022 Attn: Officer, Managing or General Agent | Sublease of real property located at 800 Third Avenue New York, New York 10022 | May 13, 2015 | Liquid Holdings Group, Inc. |
| 47. | Microsoft Corporation One | Microsoft Corporation One Microsoft Way Redmond, WA 98052 Attn: Officer, Managing or General Agent | Software License Agreement | N/A | Liquid Holdings Group, Inc. |
| 48. | Monte Capital Group | Monte Capital Group 11 Broadway, Suite 766 New York, NY 10004 Attn: Brad Lloyd | Technology Services Agreement and related Renewal | April 30, 2014 and October 14, 2015 | Liquid Holdings Group, Inc. |
| 49. | Nasdaq Nordic OY | Nasdaq Nordic OY PL 361/P.O. Box 361 FI-001311 Helsinki Finland Attn: Officer, Managing or General Agent | Client Services Agreement | N/A | Liquid Holdings Group, Inc. |

-8-

In re: Liquid Holdings Group, Inc.
Case No. 16-10202
Schedule G-Executory Contracts

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 50. | Nasdaq OMX Group, Inc. | Nasdaq OMX Group, Inc. Office Of General Counsel 805 King Farm Blvd. Rockville, MD 20850 Attn: Officer, Managing or General Agent | Client Services Agreement | December 10, 2014 | Liquid Holdings Group, Inc. |
| 51. | New York Stock Exchange Inc. | NYSE Market Inc. 11 Wall Street New York, NY 10005 Attn: Officer, Managing or General Agent  New York Stock Exchange, Inc. 11 Wall Street New York, NY 10005 Attn: Director of Market Data  CQ Plan Network A Participants and CTA Plan Network A Participants c/o New York Stock Exchange, Inc. 11 Wall Street New York, NY 10005 Attn: Director of Market Data | New York Stock Exchange Inc. Agreement for Receipt and Use of Consolidated Network A Date and NYSE Market Data | November 8, 2014 | Liquid Holdings Group, Inc. |
| 52. | OakRun Precious Metals Fund Ltd. | OakRun Precious Metals Fund Ltd. 1111 Brickell Avenue, Suite 1124 Miami, FL 33131 Attn: Scott Rhodenizer | Technology Services Agreement | July 16, 2014 | Liquid Holdings Group, Inc. |
| 53. | O'Boyle, Robert | Robert O'Boyle 114 Eunice Ave. Fairfield, CT 06824 | Employment Agreement | March 11, 2013 | Liquid Holdings Group, Inc. |

144713.01600/101966002v.2

In re: Liquid Holdings Group, Inc.
Case No. 16-10202
Schedule G-Executory Contracts

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 54. | Options Information Technology LLC | Options Information Technology LLC 100 Park Ave., 6th Floor New York, NY 10017 Attn: Officer, Managing or General Agent | Client Services Agreement | N/A | Liquid Holdings Group, Inc. |
| 55. | Options Price Reporting Authority LLC | Options Price Reporting Authority LLC 400 South LaSalle Chicago, IL 60605 Attn: Officer, Managing or General Agent | Client Services Agreement | November 14, 2014 | Liquid Holdings Group, Inc. |
| 56. | Oslo Børs ASA | Oslo Børs ASA Postboks 460 Sentrum N-0105 Oslo Norway Attn: Officer, Managing or General Agent | Client Services Agreement | January 6, 2015 | Liquid Holdings Group, Inc. |
| 57. | Rackspace | Rackspace 1 Fanatical Place City of Windcrest San Antonio, TX 78218 Attn: Officer, Managing or General Agent | Data Hosting Agreement | N/A | Liquid Holdings Group, Inc. |
| 58. | Salesforce.Com Inc. | Salesforce.Com Inc. The Landmark at One Market Suite 300 San Francisco, CA 94105 Attn: Officer, Managing or General Agent | Database Licensing Agreement | N/A | Liquid Holdings Group, Inc. |
| 59. | Salesforce.Com Inc. | Salesforce.Com Inc. The Landmark at One Market Suite 300 San Francisco, CA 94105 Attn: Juan Pablo Rodriguez | Cloud Licensing Agreement and Support Agreement | N/A | Liquid Holdings Group, Inc. |

144713.01600/101966002v.2

In re: Liquid Holdings Group, Inc.
Case No. 16-10202
Schedule G-Executory Contracts

