**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LIQUID HOLDINGS GROUP, INC., <u>et al.</u>,[1] | Case No. 16-10202 (KG) |
| Debtors. | Jointly Administered |

### GLOBAL NOTES REGARDING THE DEBTORS' SCHEDULES OF
### ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Liquid Holdings Group, Inc. and Liquid Prime Holdings, LLC (each individually a "***Debtor***," and collectively, the "***Debtors***"), are filing their respective Schedules of Assets and Liabilities (the "***Schedules***") and Statements of Financial Affairs (the "***Statements***," and collectively with the Schedules, the "***Schedules and Statements***") in the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***").  The Debtors, with the assistance of their advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "***Bankruptcy Code***") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These Global Notes Regarding the Schedules and Statements of Financial Affairs (the "***Global Notes***") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements.  The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements prepared by the Debtors and their advisors (i) are unaudited, (ii) do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles, (iii) were gathered from a variety of different sources available to the Debtors and (iv) were prepared with such data to provide a cut-off as near as possible to January 27, 2016 (the "***Petition Date***"), unless specifically noted otherwise.  While the Debtors and their advisors have exercised reasonable best efforts to ensure that the Schedules and Statements are accurate and complete based on the information that was available at the time of preparation, further research or discovery may identify subsequent information and inadvertent errors or omissions may exist.  Accordingly, the Debtors reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate.

As a supplement to the information in Liquid Holdings Group, Inc.'s Schedules and Statements, it should be noted that, on December 31, 2015, Liquid Technology Services, LLC

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Liquid Holdings Group, Inc. (2142) and Liquid Prime Holdings, LLC (2135).  The address of the Debtors' corporate headquarters is 89 River Street #2114, Hoboken, New Jersey 07030.

(f/k/a Green Mountain Analytics, LLC) and two other subsidiaries were merged into Liquid Holdings Group, Inc.

Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to these cases, including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of claims or contracts, assumption or rejection of contracts under the provisions of the Bankruptcy Code and/or causes of action arising under the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

The Debtors reserve the right to dispute, or to assert offset or defenses to, any claim reflected on the Schedules and Statements as to amount, liability or classification. The Debtors also reserve all rights with respect to the values, amounts and characterization of the assets and liabilities listed in the Schedules and Statements. Any failure to designate a claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts.

The Debtors reserve all rights with respect to any causes of action and nothing in the Schedules and Statements or these Global Notes shall be deemed a waiver of any such causes of action. Similarly, in instances where the Debtors are defendants in pending causes of action, nothing in the Schedules and Statements or these Global Notes shall be deemed as an admission or determination with respect to, or a waiver of any defense or objection to, such causes of action, and all of the Debtors' defenses, objection and other rights with respect to such causes of action are hereby preserved.

Peter R. Kent, Chief Executive Officer for Debtor Liquid Holdings Group, Inc., has signed the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Kent has necessarily relied upon the efforts, statements, and representations of various personnel of the Debtors. Mr. Kent has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

### End of Global Notes ###

**Fill in this information to identify the case:**

Debtor name  LIQUID HOLDINGS GROUP, INC.

United States Bankruptcy Court for the: _____  District of  Delaware
(State)

Case number (If known):  16-10202 (KG)

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2016<br>MM / DD / YYYY | to    Filing date | ☑ Operating a business<br>☐ Other _____ | $ 36,049 |
   | **For prior year:** | From 01/01/2015<br>MM / DD / YYYY | to    12/31/2015<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 402,561 |
   | **For the year before that:** | From 01/01/2014<br>MM / DD / YYYY | to    12/31/2014<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 5,536,884 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2016<br>MM / DD / YYYY | to    Filing date | _____ | $ 0 |
   | **For prior year:** | From 01/01/2015<br>MM / DD / YYYY | to    12/31/2015<br>MM / DD / YYYY | _____ | $ 0 |
   | **For the year before that:** | From 01/01/2014<br>MM / DD / YYYY | to    12/31/2014<br>MM / DD / YYYY | Accrued Interest | $ 18,827 |

Debtor    LIQUID HOLDINGS GROUP, INC.    Case number (if known) 16-10202 (KG)
_____
Name

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached Schedule<br>Creditor's name<br><br>Street<br><br>City          State          ZIP Code | various | $ 3,291,021 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other _Employee expense reimbursements_ |
| 3.2. | Creditor's name<br><br>Street<br><br>City          State          ZIP Code | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Attached Schedule<br>Insider's name<br><br>Street<br><br>City          State          ZIP Code<br><br>**Relationship to debtor**<br>_____ | various | $ 3,017,723 | wages, stipends, expense reimbursements |
| 4.2. | Insider's name<br><br>Street<br><br>City          State          ZIP Code<br><br>**Relationship to debtor**<br>_____ | | $_____ | |

Debtor    LIQUID HOLDINGS GROUP, INC.
          _____    Case number (if known) 16-10202 (KG)
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City    State    ZIP Code | | | |
| 5.2. | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City    State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City    State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Attached Schedule | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City    State    ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City    State    ZIP Code | |

Debtor    LIQUID HOLDINGS GROUP, INC.
_____
Name

Case number (if known) 16-10202 (KG)
_____

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| Street | Case title | Court name and address |
| | _____ | Name |
| City      State      ZIP Code | Case number | Street |
| | _____ | |
| | Date of order or assignment | City      State      ZIP Code |
| | _____ | |

## Part 4:   Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | _____ | _____ | $_____ |
| | Street | _____ | | |
| | City      State      ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | Recipient's name | | | $_____ |
| | Street | | | |
| | City      State      ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| Personal use of corporate credit card by former employee. | We are currently trying to recoup from former employee. | 2013 - 2014 | $ 70,000 |

| Debtor | LIQUID HOLDINGS GROUP, INC. | Case number *(if known)* 16-10202 (KG) |
|---|---|---|
| | Name | |

