## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LIQUID HOLDINGS GROUP, INC., et al.,[1] | Case No. 16-10202 (KG) |
| Debtors. | Jointly Administered |
| | **Related Docket Nos.: 28, 45** |

## ORDER CONVERTING CASES FROM
## CHAPTER 11 TO CHAPTER 7 OF THE BANKRUPTCY CODE

Upon consideration of the Motion of the above-captioned debtors and debtors in possession (the "Debtors") to convert cases from chapter 11 to chapter 7 of the Bankruptcy Code (the "Motion")[2], and upon the record in these cases, and notice of the Motion and the hearing thereon having been provided as set forth in the Motion, and good and sufficient cause appearing therefore, it is hereby

**FOUND AND DETERMINED THAT:**

A.    Notice of the Motion and the hearing thereon was due and sufficient under the circumstances.

B.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

C.    This is a core proceeding under 11 U.S.C. § 157(b).

D.    The Debtors, prior to the granting of the relief pursuant to this Order, were debtors and debtors-in-possession in these cases pending under chapter 11 of the Bankruptcy Code.

E.    The Debtors' chapter 11 cases were not originally commenced as involuntary cases.

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Liquid Holdings Group, Inc. (2142) and Liquid Prime Holdings, LLC (2135). The Debtors' mailing address is P.O. Box 2114, Hoboken, New Jersey 07030.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

F.    The above-captioned cases were not converted to cases under chapter 11 of the Bankruptcy Code.

**ORDERED, ADJUDGED AND DECREED THAT:**

1.    The Motion is GRANTED as set forth herein.

2.    As of the date of this Order (the "Conversion Date"), pursuant to section 1112(a) of the Bankruptcy Code, each of the above-captioned chapter 11 cases of the Debtors are converted to cases under chapter 7 of the Bankruptcy Code.

3.    To the extent necessary, the Actions are authorized under section 363 of the Bankruptcy Code.

4.    The United States Trustee shall appoint a chapter 7 trustee for the Debtors' chapter 7 cases in accordance with 11 U.S.C. § 701(a)(1) (the "Chapter 7 Trustee").

5.    The Debtors shall: (a) turn over or make available to the Chapter 7 Trustee all records requested by the Chapter 7 Trustee and property of the estates under the Debtors' custody and control as required by Bankruptcy Rule 1019(4); and (b) within fourteen (14) days of entry of this Order, file a schedule of unpaid debts incurred after the commencement of the superseding cases, including the name and address of each creditor as required by Bankruptcy Rule 1019(5)(A)(i).

6.    The Debtors shall, within thirty (30) days from the date of entry of this Order, file and transmit to the United States Trustee a final report and account as required by Bankruptcy Rule 1019(5)(A)(ii).

7.    An officer of the Debtors shall appear at the first meeting of creditors after conversion of the Debtors' cases to chapter 7 pursuant to sections 341(a) and 343 of the Bankruptcy Code, and shall be available to testify at such meeting.

144713.01600/101949598v.1

8.      All professionals retained in the chapter 11 cases sections 327, 328, 363 or 1103 of

the Bankruptcy Code who seek compensation for services rendered or expenses incurred on or prior

to the Conversion Date shall file their final fee applications on or before the later of (i) thirty (30)

calendar days after the date of this Order and (ii) fourteen (14) calendar days after the date of entry

of an order approving the respective professionals' employment.

9.      This Court shall retain jurisdiction over all matters arising from and/or related to the

interpretation and/or implementation of this Order.


Dated: February **25**, 2016
Wilmington, Delaware

HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

144713.01600/101949598v.1