**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LIQUID HOLDINGS GROUP, INC., et al.,[1] | Case No. 16-10202 (KG) |
| Debtors. | Jointly Administered |

NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 29, 2016 AT 11:00 A.M. (EASTERN TIME)[3]

**THERE ARE NO MATTERS GOING FORWARD.  ACCORDINGLY,
THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

WITHDRAWN MATTER:

1. Debtors' Application for Entry of an Order Authorizing the Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent Under 28 U.S.C. § 156(c), Bankruptcy Code Section 105(a) and Local Rule 2002-1(f) *Nunc Pro Tunc* to February 3, 2016 [Docket No. 26; filed February 3, 2016]

    Objection/Response Deadline:   February 17, 2016 at 4:00 p.m. (ET)

    Objections/Responses:   None

    Related Documents:

    A.  Notice of Withdrawal of Debtors' Application for Entry of an Order Authorizing the Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent Under 28 U.S.C. § 156(c), Bankruptcy Code Section 105(a) and Local Rule 2002-1(f) *Nunc Pro Tunc* to February 3, 2016 [Docket No. 49; filed February 24, 2016]

    Status:   This matter has been withdrawn by the Debtors.  No hearing is necessary.

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Liquid Holdings Group, Inc. (2142) and Liquid Prime Holdings, LLC (2135).  The Debtors' mailing address is P.O. Box 2114, Hoboken, New Jersey 07030.

[2] **Amended items appear in bold type.**

[3] The hearing will be held before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom #3, 824 N. Market Street, Wilmington, Delaware 19801.  Any party who wishes to appear telephonically at the February 29, 2016 hearing must contact CourtCall LLC at (866) 582-6878 by no later than February 26, 2016 at 12:00 p.m. (noon) (Eastern Time) in accordance with the Bankruptcy Court's *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

144713.01600/102010451v.1

UNCONTESTED MATTERS WITH FILED CERTIFICATE OF NO OBJECTION OR CERTIFICATION OF COUNSEL:

2.  Omnibus Motion of Debtors Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 to Reject a Certain Unexpired Lease and Related Sublease of Nonresidential Real Property Located at 800 Third Avenue, New York, New York, *Nunc Pro Tunc* to the Petition Date [Docket No. 23; filed January 29, 2016]

    Objection/Response Deadline:    February 12, 2016 at 4:00 p.m. (ET)

    Objections/Responses:    Informal comments from the United States Trustee

    Related Documents:

    A.  Certificate of No Objection Regarding Omnibus Motion of Debtors Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 to Reject a Certain Unexpired Lease and Related Sublease of Nonresidential Real Property Located at 800 Third Avenue, New York, New York, *Nunc Pro Tunc* to the Petition Date [Docket No. 44; filed February 24, 2016]

    B.  **Order Granting Omnibus Motion of Debtors Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 to Reject a Certain Unexpired Lease and Related Sublease of Nonresidential Real Property Located at 800 Third Avenue, New York, New York, *Nunc Pro Tunc* to the Petition Date [Docket No. 54; entered February 25, 2016]**

    **Status:**    **The Court has entered an Order with respect to this matter.  No hearing is necessary.**

3.  Motion of the Debtors and Debtors in Possession to Convert Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code [Docket No. 28; filed February 8, 2016]

    Objection/Response Deadline:    February 22, 2016 at 4:00 p.m. (ET)

    Objections/Responses:    None

    Related Documents:

    A.  Certificate of No Objection Regarding Motion of the Debtors and Debtors in Possession to Convert Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code [Docket No. 45; filed February 24, 2016]

    B.  **Order Converting Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code [Docket No. 56; entered February 25, 2016]**

    **Status:**    **The Court has entered an Order with respect to this matter.  No hearing is necessary.**

4.  Application of the Debtors for an Order Authorizing the Debtors to Employ Blank Rome LLP as Counsel, *Nunc Pro Tunc* to the Petition Date [Docket No. 31; filed February 9, 2016]

