**UNITED STATES BANKRUPTCY COURT**
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

**In Re:**                                                     **Chapter:** 7

Liquid Holdings Group, Inc.
111 River Street
Suite 1204
Hoboken, NJ 07030

Liquid Prime Holdings, LLC
111 River Street
Suite 1204
Hoboken, NJ 07030
EIN: 45−3662135

  **EIN:** 46−3252142                                   **Case No.:** 16−10202−KG

Liquid Holdings Group, LLC                       16−10203

**NOTICE OF CONVERSION**

**NOTICE IS HEREBY GIVEN** that the debtor(s) chapter 11 petition has been converted to a chapter 7 petition on 2/25/16.

                                                                                 David D. Bird, Clerk of Court

\* If you previously filed a Proof of Claim in this case, you do not need to file another Proof of Claim.

\* If you previously filed a Motion/Request for Allowance and/or payment of an administrative expense claim that has not yet been ruled upon, you will receive written notice in the future when your administrative expense claim(s) will be scheduled for hearing.

Dated: 2/26/16

(VAN−031)