**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| LIQUID HOLDINGS GROUP, INC., <u>et al.</u>,[1] | Case No. 16-10202 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF FILING OF FINAL REPORT AND ACCOUNT

PLEASE TAKE NOTICE that on February 25, 2016, the United States Bankruptcy Court for the District of Delaware entered the Order Converting Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code [Dkt. No. 56] (the "<u>Conversion Order</u>").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Conversion Order, and in accordance with Rule 1019(5)(A)(ii), the above-captioned debtors hereby file their final report and account, which document is attached hereto as <u>Exhibit A</u>.

Dated:  March 25, 2016
         Wilmington, Delaware

**BLANK ROME LLP**

 <u>/s/ Victoria A. Guilfoyle</u>
Victoria A. Guilfoyle (DE No. 5183)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:     (302) 425-6404
Facsimile:      (302) 425-6464
E-mail:           guilfoyle@blankrome.com

            -and-

Michael B. Schaedle (admitted *pro hac vice*)
One Logan Square, 130 North 18th Street
Philadelphia, Pennsylvania 19103-6998
Telephone:     (215) 569-5762
Facsimile:      (215) 832-5762
E-mail:           schaedle@blankrome.com

*Counsel to the Debtors*

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Liquid Holdings Group, Inc. (2142) and Liquid Prime Holdings, LLC (2135).  The Debtors' mailing address is P.O. Box 2114, Hoboken, NJ 07030.

144713.01600/101986578v.1