# EXHIBIT A

**Final Report and Account**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LIQUID HOLDINGS GROUP, INC., et al.,[1] | Case No. 16-10202 (KG) |
| Debtors. | Jointly Administered |

**FINAL REPORT AND ACCOUNT**

On February 25, 2016, the United States Bankruptcy Court for the District of Delaware entered an order [Dkt. No. 56] (the "Conversion Order") converting the chapter 11 cases of the above-captioned debtors (the "Debtors") to cases under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"). On the date of conversion, the Debtors held the following assets:

1. Net cash in the amount of $17,087.09 held in Bank Account Number xxxxxxx3204, maintained at First Republic Bank;

2. Net cash in the amount of $1,359.31 held in Bank Account Number xxxxxxx4623, maintained at First Republic Bank;

3. Causes of action arising under chapter 5 of the Bankruptcy Code;

4. The Debtors' interests, if any, in those certain retainers provided to Blank Rome LLP and Carl Marks Advisory Group LLC; and

5. All other assets identified in each of the Debtors' Schedules of Assets and Liabilities filed at Dkt. Nos. 36 & 38, including, without limitation, certain general intangibles and intellectual property.

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Liquid Holdings Group, Inc. (2142) and Liquid Prime Holdings, LLC (2135). The Debtors' mailing address is P.O. Box 2114, Hoboken, NJ 07030.

144713.01600/101986578v.1

-2-

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed the 25th day of March, 2016                    _/s/ Peter R. Kent_
                                                                                    Peter R. Kent
                                                                                    Chief Executive Officer of
                                                                                    Liquid Holdings Group, Inc.