THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LIQUID HOLDINGS GROUP, INC., *et al.*[1], | Case No. 16-10202 (KG) |
| Debtors. | **Re: Docket No. 80** |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 105(a) AND 363 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002 AND 6004 (I) APPROVING THE SALE OF CERTAIN EQUIPMENT OF THE DEBTORS; AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1.      On March 30, 2016, Alfred T. Giuliano, the chapter 7 trustee of the estate of the above-captioned debtors ("Chapter 7 Trustee") filed the *Motion of the Chapter 7 Trustee for Entry of an Order Under 11 U.S.C. §§ 105(a) and 363 and Federal Rules of Bankruptcy Procedure 2002 and 6004 (I) Approving the Sale of Certain Equipment of the Debtors; and (II) Granting Related Relief* (the "Motion")[2] (Docket No. 80) with this Court.

2.      The deadline to file an objection or other response to the relief requested in the Motion was April 18, 2016 at 4:00 p.m.  No objections or other responses to the relief requested in the Motion were filed or received other than informal comments from the Office of the United States Trustee (the "OUST").  A revised proposed order was prepared to address the OUST's comments.

---

[1]  The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Liquid Holdings Group, Inc. (2142) and Liquid Prime Holdings, LLC (2135).
[2]  Capitalized terms used but not defined herein have the meanings assigned to such terms in the Motion.

3.      Attached hereto as **Exhibit A** is a revised proposed form of order (the "Revised Proposed Order") that incorporates the changes that have been requested by the OUST.

4.      Attached hereto as **Exhibit B** is a redline version of the Revised Proposed Order indicating the changes made from the form of order filed with the Motion.

5.      Accordingly, the Chapter 7 Trustee respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

Dated:  April 19, 2016                              By: /s/ *David W. Carickhoff*
                                                             David W. Carickhoff (#3715)
                                                             ARCHER & GREINER, P.C.
                                                             300 Delaware Ave., Suite 1100
                                                             Wilmington, DE 19801
                                                             Telephone: (302) 777-4350
                                                             Facsimile:  (302) 777-4352
                                                             Email: dcarickhoff@archerlaw.com

                                                             Attorneys for the Chapter 7 Trustee

114154560v1