**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 7 ) |
| LIQUID HOLDINGS GROUP, INC., *et al.*, | ) Case No. 16-10202 (KG) ) ) Jointly Administered |
| Debtors.[1] | ) ) **Related to Docket No. 101** |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING**
**HUB PROPERTIES TRUST RELIEF FROM THE AUTOMATIC STAY**

**The undersigned counsel hereby certifies that:**

1. On April 19, 2016, Hub Properties Trust ("*Hub*"), filed a *Motion for an Order (I) Recognizing its Recoupment Rights or (II) Granting, to the Extent Required, Relief from the Automatic Stay to Enforce Setoff Rights Against, or Possessory Security Interest in, Security Deposit, Pursuant to Sections 362(d) and 553(a) of the Bankruptcy Code, and (III) Allowing Rejection Damages Claim Pursuant to Sections 502(a) and (g)(1) and 365(g)(1) of the Bankruptcy Code* [Docket No. 101] (the "*Motion*").

2. After good-faith, arm's-length negotiations, the above-captioned Debtors have agreed to Hub obtaining relief from the automatic stay, and the Debtors and Hub (collectively, the "*Parties*") have memorialized this agreement in the proposed *Order Granting Motion of Hub Properties Trust for an Order Granting Relief from the Automatic Stay to Enforce Setoff Rights Against, or Possessory Security Interest in, Security Deposit, pursuant to Sections 362(d) and 553(a) of the Bankruptcy Code* (the "*Proposed Order*"), attached hereto as <u>Exhibit A</u>.

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Liquid Holdings Group, Inc. (2142) and Liquid Prime Holdings, LLC (2135).

3. The Parties respectfully requests the entry of the Proposed Order at the earliest convenience of the Court.

Dated:  May 4, 2016

GOLDSTEIN & MCCLINTOCK LLLP

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (No. 3320)
1201 North Orange Street, Suite 7380
Wilmington, DE 19801
(302) 444-6710
(302) 444-6709 (fax)
marias@restructuringshop.com

*Counsel for Hub Properties Trust*