# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 7 |
|  | ) |
| LIQUID HOLDINGS GROUP, INC., *et al.*, | ) Case No. 16-10202 (KG) |
|  | ) |
| Debtors.[1] | ) Jointly Administered |
|  | ) |
|  | ) **Related to Docket No. 101** |

### ORDER GRANTING MOTION OF HUB PROPERTIES TRUST FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO ENFORCE SETOFF RIGHTS AGAINST, OR POSSESSORY SECURITY INTEREST IN, SECURITY DEPOSIT, PURSUANT TO SECTIONS 362(d) AND 553(a) OF THE BANKRUPTCY CODE

Upon consideration of the *Motion for an Order (I) Recognizing its Recoupment Rights or (II) Granting, to the Extent Required, Relief from the Automatic Stay to Enforce Setoff Rights Against, or Possessory Security Interest in, Security Deposit, Pursuant to Sections 362(d) and 553(a) of the Bankruptcy Code, and (III) Allowing Rejection Damages Claim Pursuant to Sections 502(a) and (g)(1) and 365(g)(1) of the Bankruptcy Code* (the "*Motion*") [Docket No. 101], filed by Hub Properties Trust ("*Hub*"); and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the relief requested in the Motion is reasonable, fair and in the best interests of the Debtors, their estates and their creditors; and due and proper notice of the Motion having been given, and it appearing that no other or further notice is required; and after due deliberation and good cause appearing for the relief sought in the Motion, it is hereby ORDERED:

---

[1]     The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Liquid Holdings Group, Inc. (2142) and Liquid Prime Holdings, LLC (2135).

1.      Hub is granted relief from the automatic stay in order to exercise its setoff rights against, or enforce its possessory security interest in, a security deposit in the amount of $23,851.41 (the "*Security Deposit*") against its general unsecured claim for unpaid pre-petition rent and other charges and damages resulting from the rejection of that certain lease, by and between Hub and Debtor Liquid Holdings Group, Inc. (the "*Claim*").

2.      Hub does not and shall not assert against the Debtors' estates any administrative or priority claims under sections 503 or 507 of the Bankruptcy Code arising from the Petition Date through the date of the entry of this Order.

Dated: _____, 2016

_____
The Honorable Kevin Gross
United States Bankruptcy Judge