# SIGN-IN-SHEET

CASE NAME: Liquid Holdings
CASE NO.: 16-10202 (KG)

COURTROOM LOCATION: 3
DATE:        6/5/18

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ronald Gellert | Gellert Scali Busenkell & Brown | Alfred Giuliano, Chapter 7 Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

# U.S. Bankruptcy Court-Delaware
# Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
### Courtroom

Calendar Date: **06/05/2018**

Calendar Time: **11:00 AM ET**

*2nd Revision  Jun 4 2018 3:42PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Liquid Holdings Group, Inc. | 16-10202 | Hearing | 9117785 | Scott Danner | (646) 837-8530 ext. | Holwell Shuster & Goldberg, LLP | Creditor, Director Defendants / LISTEN ONLY |
| | | Liquid Holdings Group, Inc. | 16-10202 | Hearing | 9116621 | Michael K. Gocksch | (213) 229-7076 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LIVE |
| | | Liquid Holdings Group, Inc. | 16-10202 | Hearing | 9116581 | Matthew Kelsey | (212) 351-4000 ext. | Gibson Dunn | Interested Party, Gibson Dunn / LIVE |
| | | Liquid Holdings Group, Inc. | 16-10202 | Hearing | 9116606 | Keith Martorana | (212) 351-3991 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LIVE |
| | | Liquid Holdings Group, Inc. | 16-10202 (18-5015 6) | Hearing | 9111123 | Mary Augustine | (302) 598-5000 ext. | A.M. Saccullo Legal, LLC | Defendant(s), Olshan Frome Wolosky / LIVE |
| | | Liquid Holdings Group, Inc. | 16-10202 (18-5015 6) | Hearing | 9111138 | Jonathan Koevary | (212) 451-2265 ext. | Olshan Frome & Wolosky LLP | Defendant(s), Olshan Frome Wolosky / LIVE |