# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIQUID HOLDINGS GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 16-10202 (KG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee for the jointly administered Chapter 7 bankruptcy estates of Liquid Holdings Group, Inc. and Liquid Prime Holdings, LLC,<br><br>Plaintiff,<br><br>v.<br><br>(*Defendants Listed on Exhibit "A" hereto*),<br><br>Defendants. | Adv. Nos.: (*See Exhibit "A" hereto*) |

## STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY MATTERS

Alfred T. Giuliano, Chapter 7 Trustee of Liquid Holdings Group, Inc., *et al.*, plaintiff in the above-referenced cases, hereby submits this status report pursuant to the Scheduling Order.

Attached hereto is the status for the above-referenced cases associated with Liquid Holdings Group, Inc., *et al.*

*(Signature page to follow)*

---

[1] The Debtors, along with the last four digits of each reorganized debtor's tax identification number, as applicable, are: Liquid Holdings Group, Inc. (2142), Liquid Prime Holdings, LLC (2135). The address of the Debtors' corporate headquarters if 111 River Street, Ste. 1204, Hoboken, New Jersey 07030.

8848193 v1

Dated:  July 20, 2018  GELLERT SCALI BUSENKELL & BROWN LLC

*/s/ Ronald S. Gellert*
Ronald S. Gellert (DE 4259)
1201 N. Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone:  302.425.5800
Facsimile:  302.425.5814
E-mail:  rgellert@gsbblaw.com

   - and -

Michael B. Barnett
Mark Moedritzer
Ryan Foley
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone:  816.474.76550
Facsimile: 816.421.5547
E-mail:  mbarnett@shb.com
E-mail:  mmoedritzer@shb.com
E-mail:  rfoley@shb.com

*Attorneys for Plaintiff Trustee*

2

8848193 v1

**Status B:** List all cases where service is complete, but answers are still due. Provide answer due date.

| Adv. No. | Defendant(s) Name: | Answer Date | Comment |
|---|---|---|---|
| 18-50141 | Actuate Corporation | 08/17/2018 | |
| 18-50147 | David Francescani | 08/13/2018 | |
| 18-50148 | Dennis Suskind | 08/13/2018 | |
| 18-50159 | Victor Simone | 08/13/2018 | |
| 18-50160 | Walter Racquet | 08/13/2018 | |

**Status C:** List all cases where service is complete, no answer has been filed, and are making a motion or request for Default Judgment.

| Adv. No. | Defendant(s) Name: | Comment |
|---|---|---|
| 18-50139 | ACC/GP Development | Plaintiff's Request for Entry of Default was filed on July 13, 2018 [Docket No. 10]. Default Judgment was entered by the Court on July 16, 2018 [Docket No. 13]. |
| 18-50149 | Empire Discovery | Plaintiff's Request for Entry of Default was filed on July 16, 2018 [Docket No. 11]. Default Judgment was entered by the Court on July 16, 2018 [Docket No. 12]. |

**Status E:** List all cases where the adversary case has been resolved/settled, but Notice/Stipulation cannot yet be filed. Provide explanation as to why Notice/Stipulation of Dismissal has not been filed and date when Notice/Stipulation of Dismissal is expected to be filed.

| Adv. No. | Defendant(s) Name: | Comment |
|---|---|---|
| 18-50140 | Activ Financial | This matter is settled and documented. The Plaintiff intends to file a motion seeking approval of the settlement once the settlement is approved and is fully resolved. |
| 18-50142 | Bloomberg Finance LP | This matter is settled and is being documented. The Plaintiff intends to file a motion seeking approval of the settlement once the settlement is approved and is fully resolved. |

8848193 v1

| Adv. No. | Defendant(s) Name: | Comment |
|---|---|---|
| 18-50143 | Ballard Spahr LLP | This matter is settled and is being documented. The Plaintiff intends to file a motion seeking approval of the settlement once the settlement is approved and is fully resolved. |
| 18-50145 | Blue Shirt Group, The | This matter is settled and documented. The Plaintiff intends to file a motion seeking approval of the settlement once the settlement is approved and is fully resolved. |
| 18-50146 | DataArt Solutions, Inc. | This matter is settled and documented. The Plaintiff intends to file a motion seeking approval of the settlement once the settlement is approved and is fully resolved. |
| 18-50153 | Ipreo Data Inc. | This matter is settled and documented. The Plaintiff intends to file a motion seeking approval of the settlement once the settlement is approved and is fully resolved. |
| 18-50155 | Lyons Benenson & Company, Inc. | This matter is settled and documented. The Plaintiff intends to file a motion seeking approval of the settlement once the settlement is approved and is fully resolved. |

**Status F:**    List all cases where service is complete, answer has been filed, discovery / disclosures are underway, and expected date of completion of discovery / disclosure.

| Adv. No. | Defendant(s) Name: | Discovery End Date | Comment |
|---|---|---|---|
| 18-50144 | Crystal & Company | 10/31/2018 | Plaintiff anticipates serving discovery on Defendant on or before September 15, 2018. |
| 18-50151 | Gibson, Dunn & Crutcher LLP | TBD | Defendant filed a Motion to Dismiss on 04/10/2018. Plaintiff filed his response on 07/02/2018. Discovery is stayed until the Motion to Dismiss is fully briefed and decided on by the Court. |

| 18-50156 | Olshan Frome Wolosky LLP | 10/31/2018 | Plaintiff anticipates serving discovery on Defendant on or before September 15, 2018. |

8848193 v1