# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIQUID HOLDINGS GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 16-10202 (KG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee for the jointly administered Chapter 7 bankruptcy estates of Liquid Holdings Group, Inc. and Liquid Prime Holdings, LLC,<br><br>Plaintiff,<br><br>v.<br><br>(*Defendants Listed on Exhibit "A" hereto*),<br><br>Defendants. | Adv. Nos.: (*See Exhibit "A" hereto*) |

## STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY MATTERS

Alfred T. Giuliano, Chapter 7 Trustee of Liquid Holdings Group, Inc., *et al.*, plaintiff in the above-referenced cases, hereby submits this status report pursuant to the Scheduling Order.

Attached hereto is the status for the above-referenced cases associated with Liquid Holdings Group, Inc., *et al.*

*(Signature page to follow)*

---

[1] The Debtors, along with the last four digits of each reorganized debtor's tax identification number, as applicable, are: Liquid Holdings Group, Inc. (2142), Liquid Prime Holdings, LLC (2135). The address of the Debtors' corporate headquarters if 111 River Street, Ste. 1204, Hoboken, New Jersey 07030.

Dated: September 4, 2018

GELLERT SCALI BUSENKELL & BROWN LLC

*/s/ Ronald S. Gellert*
Ronald S. Gellert (DE 4259)
1201 N. Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: 302.425.5800
Facsimile: 302.425.5814
E-mail: rgellert@sgbblaw.com

- and -

Michael B. Barnett
Mark Moedritzer
Ryan Foley
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.76550
Facsimile: 816.421.5547
E-mail: mbarnett@shb.com
E-mail: mmoedritzer@shb.com
E-mail: rfoley@shb.com

*Attorneys for Plaintiff Trustee*

8903211 v1

**Status B:** List all cases where service is complete, but answers are still due. Provide answer due date.

| Adv. No. | Defendant(s) Name: | Answer Date | Comment |
|---|---|---|---|
| 18-50141 | Actuate Corporation | 09/12/2018 | |
| 18-50147 | David Francescani | 09/13/2018 | |
| 18-50148 | Dennis Suskind | 09/13/2018 | |
| 18-50159 | Victor Simone | 09/13/2018 | |
| 18-50160 | Walter Racquet | 09/13/2018 | |

**Status E:** List all cases where the adversary case has been resolved/settled, but Notice/Stipulation cannot yet be filed. Provide explanation as to why Notice/Stipulation of Dismissal has not been filed and date when Notice/Stipulation of Dismissal is expected to be filed.

| Adv. No. | Defendant(s) Name: | Comment |
|---|---|---|
| 18-50140 | Activ Financial | This matter is settled and documented. The Plaintiff intends to file a motion seeking approval of the settlement once the settlement is approved and is fully resolved. |
| 18-50142 | Bloomberg Finance LP | This matter is settled and documented. The Plaintiff intends to file a motion seeking approval of the settlement once the settlement is approved and is fully resolved. |
| 18-50143 | Ballard Spahr LLP | This matter is settled and documented. The Plaintiff intends to file a motion seeking approval of the settlement once the settlement is approved and is fully resolved. |
| 18-50145 | Blue Shirt Group, The | This matter is settled and documented. The Plaintiff intends to file a motion seeking approval of the settlement once the settlement is approved and is fully resolved. |
| 18-50146 | DataArt Solutions, Inc. | This matter is settled and documented. The Plaintiff intends to file a motion seeking approval of the settlement once the settlement is approved and is fully resolved. |

8903211 v1

| 18-50153 | Ipreo Data Inc. | This matter is settled and documented. The Plaintiff intends to file a motion seeking approval of the settlement once the settlement is approved and is fully resolved. |
| 18-50155 | Lyons Benenson & Company, Inc. | This matter is settled and documented. The Plaintiff intends to file a motion seeking approval of the settlement once the settlement is approved and is fully resolved. |
| 18-50158 | Trinet | This matter is settled and documented. The Plaintiff intends to file a motion seeking approval of the settlement once the settlement is approved and is fully resolved. |

**Status F:** List all cases where service is complete, answer has been filed, discovery / disclosures are underway, and expected date of completion of discovery / disclosure.

| Adv. No. | Defendant(s) Name: | Discovery End Date | Comment |
| --- | --- | --- | --- |
| 18-50144 | Crystal & Company | 10/31/2018 | Plaintiff anticipates serving discovery on Defendant on or before September 15, 2018. |
| 18-50151 | Gibson, Dunn & Crutcher LLP | TBD | Defendant has filed a Motion to Dismiss, which was fully briefed as of August 15, 2018. No discovery has yet been taken by the parties, and it is expected that the parties will ask the Court to stay discovery until after a ruling on the Motion to Dismiss. |
| 18-50156 | Olshan Frome Wolosky LLP | 10/31/2018 | Plaintiff anticipates serving discovery on Defendant on or before September 15, 2018. |

8903211 v1