# EXHIBIT A

| | |
|---|---|
| ACTIV FINANCIAL SYSTEMS | Adversary Pro. No. 18-50140 (KG) |
| ACTUATE CORPORATON | Adversary Pro. No. 18-50141 (KG) |
| BLOOMBERG FINANCE LP | Adversary Pro. No. 18-50142 (KG) |
| BALLARD SPAHR LLP | Adversary Pro. No. 18-50143 (KG) |
| BLUE SHIRT GROUP LLC, THE | Adversary Pro. No. 18-50145 (KG) |
| DATAART SOLUTIONS, INC. | Adversary Pro. No. 18-50146 (KG) |
| IPREO DATA INC. | Adversary Pro. No. 18-50153 (KG) |
| LYONS BENENSON & COMPANY, INC. | Adversary Pro. No. 18-50155 (KG) |
| TRINET | Adversary Pro. No. 18-50158 (KG) |
| AMERICAN EXPRESS | Adversary Pro. No. 18-50163 (KG) |