# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIQUID HOLDINGS GROUP, INC., *et al.*,[1]<br><br>*Debtors*. | Chapter 7<br><br>Case No. 16-10202 (KG)<br><br>Re: D.I. No. 230 |

### JOINDER OF ROBERT D. KELLER
### TO MOTION FOR ORDER AUTHORIZING ADVANCEMENT
### BY INSURER OF DEFENSE COSTS OF INSURED INDIVIDUALS
### PURSUANT TO D&O LIABILITY INSURANCE POLICY

Robert D. Keller, by his undersigned counsel, respectfully submits this joinder to the motion ("Motion") of Darren Davy, Brian Ferdinand, David Francescani, Peter R. Kent, Thomas Ross, Richard Schaeffer, Kenneth D. Shifrin, Victor Simone, Jr., Brian M. Storms, Dennis Suskind, Jay Bernstein, and Allan Zavarro (the "Moving Insureds"), pursuant to section 362(d) of the Bankruptcy Code, 11 U.S.C. § 362(d), for entry of an order granting relief from the automatic stay to the extent necessary to permit their insurer, Starr Indemnity & Liability Company ("Starr"),[2] to follow the express terms of the Starr Policy by advancing Defense Costs, Insured Inquiry Costs, and/or Settlement Payments incurred and to be incurred in the future, in connection with investigations and litigations against the Moving Insureds related to debtor Liquid Holdings Group, Inc.

---

[1] The Debtors are the following entities (the last four digits of their taxpayer identification numbers follow in parentheses): Liquid Holdings Group, Inc. (2142) and Liquid Prime Holdings, LLC (2135)

[2] Capitalized terms not defined in this joinder have the meanings provided in the Motion, including to the extent the Motion incorporates defined terms from the Starr Policy. The Starr Policy is described in paragraphs 8-18 of the Motion.

Mr. Keller supports the Motion and entry of an order in the form provided by the Moving Insureds and joins the Motion because Mr. Keller is also an Insured Individual within the meaning provided in the Starr Policy. In common with the Moving Insureds, Mr. Keller has been named as a defendant in the Adversary Proceeding, *Giuliano v. Ferdinand (In re Liquid Holdings Group, Inc.)*, Adv. Proc. No. 17-50662 (Bankr. D. Del.). In addition, Mr. Keller was named as a defendant in *DeVito v. Liquid Holdings Group, Inc.*, No. 2:15-cv-06969 (D.N.J.), but plaintiffs in that action dropped their claims against him in their second amended complaint.

In accordance with a prior orders of this Court [D.I. 124 and 145], AXIS Insurance Company advanced Defense Costs on Mr. Keller's behalf under the primary policy. The form of order submitted by the Moving Insureds in connection with the Motion would permit Starr to advance Defense Costs, Insured Inquiry Costs, and Settlement Payments on Mr. Keller's behalf in connection with the Adversary Proceeding and the *DeVito* action, subject to the terms and conditions of the Starr Policy, because Mr. Keller is an Insured Individual under the Starr Policy.

Based on the foregoing, Mr. Keller has no objection to this Court granting the relief requested in the Motion provided that such relief applies with equal force to all Insured Individuals under the Starr Policy, not just the Moving Insureds, as the form of order provides.

Dated: Wilmington, Delaware
   November 9, 2018

**DLA PIPER LLP (US)**

Of Counsel:

By:  */s/ R. Craig Martin*
   R. Craig Martin (DE 5032)

John J. Clarke Jr. (admitted *pro hac vice*)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: 212.335.4500
Facsimile: 212.335.4501
Email: john.clarke@dlapiper.com

1201 North Market Street, Suite 2100
Wilmington, DE 19801-3046
Telephone: 302.468.5700
Facsimile: 302. 394.2341
Email: craig.martin@dlapiper.com

*Attorneys for Robert D. Keller*