# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIQUID HOLDINGS GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 16-10202 (KG)<br>(Jointly Administered)<br><br>RE:234 |

## ORDER GRANTING THE CHAPTER 7 TRUSTEE'S SECOND OMNIBUS MOTION FOR AN ORDER APPROVING SETTLEMENTS OF AVOIDANCE ACTIONS PURSUANT TO FED. R. BANKR. P. 9019

Upon consideration of the *Chapter 7 Trustee's Second Omnibus Motion for an Order Approving Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019* (the "Motion")[2] the Court having reviewed the Motion, and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and reference from the District Court pursuant to 28 U.S.C. § 157; (b) notice of the Motion and the hearing was sufficient under the circumstances; and (c) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Settlement Agreements attached to the Motion are hereby approved.

3. The Trustee is hereby authorized to take all actions necessary or desirable to effectuate the Settlement Agreements.

---

[1] The Debtors, along with the last four digits of each reorganized debtor's tax identification number, as applicable, are: Liquid Holdings Group, Inc. (2142), Liquid Prime Holdings, LLC (2135). The address of the Debtors' corporate headquarters if 111 River Street, Ste. 1204, Hoboken, New Jersey 07030.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

9029014 v1

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: December 13th, 2018**
**Wilmington, Delaware**
90290141v1

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**