# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIQUID HOLDINGS GROUP, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 16-10202 (KG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee for the jointly administered Chapter 7 bankruptcy estates of Liquid Holdings Group, Inc. and Liquid Prime Holdings, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACC/GP DEVELOPMENT,<br><br>Defendant. | Adv. Pro. No.:  18-50139 (KG) |

## STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY MATTERS

Alfred T. Giuliano, Chapter 7 Trustee of Liquid Holdings Group, Inc., *et al.*, plaintiff in the above-referenced cases, hereby submits this status report pursuant to the Scheduling Order.

Attached hereto is the status for the above-referenced cases associated with Liquid Holdings Group, Inc., *et al.*

*(Signature page to follow)*

---

[1] The Debtors, along with the last four digits of each reorganized debtor's tax identification number, as applicable, are: Liquid Holdings Group, Inc. (2142), Liquid Prime Holdings, LLC (2135).  The address of the Debtors' corporate headquarters if 111 River Street, Ste. 1204, Hoboken, New Jersey 07030.

4834-7617-4743 v1

| | |
|---|---|
| Dated:  June 11, 2019 | GELLERT SCALI BUSENKELL & BROWN LLC |

    */s/  Ronald S. Gellert*
Ronald S. Gellert (DE 4259)
1201 N. Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone:  302.425.5800
Facsimile:  302.425.5814
E-mail:  rgellert@sgbblaw.com

  - and -

Michael B. Barnett
Mark Moedritzer
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone:  816.474.76550
Facsimile: 816.421.5547
E-mail:  mbarnett@shb.com
E-mail:  mmoedritzer@shb.com

*Attorneys for Plaintiff Trustee*

2

4834-7617-4743 v1

**Status E:** List all cases where the adversary case has been resolved/settled, but Notice/Stipulation of Dismissal cannot yet be filed. Provide explanation as to why Notice/Stipulation of Dismissal has not been filed and date when Notice/Stipulation of Dismissal is expected to be filed.

| Adv. No. | Defendant(s) Name: | Comment |
| --- | --- | --- |
| 18-50139 | ACC/GP Development | This matter is resolved and documented.  The Plaintiff filed his motion seeking approval of the settlement on April 29, 2019 [Doc. No. 251] which was approved on May 17, 2019 [Doc. No. 255].  Plaintiff filed a Motion to Set Aside Default Judgment on June 10, 2019 [Doc. 27].  Plaintiff will file a dismissal once the matter is fully resolved. |