**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| LIQUID HOLDINGS GROUP, INC., *et al.*,[1] | Case No. 16-10202 (KG) (Jointly Administered) |
| Debtors. | **Objection Deadline:  June 21, 2019 at 4:00 pm** |

**FEE NOTICE OF JNR ADJUSTMENT COMPANY, INC.**

PLEASE TAKE NOTICE that pursuant to the *ORDER AUTHORIZING EMPLOYMENT AND COMPENSATION OF JNR ADJUSTMENT COMPANY, INC. AS ACCOUNTS RECEIVABLE COLLECTION AGENCY*, entered on May 28, 2019 [Docket No. 259] (the "JNR Compensation Order"), JNR Adjustment Company, Inc. ("JNR") is seeking payment of $1,950.00 (15% commission (the "Commission")) *pursuant to the sharing agreement with contingency counsel. (30% contingent fee for a gross recovery of a post-judgment collection)* in connection with the collection of $13,000.00 from ACC/GP Development (Group Pacific Management, Inc.), which was due to the Debtors.

PLEASE TAKE FURTHER NOTICE that objections to the payment of the Commission must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"), on or before **June 21, 2019 at 4:00 p.m. ET** (the "Objection Deadline").  At the same time, you must also serve a copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Liquid Holdings Group, Inc. (2142) and Liquid Prime Holdings, LLC (2135).

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on this Fee Notice will be held at a date to be determined.

PLEASE TAKE FURTHER NOTICE that if no objection is timely filed in accordance with the procedures set forth above, the Trustee is authorized to pay JNR the Commission without further notice or hearing.

Dated:  June 11, 2019

*/s/ S. Alexander Faris*
David W. Carickhoff (No. 3715)
S. Alexander Faris (No. 6278)
ARCHER & GREINER, P.C.
300 Delaware Ave., Suite 1100
Wilmington, DE  19801
Phone: (302) 777-4350
Fax: (302) 777-4352
E-mail: dcarickhoff@archerlaw.com
            afaris@archerlaw.com

*Counsel to Alfred T. Giuliano, Ch. 7 Trustee*