# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LIQUID HOLDINGS GROUP, INC., *et al.*,[1] | Case No. 16-10202 (BLS) (Jointly Administered) |
| Debtors. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 28, 2020 AT 9:30 A.M.

**THIS HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT AS NO MATTERS ARE GOING FORWARD**

**UNCONTESTED MATTERS FOR WHICH AN ORDER HAS BEEN ENTERED**

1. Fourth Interim Application of Archer & Greiner, P.C. for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Chapter 7 Trustee (filed April 24, 2020) [Dkt. No. 292]

    Response Deadline:   May 11, 2020.

    Response Received:   None.

    Related Documents:

    a.   Certificate of No Objection (filed May 13, 2020) [Dkt. No. 294]

    b.   Order Approving Fourth Interim Application of Archer & Greiner, P.C. for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Chapter 7 Trustee (entered May 13, 2020) [Dkt. No. 295]

    Status: An Order has been entered.  No hearing is necessary

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Liquid Holdings Group, Inc. (2142) and Liquid Prime Holdings, LLC (2135).

2. Chapter 7 Trustee's Motion for Approval to Abandon and Destroy Certain Records and Documents (filed April 29, 2020) [Docket No. 293]

<u>Response Deadline</u>:   May 13, 2020.

<u>Response Received</u>:   None

<u>Related Documents</u>:

a. Certificate of No Objection (filed May 15, 2020) [Dkt. No. 296]

b. Order Approving Chapter 7 Trustee's Motion for Approval to Abandon and Destroy Certain Records and Documents (entered May 15, 2020) [Dkt. No. 297]

<u>Status</u>: An Order has been entered. No hearing is necessary.

Dated: May 18, 2020

**ARCHER & GREINER, P.C.**

<u>/s/ David W. Carickhoff</u>
David W. Carickhoff (No. 3715)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
E-mail: dcarickhoff@archerlaw.com

*Counsel for the Ch. 7 Trustee*

218562422v1