**EXHIBIT 1**

**Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| LIQUID HOLDINGS GROUP, INC., *et al*.[1] | Case No. 16-10202 (BLS)<br>(Jointly Administered) |
| Debtors. | |

**DECLARATION OF ALFRED T. GIULIANO IN SUPPORT OF CHAPTER 7 TRUSTEE'S FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO (REDUCED; MODIFIED; AND NO LIABILITY) CLAIMS PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3001, 3002, 3003 AND 3007 AND LOCAL RULE 3007-1**

Pursuant to 28 U.S.C § 1746, I, Alfred T. Giuliano, declare as follows:

1. I am the chapter 7 trustee (the "Trustee") of the jointly administered estates of Liquid Holdings Group, Inc., *et al.* (the "Debtors"). As such, I am generally familiar with these chapter 7 cases and these estates.

2. The Trustee's ongoing claims reconciliation and objection process involves the collective effort of my trustee staff, employees of Giuliano Miller & Company, as well as the Trustee's counsel, Archer & Greiner, P.C.

3. I have reviewed the *Chapter 7 Trustee's First Omnibus (Substantive) Objection to (Reduced; Modified; and No Liability) Claims Pursuant To 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3001, 3002, 3003 and 3007 and Local Rule 3007-1* (the "Objection")[2] and the proposed order (the "Proposed Order") and its exhibits. My trustee staff carefully reviewed the claims register and the claims which are the subject of the Objection. The facts in this Declaration are based upon

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Liquid Holdings Group, Inc. (2142) and Liquid Prime Holdings, LLC (2135).
[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to such terms in the Objection.

my personal knowledge and review of the foregoing information. If called to testify, I would testify to the facts set forth herein.

4. As set forth above, my trustee staff carefully reviewed each of the claims or requests identified in the Objection and the facts and circumstances set forth in the Objection regarding such claims or requests. Based on this review, and upon consultation with the Trustee's counsel, I submit that the facts and circumstances set forth in the Objection are true and accurate to the best of my knowledge, information, and belief, and that the claims or requests listed on **Exhibits "A", "B", and "C"** attached to the Proposed Order should be reduced, reclassified, modified and/or disallowed, as set forth in the Objection.

**A. Reduced Claims**

1. To the best of my knowledge information and belief, the Reduced Claims listed on **Exhibit A** to the Proposed Order are claims that include amounts that are not liabilities of the Debtors' estates. My staff and/or my professionals have reviewed the Reduced Claims, the related supporting documentation provided by each applicable claimant, if any, and have determined that such Reduced Claims assert amounts that are not liabilities of the Debtors' estates and/or are not supported. Therefore, the Recduced Claims should be reduced and allowed to the amounts set forth in the "Modified Claim Amount" column of **Exhibit A** to the Proposed Order, for the reasons set forth on **Exhibit A.**

**B. Modified Claims**

1. To the best of my knowledge information and belief, the claims listed on **Exhibit B** to the Proposed Order filed with the Objection (i) assert that a portion, or all, of their claims are entitled to priority status under the Bankruptcy Code, (ii) failed to indicate that a portion of their claims are entitled to priority status under the Bankruptcy Code, or (iii) were stated in currency that is not U.S. Dollars. My staff and/or my professionals have reviewed the Modified Claims, the

related supporting documentation provided by each applicable claimant, if any, and have modified the claims such that: (i) the claim is now stated in U.S. Dollars in the "Modified Claim Amount" column of **Exhibit B** to the Proposed Order, and/or (ii) the appropriate portion of the claim entitled to priority treatment under the Bankruptcy Code is stated in the "Modified Claim Amount" column of **Exhibit B** to the Proposed Order. A further explanation of the basis for the proposed modifications of such Modified Claims is set forth on **Exhibit B** to the Proposed Order in the column titled "Reason for Reclassification or Modification." Therefore, the Modified Claims should be modified in whole or in part as set forth in the "Modified Claim Amount" column of **Exhibit B**.

**C. No Liability Claims**

2. To the best of my knowledge information and belief, the No Liability Claims listed in **Exhibit C** to the Proposed Order are claims that are not liabilities of the Debtors' estates and/or are unliquidated and/or contingent. My staff and/or my professionals have reviewed the No Liability Claims, the related supporting documentation provided by each applicable claimant, if any, and have determined that such No Liability Claims assert amounts that are not liabilities of the Debtors' estates and have no basis based upon a review of the Debtors' books and records. Therefore, the No Liability Claims should be disallowed.

[SIGNATURE ON NEXT PAGE]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: December 6, 2021
Voorhees, New Jersey

Alfred T. Giuliano

222663036v1