**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| LIQUID HOLDINGS GROUP, INC. et al.,[1] | : | Case No. 16-10202 (BLS) |
| | : | |
| Debtors. | : | **Hearing Date: To be Heard w/TFR** |
| | : | **Objection Deadline: TBD** |

**SECOND AND FINAL FEE APPLICATION OF GIULIANO MILLER AND COMPANY, LLC, AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD (I) NOVEMBER 1, 2019 THROUGH JANUARY 10, 2022 AND (II) THE FINAL PERIOD MARCH 1, 2016 THROUGH JANUARY 10, 2022**

| | |
|---|---|
| Name of Applicant: | Giuliano Miller and Company, LLC. |
| Authorized to Provide Professional Services to: | Alfred T. Giuliano, Chapter 7 Trustee |
| Date of Retention: | April 1, 2016, *nunc pro tunc* to March 1, 2016 |
| Interim Period for which compensation and reimbursement is sought: | November 1, 2019 through January 10, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary for the Interim Period: | $ 28,585.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary for the Interim Period: | $      177.39 |
| Final period for which compensation and reimbursement is sought: | March 1, 2016 through January 10, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary for the Final Period: | $ 365,910.75 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary for the Interim Period: | $    2,455.74 |

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Liquid Holdings Group, Inc. (2142) and Liquid Prime Holdings, LLC (2135). The Debtors' mailing address is P.O. Box 2114, Hoboken, New Jersey 07030.

1

This is a: ___ interim        X    Final application

*Cumulative fees for fee application preparation total $18,139.00, or 4.9% of total fees.*

## FEE APPLICATION HISTORY:

| | | REQUESTED: | | APPROVED: | |
|---|---|---|---|---|---|
| Date Filed: | Period Covered: | Fees: | Expenses: | Fees: | Expenses: |
| 11/18/19 | 03/01/16 – 10/31/19 | $337,325.25 | $2,278.35 | $337,325.25 | $2,278.35 |

**ATTACHMENT B – LOCAL FORM 102/RULE 2016-2**
**COMPENSATION BY PROFESSIONAL**
**NOVEMBER 1, 2019 THROUGH JANUARY 10, 2022**

| Name of Professional | Position of Applicant/ Certifications | BS/BA Degree | Total Hours Billed | Hourly Rate ($) | Gross Amount ($) | Adjustment ($) | Net Amount ($) |
|---|---|---|---|---|---|---|---|
| Alfred T. Giuliano | Member<br>CPA, CIRA, CFE, CDBV | 1978 | 1.7 | 695 | 1,181.50 | 0.00 | 1,181.50 |
| Donna M. Miller | Manager<br>CPA/CFF, CIRA, MBA, CDBV | 1980 | 10.2<br>0.8<br>7.0 | 495<br>520<br>545 | 5,049.00<br>416.00<br>3,815.00 | 0.00<br>0.00<br>0.00 | 5,049.00<br>416.00<br>3,815.00 |
| Robert L. Edwards | Manager<br>CIRA | 1980 | 15.9<br>0.7<br>1.7 | 495<br>520<br>545 | 7,870.50<br>364.00<br>926.50 | 0.00<br>0.00<br>0.00 | 7,870.50<br>364.00<br>926.50 |
| Dana M. Roach | Senior Staff | 2000 | 0.2 | 450 | 90.00 | 0.00 | 90.00 |
| Michael G. Infanti | Senior Staff<br>CPA, CIRA, CFE, CDBV | 2003 | 0.2<br>4.7<br>10.4 | 425<br>450<br>475 | 85.00<br>2,115.00<br>4,940.00 | 0.00<br>0.00<br>0.00 | 85.00<br>2,115.00<br>4,940.00 |
| Bradley T. Giuliano | Staff<br>MBA, CIRA | 2011 | 1.9<br>0.2 | 325<br>350 | 617.50<br>70.00 | 0,00<br>0.00 | 617.50<br>70.00 |
| Donna M. Dileo | Para-Professional | n/a | 0.7<br>1.5 | 225<br>240 | 157.50<br>360.00 | 0.00<br>0.00 | 157.50<br>360.00 |
| Theresa A. Campbell | Para-Professional | n/a | 2.2 | 240 | 528.00 | 0.00 | 528.00 |
| **TOTAL:** | | | **-**<br>**60.0** | **-** | **$28,585.50** | **$0.00** | **$28,585.50** |

