# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: LIQUID HOLDINGS GROUP INC. | § Case No. 16-10202-BLS |
| | § |
| f/k/a Liquid Holdings Group, LLC | § |
| Debtor(s) | § |

## *PARTIAL* TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Pioneer Funding Group III, LLC | Ganean Ganika Gordon |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim #: 4 (4P / 4U)
    (50% beneficial interest)
Amount of Claim: $44,722.00
Date Claim Filed: 03/06/2016

Pioneer Funding Group III, LLC
232 W. 116th St.
P.O. Box 1735
New York, NY 10026

Phone: (646) 237-6969

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Adam D. Stein-Sapir          Date: 03/28/2022
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court ("Court")
District of Delaware
Attn: Court Clerk

AND TO:  Liquid Holdings Group, Inc., et al., (Case No. 16-10202)

Claim # 4

GANEAN GANIKA GORDON ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Pioneer Funding Group, LLC
Greeley Square Station, PO Box 20188
New York, NY 10001

its successors, assigns or designees ("Assignee"), pursuant to the terms of an Assignment of Claim Agreement between Assignor and Assignee, all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, any and all claims, including Claim Number 4 (the "Claim") against Liquid Holdings Group, Inc., et al., (the "Debtor"), Debtor in Chapter 7 proceedings for liquidation in the United States Bankruptcy Court for the District of Delaware (the "Court"), Case No. 16-10202, and the relevant portion of any and all proofs of claim filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

The Debtor, Court, claims agent and all other interested parties are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claim and recognizing the Assignee as the sole owner and holder of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on 28 day of February, 2020.

GANEAN GANIKA GORDON
_Ganean Gordon_
(Signature)

Ganean Gordon
(Print Name)

Assignor
(Title)

PIONEER FUNDING GROUP, LLC
_[signature]_
(Signature)

Adam Stein-Sapir
(Print Name)

Manager
(Title)