UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:
LIQUID HOLDINGS GROUP INC.
*f/k/a Liquid Holdings Group, LLC*

Debtor.

Chapter 7
Case No. 16-10202 BLS

*AND NOW*, <u>Alfred T. Giuliano, Trustee</u>, is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s), within fourteen (14) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

BRENDAN L. SHANNON
**UNITED STATES BANKRUPTCY JUDGE**

Dated: April 22nd, 2022
Wilmington, Delaware

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-10202-BLS
Case Name: LIQUID HOLDINGS GROUP INC.
Trustee Name: Alfred T. Giuliano, Trustee (DE)

**Balance on hand:** $ 2,545,541.78

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13 -2 | Hub Properties Trust | 23,851.41 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,545,541.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - A. T. Giuliano, P.C. | 165,943.12 | 0.00 | 165,943.12 |
| Trustee, Expenses - A. T. Giuliano, P.C. | 560.95 | 0.00 | 560.95 |
| Attorney for Trustee, Fees - Archer & Greiner, PC | 223,229.00 | 203,200.50 | 20,028.50 |
| Attorney for Trustee, Expenses - Archer & Greiner, PC | 3,084.20 | 3,081.70 | 2.50 |
| Accountant for Trustee, Fees - Giuliano, Miller & Co., LLC | 362,910.75 | 337,325.25 | 25,585.50 |
| Accountant for Trustee, Expenses - Giuliano, Miller & Co., LLC | 2,455.74 | 2,278.35 | 177.39 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Fees, United States Trustee | 325.00 | 0.00 | 325.00 |
| Other Fees: Cooper Levenson April Niedelman et al | 1,850.00 | 1,850.00 | 0.00 |
| Other Expenses: Atlassian Pty Ltd | 3,968.67 | 3,968.67 | 0.00 |
| Attorney for Trustee Fees - Kaufman, Coren & Ress, P.C. | 1,421,875.00 | 1,421,875.00 | 0.00 |
| Attorney for Trustee Fees - Shook Hardy & Bacon L.L.P. | 108,825.00 | 108,825.00 | 0.00 |
| Attorney for Trustee Expenses - Kaufman, Coren & Ress, P.C. | 12,467.51 | 12,467.51 | 0.00 |
| Attorney for Trustee Expenses - Shook Hardy & Bacon L.L.P. | 2,505.92 | 2,505.92 | 0.00 |
| Other Fees: Gellert Scali Busenkell & Brown LLC | 1,500.00 | 1,500.00 | 0.00 |
| Other Fees: JNR Adjustment Company, Inc. | 1,950.00 | 1,950.00 | 0.00 |
| Other Fees: SenaHill Advisors, LLC | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | |
|---|---|---|---|
| Other Expenses: Gellert Scali Busenkell & Brown LLC | 364.15 | 364.15 | 0.00 |
| Other Expenses: Hill Archive | 6,581.64 | 6,581.64 | 0.00 |
| Other Expenses: International Sureties, Ltd | 3,974.89 | 3,974.89 | 0.00 |
| Other Expenses: Iron Mountain | 833.65 | 833.65 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 212,972.96
Remaining balance: $ 2,332,568.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee/D-I-P Fees - Blank Rome LLP | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee/D-I-P Expenses - Blank Rome LLP | 0.00 | 0.00 | 0.00 |
| Other Fees: Carl Marks Advisory Group LLC | 0.00 | 0.00 | 0.00 |
| Other Expenses: Carl Marks Advisory Group LLC | 0.00 | 0.00 | 0.00 |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,332,568.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $113,142.37 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Ganean Ganika Gordon | 12,475.00 | 0.00 | 12,475.00 |
| 5P | Sean Christie | 12,475.00 | 0.00 | 12,475.00 |
| 9 | Chantal Ofsanko | 10,769.23 | 0.00 | 10,769.23 |
| 24 | State of New Jersey Division of Taxation | 4,000.00 | 0.00 | 4,000.00 |
| 25 | Christopher Norris | 11,768.74 | 0.00 | 11,768.74 |
| 26 | Robert O'Boyle | 12,475.00 | 0.00 | 12,475.00 |
| 27P | Anthony Filoso | 12,475.00 | 0.00 | 12,475.00 |
| 31 | Peter R. Kent | 12,475.00 | 0.00 | 12,475.00 |
| 36 | Joe Ibietatorremendia | 12,475.00 | 0.00 | 12,475.00 |
| 39 | New York State Dept. of Taxation and Finance | 269.21 | 0.00 | 269.21 |
| 55 | Massachusetts Department of Revenue | 675.00 | 0.00 | 675.00 |
| 57 | New York Dept. of Taxation & Finance | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | Allowed Amount | Interim Payments | Proposed |
|---|---|---:|---:|---:|
| FUTA | EFTPS | 3,360.00 | 0.00 | 3,360.00 |
| FICAERP | EFTPS | 6,038.05 | 0.00 | 6,038.05 |
| MEDIERP | EFTPS | 1,412.14 | 0.00 | 1,412.14 |

Total to be paid for priority claims: $ 113,142.37
Remaining balance: $ 2,219,426.45