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 60. | Sarissa Capital Management LP | Sarissa Capital Management LP 660 Steamboat Rd. Greenwich, CT 06830 Attn: Patrice Bonfiglio | Technology Services Agreement | June 27, 2014 | Liquid Holdings Group, Inc. |
| 61. | SenaHill Advisors, LLC | SenaHill Advisors, LLC 115 Broadway, 3rd Floor New York, NY 10006 Attn: Justin Brownhill | Letter Agreement | October 21, 2015 | Liquid Holdings Group, Inc. |
| 62. | Six Exfeed Ltd. | Six Exfeed Ltd. Selnausrasse 30 P.O. Box 1758 8021 Zurich Switzerland Attn: Lucia Koller | Client Services Agreement | January 8, 2015 | Liquid Holdings Group, Inc. |
| 63. | Slack Technologies, Inc. | Slack Technologies, Inc 360 Clementina Street San Francisco, CA 94103 Attn: Officer, Managing or General Agent | Terms of Use | N/A | Liquid Holdings Group, Inc. |
| 64. | Swift Vox (operator of VoIP.ms) | Swift Vox Complexe Desjardins Tower CP 1491 H5B 1B9 Montreal, QC, Canada Attn: Officer, Managing or General Agent | Terms and Conditions of Service | N/A | Liquid Holdings Group, Inc. |
| 65. | Tekla Capital Management, LLC | Tekla Capital Management, LLC Two Liberty Square, 9th Floor Boston, MA 02109 Attn: Daniel Omstead | Technology Services Agreement and related Amendment | December 30, 2014 and January 28, 2016 | Liquid Holdings Group, Inc. |

-11-

In re: Liquid Holdings Group, Inc.
Case No. 16-10202
Schedule G-Executory Contracts

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 66. | Thomson Reuters | Thomson Reuters Credit Management Customer Care 3 Times Square New York, NY 10036 Attn: Officer, Managing or General Agent | Client Services Agreement (T1 Wealth Market Data) | N/A | Liquid Holdings Group, Inc. |
| 67. | Thomson Reuters | Thomson Reuters Credit Management Customer Care 3 Times Square New York, NY 10036 Attn: Officer, Managing or General Agent | Client Services Agreement (DSS Market Data) | March 28, 2013 | Liquid Holdings Group, Inc. |
| 68. | Time Warner Cable of NYC | Time Warner Cable of NYC 41-61 Kissena Blvd Flushing, NY 11355-3189 Attn: Officer, Managing or General Agent | Internet Services Agreement | N/A | Liquid Holdings Group, Inc. |
| 69. | Tinet S.p.A. | Tinet S.p.A. Societo Con Sucio Unico Localita Sa Lleta Ss195 Km 2,300 09122 Cagliari, Italy Attn: Officer, Managing or General Agent | Data Hosting Agreement | March 25, 2012 | Liquid Holdings Group, Inc. |
| 70. | TSX Inc. | TSX Inc. C/O T56297c Po Box 56297 Station A Toronto, ON M5W 4L1 Attn: Officer, Managing or General Agent | Client Services Agreement | N/A | Liquid Holdings Group, Inc. |

-12-

In re: Liquid Holdings Group, Inc.
Case No. 16-10202
Schedule G-Executory Contracts

| | Non-Debtor Counterparty | Non-Debtor Counterparty Notice Address | Contract Name or Description | Contract Date(s) | Debtor Party |
|---|---|---|---|---|---|
| 71. | Verizon Business | Verizon Business<br>500 Technology Dr., Ste 870<br>Weldon Spring, MO 63304<br>Attn: Officer, Managing or General Agent | Telecommunications Agreement | N/A | Liquid Holdings Group, Inc. |
| 72. | Vintage<br>350 Hudson Street, Suite 300<br>New York, NY 10014 | Vintage<br>350 Hudson Street, Suite 300<br>New York, NY 10014<br>Attn: Officer, Managing or General Agent | Regulatory Filings Agreement | August 5, 2013 | Liquid Holdings Group, Inc. |
| 73. | Zendesk, Inc. | Zendesk, Inc.<br>1019 Market Street<br>San Francisco, CA 94103<br>Attn: Officer, Managing or General Agent | Software License Agreement | N/A | Liquid Holdings Group, Inc. |
| 74. | Zuora, Inc. | Zuora, Inc.<br>1051 East Hillsdale Blvd., Suite 600<br>Foster City, CA 94404<br>Attn: Officer, Managing or General Agent | Master Subscription Agreement | May 2, 2014 | Liquid Holdings Group, Inc. |

144713.01600/101966002v.2

**Fill in this information to identify the case:**

Debtor name    LIQUID HOLDINGS GROUP, INC.

United States Bankruptcy Court for the: _____ District of    Delaware
                                                            (State)

Case number (If known):    16-10202 (KG)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify the case and this filing:

Debtor Name  LIQUID HOLDINGS GROUP, INC.

United States Bankruptcy Court for the: _____ District of  Delaware
                                                                    (State)
Case number (*If known*):  16-10202 (KG)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/16/2016          ✗ _____
              MM / DD / YYYY         Signature of individual signing on behalf of debtor

                                   Peter R. Kent
                                   Printed name

                                   Chief Executive Officer
                                   Position or relationship to debtor