---

## Part 6:  Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Blank Rome LLP | | 07/2015 - 01/2016 | $ 515,975 |
| | **Address** | | | |
| | One Logan Square | | | |
| | Street | | | |
| | 130 North 18th Street | | | |
| | Philadelphia          PA          19103 | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | www.blankrome.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Carl Marks Advisors | | 12/2015 - 01/2016 | $ 275,170 |
| | **Address** | | | |
| | 900 Third Avenue | | | |
| | Street | | | |
| | 33rd Floor | | | |
| | New York          NY          10022 | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | www.carlmarksadvisors.com | | | |
| | **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

---

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**           

Debtor    LIQUID HOLDINGS GROUP, INC.
_____
Name

Case number (if known) 16-10202 (KG)
_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—made by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | John Carroll | Cash paid for settlement of lawsuit. | 07/2014 - 12/2014 | $ 150,000 |

**Address**
101 Gedney Street
Street
Apt. DD

Nyack                    NY         10960
City                      State      ZIP Code

**Relationship to debtor**
Former employee

| | Who received transfer? | | | |
|---|---|---|---|---|
| 13.2. | | | | $ |

**Address**

_____
Street

_____

_____
City                      State      ZIP Code

**Relationship to debtor**
_____

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | 800 Third Avenue | From April 2012 | To April 2015 |
| | Street | | |
| | New York    NY    10022 | | |
| | City    State    ZIP Code | | |
| 14.2. | | From _____ | To _____ |
| | Street | | |
| | | | |
| | City    State    ZIP Code | | |

Debtor    LIQUID HOLDINGS GROUP, INC.        Case number *(if known)* 16-10202 (KG)
     Name

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City    State    ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City    State    ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

     Yes. Does the debtor serve as plan administrator?

     ☑ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

Debtor    LIQUID HOLDINGS GROUP, INC.
_____    Case number (if known) 16-10202 (KG)
         Name

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | See Attached Schedule _____ Name _____ Street _____ _____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name _____ Street _____ _____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ _____ City    State    ZIP Code | _____ _____ _____ **Address** _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ _____ City    State    ZIP Code | _____ _____ _____ **Address** _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

Debtor    LIQUID HOLDINGS GROUP, INC.                              Case number (if known) 16-10202 (KG)
          Name

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| Debtor | LIQUID HOLDINGS GROUP, INC. | | Case number *(if known)* 16-10202 (KG) |
|---|---|---|---|
| | Name | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Liquid Prime Holdings, LLC <br> Name <br> 111 River Street <br> Street <br> Suite 1204 <br> Hoboken        NJ        07030 <br> City        State        ZIP Code | Holding company of SEC registered broker/dealer | EIN: 4 5 – 3 6 6 2 1 3 5 <br><br> **Dates business existed** <br><br> From 09/22/2011   To Present |
| 25.2. | Liquid Trading Institutional LLP <br> Name <br> 35 New Broad Street <br> Street <br> EC2M 1NH <br> London        UK <br> City        State        ZIP Code | United Kingdom brokerage company | EIN: __ __ – __ __ __ __ __ __ __ <br><br> **Dates business existed** <br><br> From 04/01/2011   To Present |
| 25.3. | LHG Technology Services Ltd. <br> Name <br> c/o Ninety East Corporate Ltd. <br> Street <br> 3rd Floor, Ebene House, 33 Cybercity <br> Ebene        Mauritius <br> City        State        ZIP Code | Holding company for a Chinese subsidiary | EIN: __ __ – __ __ __ __ __ __ __ <br><br> **Dates business existed** <br><br> From 02/22/2012   To Present |

| Debtor | LIQUID HOLDINGS GROUP, INC. | | Case number (if known) | 16-10202 (KG) |
|---|---|---|---|---|
| | Name | | | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| 26a.1. | Ganean Gordon | | From Mar. 2013 | To Feb. 2016 |
| | Name | | | |
| | 808 Myrtle Avenue | | | |
| | Street | | | |
| | Apt. 2A | | | |
| | Brooklyn | NY | 11206 | |
| | City | State | ZIP Code | |

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| 26a.2. | Anthony Filoso | | From Apr. 2013 | To Feb. 2016 |
| | Name | | | |
| | 344 Lowell Avenue | | | |
| | Street | | | |
| | Floral Park | NY | 11001 | |
| | City | State | ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| 26b.1. | KPMG LLP | | From Apr. 2012 | To Sept. 2014 |
| | Name | | | |
| | 345 Park Avenue | | | |
| | Street | | | |
| | New York | NY | 10154 | |
| | City | State | ZIP Code | |

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| 26b.2. | Grant Thornton LLP | | From Sept. 2014 | To Sept. 2015 |
| | Name | | | |
| | 757 Third Avenue | | | |
| | Street | | | |
| | 9th Floor | | | |
| | New York | NY | 10017 | |
| | City | State | ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. | Liquid Holdings Group, Inc. | | |
| | Name | | |
| | 111 River Street | | |
| | Street | | |
| | Suite 1204 | | |
| | Hoboken | NJ | 07030 |
| | City | State | ZIP Code |

Debtor    LIQUID HOLDINGS GROUP, INC.                                    Case number (if known) 16-10202 (KG)
_____                              _____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____          _____
       Name

       _____          _____
       Street

       _____          _____

       _____
       City                         State          ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

| Name and address |
|---|

26d.1. _____
       Name

       _____
       Street

       _____

       _____
       City                         State          ZIP Code

| Name and address |
|---|

26d.2. _____
       Name

       _____
       Street

       _____

       _____
       City                         State          ZIP Code

27. **Inventories**

   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
      Name

      _____
      Street

      _____

      _____
      City                         State          ZIP Code

Debtor    LIQUID HOLDINGS GROUP, INC.
     Name

Case number (*if known*) 16-10202 (KG)

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.
_____
Name

_____
Street

_____
City          State     ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See Attached Schedule | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| See Attached Schedule | _____ | _____ | From _____ To _____ |
| | _____ | _____ | From _____ To _____ |
| | _____ | _____ | From _____ To _____ |
| | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  See Attached Schedule<br>Name | $3,017,723 | _____ | _____ |
| Street | | _____ | |
| City  State  ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor    LIQUID HOLDINGS GROUP, INC.
_____
Name

Case number *(if known)* 16-10202 (KG)
_____

30.2    **Name and address of recipient**

_____
Name

_____
Street

_____

_____
City                    State        ZIP Code

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☐ No
☑ Yes. Identify below.