Objection/Response Deadline:   February 22, 2016 at 4:00 p.m. (ET)

Objections/Responses:   Informal comments from the United States Trustee

Related Documents:

A. Supplemental Declaration Michael B. Schaedle in Support of Application of the Debtors for an Order Authorizing the Debtors to Employ Blank Rome LLP as Counsel, *Nunc Pro Tunc* to the Petition Date [Docket No. 41; filed February 18, 2016]

B. Certificate of No Objection Regarding Application of the Debtors for an Order Authorizing the Debtors to Employ Blank Rome LLP as Counsel, *Nunc Pro Tunc* to the Petition Date [Docket No. 46; filed February 24, 2016]

C. **Order Authorizing the Debtors to Employ Blank Rome LLP as Counsel, *Nunc Pro Tunc* to the Petition Date [Docket No. 55; entered February 25, 2016]**

**Status:   The Court has entered an Order with respect to this matter. No hearing is necessary.**

5. Application for Entry of an Order (I) Authorizing the Retention and Employment of Carl Marks Advisory Group LLC, *Nunc Pro Tunc* to the Petition Date, as Financial Advisor to the Debtors; and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2(d) [Docket No. 32; filed February 9, 2016]

   Objection/Response Deadline:   February 22, 2016 at 4:00 p.m. (ET)

   Objections/Responses:   Informal comments from the United States Trustee

   Related Documents:

   A. Supplemental Declaration of Christopher K. Wu in Support of Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Carl Marks Advisory Group LLC, *Nunc Pro Tunc* to the Petition Date, as Financial Advisor to the Debtors; and (II) Waiving Certain Reporting Requirements Pursuant to LocalRule 2016-2(d) [Docket No. 42; filed February 18, 2016]

   B. Certification of Counsel Regarding Application for Entry of an Order (I) Authorizing the Retention and Employment of Carl Marks Advisory Group LLC, *Nunc Pro Tunc* to the Petition Date, as Financial Advisor to the Debtors; and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2(d) [Docket No. 47; filed February 24, 2016]

   C. **Order (I) Authorizing the Retention and Employment of Carl Marks Advisory Group LLC, *Nunc Pro Tunc* to the Petition Date, as Financial Advisor to the Debtors; and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2(d) [Docket No. 53; entered February 25, 2016]**

    **Status:**    **The Court has entered an Order with respect to this matter.  No hearing is necessary.**

6. Second Omnibus Motion of the Debtors Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 (I) to Reject Certain Executory Contracts and Unexpired Leases and (II) Granting Certain Related Relief [Docket No. 33; filed February 9, 2016]

   Objection/Response Deadline:    February 22, 2016 at 4:00 p.m. (ET)

   Objections/Responses:    Informal comments from the United States Trustee

   Related Documents:

   A. Certificate of No Objection Regarding Second Omnibus Motion of the Debtors Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 (I) to Reject Certain Executory Contracts and Unexpired Leases and (II) Granting Certain Related Relief [Docket No. 48; filed February 24, 2016]

   B. **Order Granting Second Omnibus Motion of the Debtors Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 (I) to Reject Certain Executory Contracts and Unexpired Leases and (II) Granting Certain Related Relief [Docket No. 52; entered February 25, 2016]**

   **Status:**    **The Court has entered an Order with respect to this matter.  No hearing is necessary.**

Dated: February 25, 2016
       Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Victoria A. Guilfoyle*
Victoria A. Guilfoyle (DE No. 5183)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6404
Facsimile:    (302) 425-6464
E-mail:    guilfoyle@blankrome.com

    -and-

Michael B. Schaedle (admitted *pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103-6998
Telephone:    (215) 569-5762
Facsimile:    (215) 832-5762
E-mail:    schaedle@blankrome.com

*Proposed Counsel to the Debtors and Debtors in Possession*

144713.01600/102010451v.1