**ATTACHMENT B – LOCAL FORM 102/RULE 2016-2**
**COMPENSATION BY PROJECT CATEGORY**
**NOVEMBER 1, 2019 THROUGH JANUARY 10, 2022**

|  | PROJECT CATEGORY | TOTAL HOURS | GROSS FEES ($) | ADJUST. ($) | NET FEES ($) |
|---|---|---|---|---|---|
| 1. | **951-Case Background/ Administration** Prepare motion to employ, review case documents, and review case status. | 1.1 | 563.00 | 0.00 | 563.00 |
| 2. | **955-Fee Applications** – Prepare firm's fee applications. | 14.6 | 7,457.00 | 0.00 | 7,457.00 |
| 3. | **958-Accounting** – Perform general accounting and financial analysis of Debtor's assets and liabilities. | 3.2 | 1,396.00 | 0.00 | 1,396.00 |
| 4. | **962-Tax Preparation and Services** – Review and respond to various tax notices (including income, payroll, sales and use), prepare and file returns, provide tax advisory services. | 22.8 | 10,455.50 | 0.00 | 10,455.50 |
| 5. | **977 – Due Diligence** – Provide accounting support in sale processes, and information to prospective buyers including data room setup. | 18.3 | 8,714.00 | 0.00 | 8,714.00 |
|  | **Total:** | **60.0** | **$28,585.50** | **$0.00** | **$28,585.50** |

**ATTACHMENT B - LOCAL FORM 102/RULE 2016-2**
**EXPENSE SUMMARY**
**NOVEMBER 1, 2019 THROUGH JANUARY 10, 2022**

| EXPENSE CATEGORY | SERVICE PROVIDER/ DESCRIPTION | TOTAL EXPENSES ($) |
|---|---|---:|
| Computer Assisted Legal Research | Pacer _ pages @ $.10 each | 0.00 |
| Facsimile | @ $1 each | 0.00 |
| Long Distance Telephone | | 0.00 |
| In-house Copying | 1,234 copies @ $.10 each | 123.40 |
| Outside Copying | | 0.00 |
| Local Travel | | 0.00 |
| Out-of-Town Travel | | 0.00 |
| Courier & Express Carriers | Federal Express | 17.24 |
| Postage/Certified Mail | | 36.75 |
| Tax Authorization Fees | | 0.00 |
| Supplies | | 0.00 |
| | | |
| **Grand Total:** | | **$117.39** |

5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| LIQUID HOLDINGS GROUP, INC. et al.,[1] | : | Case No. 16-10202 (BLS) |
| | : | |
| Debtors. | : | **Hearing Date: To be Heard w/TFR** |
| | : | **Objection Deadline: TBD** |

**SECOND AND FINAL FEE APPLICATION OF GIULIANO MILLER AND COMPANY, LLC, AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD (I) NOVEMBER 1, 2019 THROUGH JANUARY 10, 2022 AND (II) THE FINAL PERIOD MARCH 1, 2016 THROUGH JANUARY 10, 2022**

Pursuant to Sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Del. Bankr. LR 2016 - 2, Giuliano Miller and Company, LLC ("GMCO") files this Application for an Order Granting Second and Final Fee Application of Giuliano Miller and Company, LLC, as Accountants and Financial Advisors to the Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses for the Period (I) November 1, 2019 through January 10, 2022 and (II) the Final Period March 1, 2016 through January 10, 2022 (the "Application"), in support thereof states:

**Background**

1.  On January 27, 2016, (the "Petition Date"), Liquid Holdings Group, Inc., et al., (the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court"), which are being jointly

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Liquid Holdings Group, Inc. (2142) and Liquid Prime Holdings, LLC (2135). The Debtors' mailing address is P.O. Box 2114, Hoboken, New Jersey 07030.

administered as Case No. 16-10202 (KG) (the "Bankruptcy Cases"). On February 25, 2016, the Bankruptcy Cases were converted to a case under chapter 7 of the Bankruptcy Code [Docket No. 56].

2.  On March 1, 2016, the United States Trustee for Region Three appointed Alfred T. Giuliano as the Chapter 7 Trustee. The Trustee has accepted this appointment, has qualified and is acting in that capacity.

3.  On March 11, 2016, the Trustee filed with the Court an Application for Order Authorizing the Employment of and Retention of Giuliano Miller and Company, LLC ("GMCO") to serve as accountants and financial advisors for the Trustee. On April 1, 2016, this Court signed an Order approving employment of GMCO as accountants and financial advisors (the "Retention Order") *nunc pro tunc* to March 1, 2016 (Docket No. 88). The Retention Order authorizes GMCO to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses it incurred.