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,753,380.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 80.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Vintage | 11,260.00 | 0.00 | 9,076.39 |
| 2 | Equinix, Inc. - #774252 | 0.00 | 0.00 | 0.00 |
| 2 -2 | Equinix, Inc. | 0.00 | 0.00 | 0.00 |
| 2 -3 | Equinix, Inc. | 0.00 | 0.00 | 0.00 |
| 2 -4 | Equinix, Inc. | 180,105.11 | 0.00 | 145,177.92 |
| 3 | Zuora, Inc | 39,120.63 | 0.00 | 31,534.09 |
| 4U | Ganean Ganika Gordon | 4,722.00 | 0.00 | 3,806.28 |
| 4U | Ganean Ganika Gordon | 27,525.00 | 0.00 | 22,187.16 |
| 5U | Sean Christie | 12,147.75 | 0.00 | 9,791.98 |
| 6 | Deutsche Boerse AG | 8,489.49 | 0.00 | 6,843.15 |
| 7 | Options Price Reporting Authority, LLC | 4,406.32 | 0.00 | 3,551.82 |
| 8 | Oslo Bors ASA | 4,327.13 | 0.00 | 3,487.98 |
| 10 | CIT Finance LLC | 3,832.93 | 0.00 | 3,089.62 |
| 11 | ACC/GP Investment, LLC | 0.00 | 0.00 | 0.00 |
| 12 | Park Strategies, LLC | 20,000.00 | 0.00 | 16,121.47 |
| 13 | Hub Properties Trust | 0.00 | 0.00 | 0.00 |
| 13 -2 | Hub Properties Trust | 301,207.56 | 0.00 | 242,795.37 |
| 14 | Lyons, Benenson & Company, Inc. | 15,750.00 | 0.00 | 12,695.65 |
| 15 | Care Security Systems, Inc. | 85.60 | 0.00 | 69.00 |

**UST Form 101-7-TFR (05/1/2011)**

| # | Name | Amount | | |
|---|---|---:|---:|---:|
| 16 | Thomson Reuters | 14,599.92 | 0.00 | 11,768.61 |
| 17 | Gibson, Dunn & Crutcher LLP | 0.00 | 0.00 | 0.00 |
| 18 | Jim Lee | 0.00 | 0.00 | 0.00 |
| 19 | Level 3 Communications (Legal Dept. - BKY) | 13,575.71 | 0.00 | 10,943.02 |
| 20 | Level 3 Communications (Legal Dept. - BKY) | 11,364.28 | 0.00 | 9,160.44 |
| 21 | IPC Network Services, Inc. | 3,304.08 | 0.00 | 2,663.33 |
| 22 | Hewlett Packard Enterprise Company | 3,516.93 | 0.00 | 2,834.90 |
| 23 | Fish & Richardson, P.C. | 1,156.00 | 0.00 | 931.82 |
| 26 | Robert O'Boyle | 443,325.00 | 0.00 | 357,352.45 |
| 27U | Anthony Filoso | 374,405.54 | 0.00 | 301,798.30 |
| 28 | Euler Hermes N. A. Agent for Data Art Solutions | 0.00 | 0.00 | 0.00 |
| 29 | Joseph P. Day Realty Corp. as agent | 594,854.15 | 0.00 | 479,496.04 |
| 30 | American Express Travel Related Services Company | 23,221.48 | 0.00 | 18,718.21 |
| 31 | Peter R. Kent | 325,025.00 | 0.00 | 261,993.97 |
| 32 | Allan Zavarro | 0.00 | 0.00 | 0.00 |
| 33 | Allan Zavarro | 0.00 | 0.00 | 0.00 |
| 34 | Corporation Service Company | 3,058.00 | 0.00 | 2,464.97 |
| 35 | Brian Ferdinand | 0.00 | 0.00 | 0.00 |
| 35 -2 | Brian Ferdinand | 0.00 | 0.00 | 0.00 |
| 36 | Joe Ibietatorremendia | 231,275.00 | 0.00 | 186,424.61 |
| 37 | Jay Howard Bernstein | 0.00 | 0.00 | 0.00 |
| 38 | Brian M. Storms | 0.00 | 0.00 | 0.00 |
| 40 | Ferdinand Trading, LLC | 0.00 | 0.00 | 0.00 |
| 41 | Ferdinand Holdings, LLC | 0.00 | 0.00 | 0.00 |
| 42 | Ferdinand Trading II, LLC | 0.00 | 0.00 | 0.00 |
| 43 | LT World Limited, LLC | 0.00 | 0.00 | 0.00 |
| 44 | LT World Partners, LLC | 0.00 | 0.00 | 0.00 |
| 45 | LT World Management, LLC | 0.00 | 0.00 | 0.00 |
| 46 | QuantX Partners, LLC | 0.00 | 0.00 | 0.00 |
| 47 | Kenneth D. Shifrin | 0.00 | 0.00 | 0.00 |

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 48 | Peter R. Kent | 0.00 | 0.00 | 0.00 |
| 49 | David Francescani | 0.00 | 0.00 | 0.00 |
| 50 | Microsoft Corporation | 783.89 | 0.00 | 631.87 |
| 51 | Darren Davy | 0.00 | 0.00 | 0.00 |
| 52 | Dennis Suskind | 0.00 | 0.00 | 0.00 |
| 53 | Thomas Ross | 0.00 | 0.00 | 0.00 |
| 54 | Victor R. Simone, Jr. | 0.00 | 0.00 | 0.00 |
| 56 | U.S. Securities and Exchange Commission | 0.00 | 0.00 | 0.00 |
| 58 | Crystal & Company | 15,000.00 | 0.00 | 12,091.10 |
| FICAER | EFTPS | 35,821.91 | 0.00 | 28,875.08 |
| MEDIER | EFTPS | 26,114.06 | 0.00 | 21,049.85 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,219,426.45 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**