**Name of the parent corporation**

Liquid Holdings Group, Inc. and Subsidiaries
_____

**Employer Identification number of the parent corporation**

EIN: 4 6 – 3 2 5 2 1 4 2

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

**Name of the pension fund**

_____

**Employer Identification number of the pension fund**

EIN: __ __ – __ __ __ __ __ __ __

| Part 14: | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/16/2016
              _____
              MM  / DD  / YYYY

✗ _____
Signature of individual signing on behalf of the debtor

Printed name  Peter R. Kent
_____

Position or relationship to debtor    Chief Executive Officer and Chief Financial Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**LIQUID HOLDINGS GROUP, INC.**
**Form 207**
**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**Part 2: Certain Transfers Made Before Filing for Bankruptcy**
**Item 3: Payments or Transfers to Creditors Within 90 Days of Filing This Case**

| | | | |
|---|---|---|---|
| ACC/GP DEVELOPMENT | **ACC/GP DEVELOPMENT** | $ | **25,062.70** |
| 20803 BISCAYNE BOULEVARD, SUITE 200 | 10/30/15 | $ | 12,531.35 |
| AVENTURA , FL 33180 | 12/01/15 | $ | 12,531.35 |
| ACTIV FINANCIAL SYSTEMS INC | **ACTIV FINANCIAL SYSTEMS** | $ | **64,994.13** |
| 120 EAST LIBERTY DRIVE, SUITE 200 | 11/18/15 | $ | 908.25 |
| WHEATON, IL 60187 | 12/09/15 | $ | 64,085.88 |
| ACTUATE CORPORATION | **ACTUATE CORPORATION** | $ | **111,334.51** |
| 951 MARINERS ISLAND BLVD | | | |
| SAN MATEO, CA 94404 | 11/05/15 | $ | 111,334.51 |
| AKA ENTERPRISE | **AKA ENTERPRISE** | $ | **6,442.89** |
| 875 SIXTH AVENUE, FLOOR 20 | 11/12/15 | $ | 3,327.49 |
| NEW YORK, NY 10001 | 01/15/16 | $ | 3,115.40 |
| AMERICAN EXPRESS | **AMERICAN EXPRESS** | $ | **26,568.10** |
| P.O. BOX 1270 | 11/05/15 | $ | 15,087.72 |
| NEWARK NJ 07101-1270 | 12/15/15 | $ | 11,480.38 |
| ANSWERNET, INC. | **ANSWERNET, INC.** | $ | **235.00** |
| 2951 NW DIVISION ST., SUITE 110 | 11/05/15 | $ | 130.00 |
| GRESHAM, OR 97030 | 12/01/15 | $ | 105.00 |
| | **ANTHONY FILOSO** | $ | **1,659.31** |
| | 11/03/15 | $ | 1,251.49 |
| ANTHONY FILOSO | 12/03/15 | $ | 127.47 |
| 344 Lowell Avenue | 01/08/16 | $ | 117.47 |
| Floral Park, NY  11001 | 01/20/16 | $ | 162.88 |
| BALLARD SPAHR LLP | **BALLARD SPAHR LLP** | $ | **37,375.20** |
| 1735 MARKET STREET, 51ST FLOOR | 10/30/15 | $ | 24,618.86 |
| PHILADELPHIA, PA 19103-7599 | 11/18/15 | $ | 12,756.34 |
| | **BELLSOLVE** | $ | **95,693.88** |
| | 11/12/15 | $ | 20,115.00 |
| BELLSOLVE LTD. | 12/09/15 | $ | 20,073.43 |
| 71 WOOD RIDE | 12/29/15 | $ | 27,144.62 |
| PETTS WOOD, ORPINGTON | 01/15/16 | $ | 18,984.73 |
| KENT, BR5 1QA, UK | 01/19/16 | $ | 9,376.10 |
| | **BLANK ROME LLP** | $ | **763,428.33** |
| BLANK ROME LLP | 11/05/15 | $ | 171,955.79 |
| THE CHRYSLER BUILDING | 11/18/15 | $ | 126,953.60 |
| 405 LEXINGTON AVENUE | 01/15/16 | $ | 100,888.54 |
| NEW YORK, NY 10174 | 01/26/16 | $ | 363,630.40 |
| | **BLOOMBERG FINANCE LP** | $ | **6,826.46** |
| BLOOMBERG FINANCE LP | | | |
| 731 LEXINGTON AVENUE | | | |
| NEW YORK, NY 10022 | 11/18/15 | $ | 6,826.46 |

**LIQUID HOLDINGS GROUP, INC.**
**Form 207**
**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**Part 2: Certain Transfers Made Before Filing for Bankruptcy**
**Item 3: Payments or Transfers to Creditors Within 90 Days of Filing This Case**