4.  At all relevant times, GMCO has been a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code and has not represented nor held any interest adverse to these estates.

5.  Except as noted above, no payments have heretofore been made or promised to GMCO for services rendered or to be rendered in any capacity whatsoever in connection with these cases. There is no agreement or understanding between GMCO and any other person other than among the members of GMCO for the sharing of compensation to be received for services rendered in these cases.

6.  The employees of GMCO who have rendered professional services in these cases during the Application Period are included in **Attachment B** of this Application, which form

is included directly behind the cover sheet of this Application. In conformance with the employment application, the terms of GMCO's employment are as follows: GMCO charges accounting fees on an hourly basis at its normal and customary hourly rates, which are set in accordance with each accountant's position, seniority and expertise. For each professional, years of professional experience, hourly rate and total hours of service rendered are detailed in **Attachment B** of this Application.

7. During the period covered by this Application, GMCO provided accounting services to the Trustee in connection with the estates of the Debtors. The services performed by GMCO on behalf of the Trustee include, without limitation, the following:

a. Reviewed for potential tax carrybacks.

b. Prepared tax trial balances and the Form 1120, U.S. Income Tax Return for Corporations, for the tax periods ended December 31st for years 2019, 2020 and the short year ended August 31, 2021 (Final). The returns were reviewed. The related 505(b) letters were also prepared and mailed.

c. Continued to provide due diligence to the Trustee with the transfer of the Debtor's software.

8. The nature of the work performed by GMCO is fully detailed in the billing entries kept by each accountant and paraprofessional. The detailed billing entries are attached hereto and made a part hereof as **Exhibit "A"**. In accordance with Del. Bankr. L.R. 2016-2, a summary and breakdown by project category of the services performed is set forth in **Attachment B** located directly behind the coversheet of this Application. The fees for travel time have been reduced by one half in accordance with Del. Bankr. L.R. 2016-2, and this adjustment is reflected in the net fees on **Attachment B (no travel time incurred during the Interim Period)**.

9.      GMCO charged its normal hourly rates for work of this type. The reasonable value of the services rendered by GMCO to the Trustee for the Application Period is $28,585.50, after an adjustment to reflect travel time at ½ of the normal hourly rate (**none incurred**).

10.     In accordance with Del. Bankr. L.R. 2016-2, a summary of actual and necessary expenses incurred by GMCO for the Application Period is also set forth in **Attachment B**. GMCO adjusted the copying costs to comport with the Court's allowance of $.10 per page. Furthermore, detailed breakdowns of the expenses follow the detailed billing entries and are attached hereto and made a part hereto as **Exhibit "A"**.

11.     In accordance with Del. Bankr. L.R. 2016-2, GMCO certifies that this Application complies with the Local Rules. See Certification of Donna M. Miller, CPA attached hereto as **Exhibit "B".**

## Relief Requested

1.      GMCO seeks an allowance and payment of $28,585.50 in fees and reimbursement of $177.39 in actual expenses for the Interim Period. GMCO also seeks final approval of fees and expenses previously approved by the Court on an interim basis as shown above in the Fee Application History. Together for the Final Period, GMCO seeks approval of all fees totaling $365,910.75 and reimbursement of expenses totaling $2,455.74.

2.      Pursuant to Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by GMCO for its accounting fees and costs is fair and reasonable given (a) the complexity of the case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title. See 11 U.S.C. § 330. Furthermore, the request for reimbursement of expenses is for actual disbursements made by GMCO.

3.      The Court is authorized to award compensation and allow an interim distribution of the compensation pursuant to 11 U.S.C. § 331.

**WHEREFORE**, GMCO respectfully requests that the Court enter the Order submitted herewith granting GMCO, for the Interim Period an allowance of $28,585.50 as compensation for actual and necessary accounting services rendered, and $77.39 for reimbursement of actual expenses for a total of $28,762.89, and that sum be authorized for payment, as well as granting final approval of GMCO's final fees in the sum of $365,910.75 and reimbursement of expenses in the sum of $2,455.74 for a total of $368,366.49, and grant such other and further relief as this Court may deem just and proper.

**GIULIANO MILLER AND COMPANY, LLC**

Dated: January 11, 2022            By: _____/s/ Donna M. Miller_____
                                       Donna M. Miller, CPA


Accountants and Financial Advisors for Alfred T. Giuliano, Chapter 7 Trustee for the estates of Liquid Holdings Group, Inc. et al.