| | | | |
|---|---|---|---:|
| CARL MARKS | **CARL MARKS** | $ | **275,170.81** |
| 900 THIRD AVENUE, 33RD FLOOR | 12/04/15 | $ | 120,000.00 |
| NEW YORK, NY 10022-4775 | 01/15/16 | $ | 155,170.81 |
| CATHERINE HOGAN | **CATHERINE HOGAN** | $ | **105.28** |
| 698 YONKERS AVENUE, APT. 3F | | | |
| YONKERS, NY 10704 | 12/15/15 | $ | 105.28 |
| CHANTAL OFSANKO | **CHANTAL OFSANKO** | $ | **161.78** |
| 326 East 6th Street, Apt. 4 | 12/01/15 | $ | 28.19 |
| New York, NY 10003 | 12/03/15 | $ | 133.59 |
| CITRIX SYSTEMS INC. | **CITRIX SYSTEMS** | $ | **167.00** |
| 35 WATERVIEW BLVD, #200 | | | |
| PARSIPPANY, NJ 07054 | 12/01/15 | $ | 167.00 |
| CONTANGO LLC | **CONTANGO** | $ | **1,467.85** |
| 228 EAST 45TH STREET, SUITE 11 SOUTH | | | |
| NEW YORK, NY 10017 | 11/05/15 | $ | 1,467.85 |
| CONTINENTAL STOCK TRANSFER & TRUST | **CONTINENTAL STOCK TRANSFER & TRUST** | $ | **555.07** |
| 17 BATTERY PLACE | | | |
| NEW YORK, NY 10004 | 11/11/15 | $ | 555.07 |
| CORPORATE COFFEE SYSTEMS | **CORPORATE COFFEE SYSTEMS** | $ | **42.80** |
| 745 SUMMA AVE. | | | |
| WESTBURY, NY 11590 | 12/01/15 | $ | 42.80 |
| | **CRACIUNESCU GH. MIHAIL PFA** | $ | **10,750.00** |
| CRACIUNESCU GH. MIHAIL PFA | 11/05/15 | $ | 4,300.00 |
| Str. Torontalului, nr.15, ap. 9 | 12/09/15 | $ | 4,300.00 |
| Timisoara, Romania 300627 | 01/19/16 | $ | 2,150.00 |
| CRUNCH LLC | **CRUNCH LLC** | $ | **210.00** |
| CHELSEA STATION | 11/11/15 | $ | 70.00 |
| PO BOX 1918 | 12/28/15 | $ | 70.00 |
| NEW YORK, NY 10011 | 01/07/16 | $ | 70.00 |
| CRYSTAL IBC LLC | **CRYSTAL & COMPANY** | $ | **594,483.50** |
| 32 OLD SLIP | 11/05/15 | $ | 586,700.00 |
| NEW YORK, NY 10005-3504 | 11/12/15 | $ | 7,783.50 |
| DATAART SOLUTIONS, INC | **DATAART SOLUTIONS, INC** | $ | **25,200.00** |
| 475 PARK AVENUE SOUTH, 15TH FLOOR | 11/05/15 | $ | 16,800.00 |
| NEW YORK, NY 10016 | 12/30/15 | $ | 8,400.00 |
| DAVID FRANCESCANI | **DAVID FRANCESCANI** | $ | **20,000.00** |
| PO BOX 996 | | | |
| REMSENBURG, NY 11960 | 01/14/16 | $ | 20,000.00 |
| DAVID MISHOE | **DAVID MISHOE** | $ | **1,645.18** |

**LIQUID HOLDINGS GROUP, INC.**
**Form 207**
**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**Part 2: Certain Transfers Made Before Filing for Bankruptcy**
**Item 3: Payments or Transfers to Creditors Within 90 Days of Filing This Case**

| Creditor / Address | Date | Amount |
|---|---|---|
| 45 Staghound Passage | | |
| Corte Madera, CA  94925 | 11/03/15 | $ 1,645.18 |
| DENNIS SUSKIND | **DENNIS SUSKIND** | **$ 18,750.00** |
| 73 Wooster Street | | |
| New York, NY  10012 | 01/14/16 | $ 18,750.00 |
| DEUTSCHE BORSE AG | **DEUTSCHE BORSE GROUP** | **$ 5,467.68** |
| 60485 FRANKFURT AM MAIN | 11/18/15 | $ 4,521.82 |
| GERMANY | 12/01/15 | $ 945.86 |
| DONOHOE ADVISORY ASSOCIATES LLC | **DONOHOE ADVISORY ASSOCIATES LLC** | **$ 5,940.00** |
| 9901 BELWARD CAMPUS DR, SUITE 175 | | |
| ROCKVILLE, MD 20850 | 11/18/15 | $ 5,940.00 |
| | **EMPIRE DISCOVERY** | **$ 30,325.20** |
| EMPIRE DISCOVERY | 11/18/15 | $ 25,942.51 |
| 148 MADISON AVENUE, 9TH FLOOR | 01/07/16 | $ 2,290.82 |
| NEW YORK, NY 10016 | 01/20/16 | $ 2,091.87 |
| Equinix, INC - #774252 | **EQUINIX INC. - #774252** | **$ 26,220.65** |
| 4252 Solutions Center | | |
| Chicago, IL 60677-4002 | 11/18/15 | $ 26,220.65 |
| | **FISH & RICHARDSON** | **$ 173.00** |
| FISH & RICHARDSON P.C. | | |
| 3200 RBC PLAZA | | |
| 60 SOUTH SIXTH STREET | | |
| MINNEAPOLIS, MN 55402 | 11/18/15 | $ 173.00 |
| FPL FIBERNET | **FPL FIBERNET** | **$ 1,512.00** |
| 9250 WEST FLAGLER STREET | | |
| MIAMI, FL 33174 | 11/05/15 | $ 1,512.00 |
| | **GANEAN GORDON** | **$ 300.00** |
| GANEAN GORDON | 11/09/15 | $ 100.00 |
| 808 MYRTLE AVENUE, APT. 4D | 12/03/15 | $ 100.00 |
| BROOKLYN, NY 11206 | 01/20/16 | $ 100.00 |
| GIBSON, DUNN AND CRUTCHER LLP | **GIBSON, DUNN AND CRUTCHER LLP** | **$ 480,000.00** |
| 200 PARK AVENUE | | |
| NEW YORK, NY 10166-0193 | 10/30/15 | $ 480,000.00 |
| | **GM ANALYTICS** | **$ 212,337.50** |
| | 11/05/15 | $ 65,667.00 |
| GM ANALYTIC SOFTWARE | 11/12/15 | $ 48,607.00 |
| Str. Martin Luther, nr.2, et.6, | 12/09/15 | $ 65,071.00 |
| Timişoara, Romania 300054 | 01/19/16 | $ 32,992.50 |
| GOOGLE INC | **GOOGLE INC** | **$ 45.14** |

**LIQUID HOLDINGS GROUP, INC.**
**Form 207**
**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**Part 2: Certain Transfers Made Before Filing for Bankruptcy**
**Item 3: Payments or Transfers to Creditors Within 90 Days of Filing This Case**

| | | | |
|---|---|---|---|
| 1600 Amphitheatre Parkway | | | |
| Mountain View, CA  94043 | 11/05/15 | $ | 45.14 |
| HP, INC. | **HEWLETT-PACKARD COMPANY** | **$** | **1,211.09** |
| 1501 PAGE MILL ROAD | 11/18/15 | $ | 32.01 |
| PALO ALTO, CALIFORNIA 94304-1112 | 12/30/15 | $ | 1,179.08 |
| HUB PROPERTIES TRUST | **HUB PROPERTIES TRUST** | **$** | **27,736.29** |
| C/O CBRE, INC, DEPT. 1700 | 11/16/15 | $ | 3,300.00 |
| P.O. BOX 826466 | | | |
| HILADELPHIA, PA 19182-6466 | 12/01/15 | $ | 24,436.29 |
| IONUT BUGARIU PFA | **IONUT BUGARIU PFA** | **$** | **11,400.00** |
| SAG, STR. XIX 2B, 307395 | 11/05/15 | $ | 5,700.00 |
| ROMANIA | 12/09/15 | $ | 5,700.00 |
| IPC NETWORK SERVICES | **IPC NETWORK SERVICES** | **$** | **1,652.04** |
| 1 STATE STREET, 12TH FLOOR | | | |
| NEW YORK, NY 10004 | 11/18/15 | $ | 1,652.04 |
| INTERNAL REVENUE SERVICE | **IRS** | **$** | **214.76** |
| C/O US TREASURY | | | |
| OGDEN, UT 84201 | 12/04/15 | $ | 214.76 |
| JOSE IBIETATORREMENDIA | **JOSE IBIETATORREMENDIA** | **$** | **769.23** |
| 77 Bleecker Street, Apt. 112 | 11/03/15 | $ | 525.17 |
| New York, NY  10012 | 01/05/16 | $ | 244.06 |
| JOSEPH P. DAY REALTY CORP. | **JOSEPH P. DAY REALTY CORP.** | **$** | **36,441.95** |
| 9 E. 40TH ST. | 10/30/15 | $ | 17,157.37 |
| New York, NY 10016 | 12/01/15 | $ | 19,284.58 |
| KONICA MINOLTA | **KONICA MINOLTA** | **$** | **2,031.42** |
| 21146 NETWORK PLACE | 11/11/15 | $ | 1,273.11 |
| CHICAGO, IL  60673-1211 | 12/01/15 | $ | 758.31 |
| | **KONICA MINOLTA PREMIER** | **$** | **273.54** |
| KONICA MINOLTA PREMIER FINANCE | | | |
| 1111 OLD EAGLE SCHOOL RD | | | |
| WAYNE, PA 19087-1453 | 11/11/15 | $ | 273.54 |
| LAWRENCE R-LOVE | **LAWRENCE R-LOVE** | **$** | **961.09** |
| 4330 NW 116th Terrace | 11/11/15 | $ | 487.92 |
| Sunrise, FL  33323 | 12/08/15 | $ | 473.17 |
| LEVEL 3 COMMUNCIATIONS, LLC | **LEVEL 3 COMMUNCIATIONS, LLC** | **$** | **5,180.86** |
| 1025 ELDORADO BLVD | | | |
| BROOMFIELD, CO 80021 | 11/18/15 | $ | 5,180.86 |
| | **LIGHTOWER FIBER NETWORKS** | **$** | **8,590.68** |

**LIQUID HOLDINGS GROUP, INC.**
**Form 207**
**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**Part 2: Certain Transfers Made Before Filing for Bankruptcy**
**Item 3: Payments or Transfers to Creditors Within 90 Days of Filing This Case**

| | | | |
|---|---|---|---|
| LIGHTOWER FIBER NETWORKS | | | |
| 80 Central Street | | | |
| Boxborough, MA 01719 | 11/12/15 | $ | 8,590.68 |
| LYONS, BENENSON & COMPANY, INC. | **LYONS, BENENSON & COMPANY, INC.** | **$** | **10,500.00** |
| 777 Third Avenue, 33rd Floor | | | |
| New York, New York  10017 | | | |
| | 11/05/15 | $ | 10,500.00 |
| MIAMI-DADE COUNTY TAX COLLECTOR | **MIAMI-DADE COUNTY TAX COLLECTOR** | **$** | **282.42** |
| PO BOX 13701 | | | |
| MIAMI, FL 33101 | 11/06/15 | $ | 282.42 |
| NASDAQ NORDIC OY | **NASDAQ NORDIC** | **$** | **1,112.20** |
| PL 361/P.O. BOX 361 | | | |
| FI-001311 HELSINKI | | | |
| FINLAND | 12/16/15 | $ | 1,112.20 |
| NASDAQ OMX GROUP, INC. | **NASDAQ OMX GROUP, INC.** | **$** | **8,531.37** |
| OFFICE OF GENERAL COUSNEL | 11/05/15 | $ | 7,598.33 |
| 805 KING FRM BOULEVARD | 11/12/15 | $ | 933.04 |
| | **NEW JERSEY DIVISION OF TAXATION** | **$** | **2,262.75** |
| NEW JERSEY DIVISION OF TAXATION | | | |
| 50 BARRACKS STREET | | | |
| TRENTON, NJ 08695 | 01/15/16 | $ | 2,262.75 |
| | **NEW YORK CITY DEPARTMENT OF TAXATION & FINANCE** | **$** | **1,311.00** |
| NEW YORK CITY DEPARTMENT OF TAXATION & FINANCE | | | |
| P.O. BOX 5100 | | | |
| KINGSTON, NY 12402-5100 | 12/10/15 | $ | 1,311.00 |
| | **NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE** | **$** | **8,100.00** |
| NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | | | |
| ATTN: OFFICE OF COUNSEL | | | |
| BUILDING 9 | | | |
| W A HARRIMAN CAMPUS | | | |
| ALBANY, NY 12227 | 12/10/15 | $ | 8,100.00 |
| | **NORTH CAROLINA DEPARTMENT OF REVENUE** | **$** | **76.56** |
| NORTH CAROLINA DEPARTMENT OF REVENUE | | | |
| 2995 RADIO STATION ROAD | | | |
| GREENVILLE, NC 27834 | 01/27/16 | $ | 76.56 |
| | **NYS DEPARTMENT OF TAXATION & FINANCE** | **$** | **736.62** |
| NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE | 11/09/15 | $ | 292.89 |
| ATTN: OFFICE OF COUNSEL | 12/09/15 | $ | 221.85 |

**LIQUID HOLDINGS GROUP, INC.**
**Form 207**
**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**Part 2: Certain Transfers Made Before Filing for Bankruptcy**
**Item 3: Payments or Transfers to Creditors Within 90 Days of Filing This Case**

|  |  |  |
|---|---|---|
| BUILDING 9 |  |  |
| W A HARRIMAN CAMPUS |  |  |
| ALBANY, NY 12227 | 01/19/16 | $ 221.88 |
|  | **NYSE MARKET** | **$ 8,831.62** |
| NYSE MARKET, INC | 10/30/15 | $ 3,450.25 |
| 11 WALL STREET | 11/05/15 | $ 965.56 |
| NEW YORK, NY 10005 | 12/01/15 | $ 4,415.81 |
| OLSHAN FROME WOLOSKY LLP | **OLSHAN FROME WOLOSKY LLP** | **$ 146,858.02** |
| Park Avenue Tower |  |  |
| 65 East 55th Street |  |  |
| New York, NY 10022 | 11/05/15 | $ 146,858.02 |
|  | **OPTIONS PRICE REPORTING AUTHORITY** | **$ 1,710.82** |
| Options Price Reporting Authority LLC |  |  |
| 400 South LaSalle |  |  |
| Chicago, IL  60605 | 12/09/15 | $ 1,710.82 |
| PETER KENT | **PETER KENT** | **$ 2,053.17** |
| 118 Hiawatha Avenue | 12/28/15 | $ 1,620.24 |
| Oceanport, NJ  07757 | 01/06/16 | $ 432.93 |
|  | **POLONTECH SP Z.O.O.** | **$ 580.00** |
| POLONTECH SP Z.O.O. |  |  |
| UL. LUCKA 15/1611 |  |  |
| 00-842WARSZAWA, POLAND | 11/06/15 | $ 580.00 |
|  | **ROBERT O'BOYLE** | **$ 2,174.33** |
|  | 11/05/15 | $ 867.82 |
| ROBERT O'BOYLE | 11/11/15 | $ 935.05 |
| 114 Eunice Avenue | 01/07/16 | $ 85.61 |
| Fairfield, CT  06824 | 01/20/16 | $ 285.85 |
|  | **SEAN CHRISTIE** | **$ 811.38** |
| SEAN CHRISTIE | 11/12/15 | $ 123.11 |
| 1659 Tenth Avenue, Apt. 3 | 01/20/16 | $ 471.54 |
| Brooklyn, NY  11215 | 01/27/16 | $ 216.73 |
| SENA HILL | **SENA HILL** | **$ 42,500.00** |
| 115 BROADWAY, 12TH FLOOR | 12/16/15 | $ 20,000.00 |
| NEW YORK, NY 10006 | 01/14/16 | $ 22,500.00 |
|  | **SHAREHOLDER.COM** | **$ 241.63** |
| SHAREHOLDER.COM |  |  |
| 401 MARKET STREET |  |  |
| PHILADELPHIA, PA 19106 | 11/12/15 | $ 241.63 |
|  | **STEPHEN ZAGARI** | **$ 51.25** |

**LIQUID HOLDINGS GROUP, INC.**
**Form 207**
**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**Part 2: Certain Transfers Made Before Filing for Bankruptcy**
**Item 3: Payments or Transfers to Creditors Within 90 Days of Filing This Case**

| | | | |
|---|---|---|---|
| STEPHEN ZAGARI | | | |
| 9 MAPLE LEAF DRIVE | | | |
| BELFORD, NJ 07718 | 01/26/16 | $ | 51.25 |
| THE BLUESHIRT GROUP LLC | **THE BLUESHIRT GROUP LLC** | **$** | **37,743.99** |
| 456 MONTGOMERY STREET, 11TH FLO | 10/30/15 | $ | 12,578.77 |
| SAN FRANCISCO, CA 94104 | 11/18/15 | $ | 25,165.22 |
| THOMSON REUTERS | **THOMSON REUTERS** | **$** | **357.00** |
| 3 Times Square | | | |
| New York, NY 10036 | 11/12/15 | $ | 357.00 |
| TIBERIU CSEFKO PFA | **TIBERIU CSEFKO PFA** | **$** | **8,737.50** |
| STR. MARTIR CRISTINA LUNGU | 11/05/15 | $ | 3,495.00 |
| NR.4, ET.2, AP. 11 | 12/09/15 | $ | 3,495.00 |
| TIMISOARA, 300585 | 01/19/16 | $ | 1,747.50 |
| TIME WARNER CABLE OF NYC | **TIME WARNER CABLE OF NYC** | **$** | **518.32** |
| 41-61 KISSENA BLVD | | | |
| FLUSHING, NY 11355-3189 | 11/18/15 | $ | 518.32 |
| TINET SPA | **TINET SPA** | **$** | **1,500.00** |
| SOCIETA CON SOCIO SOCIO | | | |
| LOCALITA SA LLLETTA SS195 KM 2, 300 | | | |
| 09122 CAGLIARI, ITALY | 11/12/15 | $ | 1,500.00 |
| TSX INC. | **TMX GROUP** | **$** | **986.54** |
| C/O T56297C | 11/05/15 | $ | 151.64 |
| PO BOX 56297 | 12/01/15 | $ | 834.90 |
| | **TODD BOCCABELLA** | **$** | **3,500.00** |
| TODD BOCCABELLA | | | |
| 3375 SHAGBARK CIR | | | |
| MOUNT PLEASANT, SC 29466-8066 | 12/01/15 | $ | 3,500.00 |
| | **VICTOR SIMONE** | **$** | **33,437.50** |
| VICTOR SIMONE | | | |
| CYPRESS ROAD, UNIT 1014 | | | |
| PEBBLE BEACH, CA 93953-1014 | 01/14/16 | $ | 33,437.50 |
| | **VINTAGE** | **$** | **896.00** |
| VINTAGE | 11/05/15 | $ | 308.00 |
| 350 Hudson Street, Suite 300 | 11/18/15 | $ | 129.00 |
| New York, NY 10014 | 12/16/15 | $ | 459.00 |
| WALTER RACQUET | **WALTER RACQUET** | **$** | **17,187.50** |
| GREEN EARTH TECHNOLOGIES | | | |
| 78 ZACCHEUS LANE | | | |
| GREENWICH, CT 06831 | 01/14/16 | $ | 17,187.50 |
| | **WEBEX** | **$** | **317.79** |

**LIQUID HOLDINGS GROUP, INC.**
**Form 207**
**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**Part 2: Certain Transfers Made Before Filing for Bankruptcy**
**Item 3: Payments or Transfers to Creditors Within 90 Days of Filing This Case**

| | | | |
|---|---|---|---|
| CISCO WEBEX, LLC | | | |
| MAIL STOP RTP4E/3 | | | |
| 7025-4 KIT CREEK ROAD | | | |
| RESEARCH TRIANGLE PARK, NC 27709-4987 | 12/16/15 | $ | 317.79 |
| **Grand Total** | | **$** | **3,291,021.18** |

**LIQUID HOLDINGS GROUP, INC.**
**Form 207**
**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**Part 2: Certain Transfers Made Before Filing for Bankruptcy**
**Item 4: Payments or Other Transfers of Property Made Within 1 Year Before Filing This Case That Benefited any Insider**
**January 1, 2015 - January 27, 2016**

| PAYEE | PAYEE TYPE | GROSS WAGES | BOARD STIPENDS | EXPENSE REIMBURSEMENT | TOTAL |
|---|---|---|---|---|---|
| COOPER, BRUCE | EMPLOYEE | 353,911.67 | - | 427.37 | 330,641.12 |
| FILOSO, ANTHONY | EMPLOYEE | 278,908.83 | - | 4,575.40 | 264,553.25 |
| FRANCESCANI, DAVID | BOARD MEMBER | - | 96,250.00 | - | 96,250.00 |
| GUARINO, ALAN | BOARD MEMBER | - | 69,765.00 | - | 69,765.00 |
| IBIETATORREMENDIA, JOSE | EMPLOYEE | 403,472.31 | - | 7,105.47 | 386,635.80 |
| KENT, PETER R | EMPLOYEE | 482,812.50 | - | 33,767.13 | 483,334.20 |
| O'BOYLE, ROBERT | EMPLOYEE | 458,570.04 | - | 28,077.56 | 457,109.47 |
| RACQUET, WALTER | BOARD MEMBER | - | 82,187.50 | - | 82,187.50 |
| SIMONE, VICTOR | BOARD MEMBER | - | 195,937.50 | 422.60 | 196,360.10 |
| STORMS, BRIAN | EMPLOYEE | 536,131.12 | - | - | 536,131.12 |
| SUSKIND, DENNIS | BOARD MEMBER | - | 97,500.00 | - | 97,500.00 |
| ZAVARRO, ALLAN | BOARD MEMBER | - | 15,000.00 | 2,255.90 | 17,255.90 |
| **TOTAL** | | **2,513,806.47** | **556,640.00** | **76,631.43** | **3,017,723.46** |

**LIQUID HOLDINGS GROUP, INC.**
**Form 207**
**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**Part 3: Legal Actions or Assignments**
**Item 7: Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

| Case Title | Case Number | Nature of Case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| Jay Deutsch et al. v. Liquid Holdings Group et al. | 452951/2015 | Fraud | N.Y. State Supreme<br>60 Centre Street<br>New York, NY  10007 | Pending |
| Robert De Vito v. Liquid Holdings Group et al. | 2:15-CV-06969-KM-JBC | Securities Fraud Class Action | U.S. District Court, District of N.J.<br>50 Walnut Street<br>Newark, NJ  07101 | Pending |
| In the Matter of Liquid Holdings Group, Inc. | | Investigation | Securities and Exchange Commission<br>Chicago Regional Office<br>175 W. Jackson Blvd., Ste. 900<br>Chicago, IL 60604-2815 | Pending |
| Gibson, Dunn & Crutcher, LLP v. Liquid Holdings Group, Inc. | Reference No. 1425018889 | Breach of Contract | JAMS<br>620 Eighth Ave., 34th Floor<br>New York, NY 10018 | Concluded |
| Unqua Holdings, Inc. v. Liquid Holdings Group et al. | 065796/2014 | Fraud | N.Y. State Supreme<br>1 Court Street<br>Riverhead, NY 11901 | Concluded |
| Liquid Holdings Group, Inc., QuantX Management LLP and Brian Ferdinand v. Daniel P. Harley and Unqua Holdings Inc. | 0600076/2015 | Breach of Contract; counter-claim for Fraud | N.Y. State Supreme<br>1 Court Street<br>Riverhead, NY 11901 | Pending |

**LIQUID HOLDINGS GROUP, INC.**
**Form 207**
**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**
**Item 18: Closed Financial Accounts**

| BANK ACCOUNT NUMBER | ACCOUNT NAME | ACCOUNT TYPE | BANK | CURRENCY | DATE CLOSED | CLOSING BALANCE |
|---|---|---|---|---|---|---|
| 620563382 | LIQUID HOLDINGS GROUP, INC | CHECKING | JP MORGAN CHASE | USD | 01/25/16 | $ 18,575.80 |
| 477955939 | LIQUID HOLDINGS GROUP LLC | CHECKING | JP MORGAN CHASE | USD | 07/13/15 | $ 248,612.39 |
| 42077337 | LIQUID TRADING INSTITUTIONAL | CHECKING | HSBC (UK) | GBP | 06/04/15 | £ 3,085.97 |
| 73114764 | LIQUID TRADING INSTITUTIONAL | CHECKING | HSBC (UK) | USD | 05/26/15 | $ 3,994.88 |
| 80001584615 | LIQUID HOLDINGS GROUP, INC | CHECKING | FIRST REPUBLIC | USD | 04/22/15 | $ 383,188.24 |
| 80001082396 | LIQUID HOLDINGS GROUP LLC | CHECKING | FIRST REPUBLIC | USD | 02/16/15 | $ 1,360.71 |

**LIQUID HOLDINGS GROUP, INC.**
**Form 207**
**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**Part 13: Details About the Debtor's Business or Connections to Any Business**
**Item 28: List of Debtor's Officers, Directors, Managing Members, General Partners, Members in Control, Controlling Shareholders, or Other People in Control of the Debtor at the Time of the Filing of This Case**

| Name | Address | Position and Nature of any Interest | % of Interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Peter R. Kent | 118 Hiawatha Avenue Oceanport, NJ  07757 | Chief Executive Officer & Chief Financial Officer | |
| Bruce Cooper | 1217 SE 13th Terrace Fort Lauderdale, FL  33316 | Chief Technology Officer | |
| Anthony Filoso | 344 Lowell Avenue Floral Park, NY  11001 | Managing Director - Finance | |
| Jose Ibietatorremendia | 77 Bleeker Street Apt. 112 New York, NY  10012 | General Counsel | |
| Robert O'Boyle | 114 Eunice Avenue Fairfield, CT  06824 | President | |
| Victor Simone | 1491 Cypress Road Unit 1014 Pebble Beach, CA  93953 | Chairman of the Board | |
| David Francescani | 160A South Country Road Remsenburg, NY  11960 | Board Member | |
| Walter Raquet | 78 Zaccheus Mead Lane Greenwich, CT  06831 | Board Member | |
| Dennis Suskind | 73 Wooster Street New York, NY  10012 | Board Member | |

**LIQUID HOLDINGS GROUP, INC.**
**Form 207**
**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**Part 13: Details About the Debtor's Business or Connections to Any Business**

**Item 29: Within 1 Year Before the Filing of This Case, did the Debtor have Officers, Directors, Managing Members, General Partners, Members in Control of the Debtor, or Shareholders in Control of the Debtor who no Longer Hold These Positions?**

| Name | Address | Position and Nature of any Interest | Period During Which Position or Interest was Held |
|---|---|---|---|
| Anthony R. Caputo | 322 West Neck Road Lloyd Harbor, NY  11743 | Senior Vice President | Nov. 2014 - July 2015 |
| Timothy Garbien | 18 Chamberlain Street Rye, NY  10580 | Senior Vice President & Head of Sales | Dec. 2013 - Mar. 2015 |
| Ralph Lafferty | 1 Laurel Glen Terrace San Rafael, CA  94903 | Vice President | Dec. 2013 - July 2015 |
| Brian Storms | 67 Roxiticus Road Far Hills, NJ  07931 | Chief Executive Officer & Board Member | Nov. 2012 - Sept. 2015 |
| Alan Guarino | 5 Ashlyen Drive Marlboro, NY  12542 | Board Member | Oct. 2014 - Sept. 2015 |
| Allan Zavarro | 7669 Hawks Landing Drive West Palm Beach, FL  33412 | Board Member | Mar. 2013 - Feb. 2015 |

**LIQUID HOLDINGS GROUP, INC.**
**Form 207**
**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**Part 13: Details about the Debtor's Business or Connections to Any Business**
**Item 30: Payments, distributions, or withdrawals credited or given to insiders**
**January 1, 2015 - January 27, 2016**

| PAYEE | PAYEE TYPE | GROSS WAGES | BOARD STIPENDS | EXPENSE REIMBURSEMENT | TOTAL |
|---|---|---|---|---|---|
| COOPER, BRUCE | EMPLOYEE | 353,911.67 | - | 427.37 | 330,641.12 |
| FILOSO, ANTHONY | EMPLOYEE | 278,908.83 | - | 4,575.40 | 264,553.25 |
| FRANCESCANI, DAVID | BOARD MEMBER | - | 96,250.00 | | 96,250.00 |
| GUARINO, ALAN | BOARD MEMBER | - | 69,765.00 | - | 69,765.00 |
| IBIETATORREMENDIA, JOSE | EMPLOYEE | 403,472.31 | - | 7,105.47 | 386,635.80 |
| KENT, PETER R | EMPLOYEE | 482,812.50 | - | 33,767.13 | 483,334.20 |
| O'BOYLE, ROBERT | EMPLOYEE | 458,570.04 | - | 28,077.56 | 457,109.47 |
| RACQUET, WALTER | BOARD MEMBER | - | 82,187.50 | - | 82,187.50 |
| SIMONE, VICTOR | BOARD MEMBER | - | 195,937.50 | 422.60 | 196,360.10 |
| STORMS, BRIAN | EMPLOYEE | 536,131.12 | - | | 536,131.12 |
| SUSKIND, DENNIS | BOARD MEMBER | - | 97,500.00 | - | 97,500.00 |
| ZAVARRO, ALLAN | BOARD MEMBER | - | 15,000.00 | 2,255.90 | 17,255.90 |
| | **TOTAL** | **2,513,806.47** | **556,640.00** | **76,631.43** | **3,017,723.46** |